IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PREVALENCE HEALTH, LLC | ) | CASE NO. 09-02016-ee |
| | ) | Chapter 11 |
|     Debtor | ) | |
| | ) | |

### INTERIM ORDER ON DEBTOR'S MOTION PURSUANT TO SECTION 365(d)(4) TO EXTEND TIME TO ASSUME OR REJECT LEASES OF NON-RESIDENTIAL REAL PROPERTY

**[Dkt. # 134]**

THIS CAUSE came on before the Court on the *Motion Pursuant to Section 365(d)(4) to Extend Time to Assume or Reject Leases of Non-Residential Real Property* [Docket #134] (the "Motion") filed by Prevalence Health, LLC, the Debtor and debtor-in-possession herein (the "Debtor"). The Court finds that an *interim* extension is proper to preserve the *status quo* pending final disposition of the Motion.

IT IS, THEREFORE, ORDERED that an *interim* extension of the time period under section 365(d)(4) of the Bankruptcy Court by which the Debtor must assume or reject leases of non-residential real property should be, and hereby is, granted to preserve the *status quo* and the Debtor's rights to assume or reject leases of non-residential real property until such time as the Court has issued its final ruling on the Motion.

IT IS FURTHER ORDERED that this Order and the *interim* extension shall expire and cease to exist upon entry of a final Order by this Court disposing of the Motion and the issues raised thereby.

- 2 -

SO ORDERED.

*[Signature: Edward Ellington]*

Edward Ellington
United States Bankruptcy Judge
Dated: October 6, 2009

SUBMITTED BY:

Stephen W. Rosenblatt
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza
210 East Capitol Street
Jackson, MS 39201
Post Office Box 22567
Jackson, MS  39225-2567
Telephone:  (601) 948-5711
steve.rosenblatt@butlersnow.com

Jackson 4406926v1