IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PREVALENCE HEALTH, LLC | ) | CASE NO. 09-02016-ee |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

**NOTICE OF DEBTOR'S MOTION PURSUANT TO SECTION 365(d)(4)
TO EXTEND TIME TO ASSUME OR REJECT LEASES
OF NON-RESIDENTIAL REAL PROPERTY**
[Dkt. # 134]

**PLEASE TAKE NOTICE** that Prevalence Health, LLC (the "Debtor") has filed with the United States Bankruptcy Court a *Motion Pursuant to Section 365(d)(4) to Extend Time to Assume or Reject Leases of Non-Residential Real Property* (the "Motion") to grant to the Debtor a period of ninety (90) additional days within which it can decide whether to assume or reject certain unexpired leases of non-residential real property. [Dkt. #134]. A copy of the Motion is attached to this Notice as Exhibit "A," and is being sent with this Notice to each party listed on the mailing matrix maintained by the Clerk of the Bankruptcy Court.

**PLEASE TAKE NOTICE** that on October 6, 2009, the Court entered its interim order [Dkt. #135] granting an *interim* extension of the time period under section 365(d)(4) of the Bankruptcy Court by which the Debtor must assume or reject leases of non-residential real property in order to preserve the *status quo* and the Debtor's rights to assume or reject leases of non-residential real property until such time as the Court has issued its final ruling on the Motion. A copy of the Interim Order is attached hereto as Exhibit "B."

**NOTICE IS FURTHER GIVEN** that any objection to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, Post Office Box 2448, Jackson, MS 39225-2448 or, if delivered, to Room 101, 100 East Capitol Street, Jackson, MS 39201 within twenty (20) days from the date of this Notice. A copy of any objection shall be served upon the Debtor's attorney, Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 22567, Jackson, MS 39225, and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269.

**NOTICE IS FURTHER GIVEN** that if no objection is timely filed, the Motion shall be determined *ex parte* by the Court, but if an objection is timely filed, the Court will set a date and a time for a preliminary hearing and a final hearing on the Motion and any objection timely filed.

This, the 7th day of October, 2009.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
steve.rosenblatt@butlersnow.com
ATTORNEY FOR DEBTOR

Jackson 4455910v1