# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: _Prevalence  Health  LLC_

CASE NUMBER: _09-02016-ee_    For Period _Nov 1_ to _Nov 30_ , 20 _09_ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED **REPORTS/DOCUMENTS** |
|---|---|---|
| (mark only one - attached or waived) | | |
| ✔ | { } | Comparative Balance Sheet (FORM 2-B) |
| ✔ | { } | Profit and Loss Statement (FORM 2-C) |
| ✔ | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| ✔ | { } | Supporting Schedules (FORM 2-E) |
| ✔ | { } | Narrative (FORM 2-F) |
| ✔ | { } | Copies of Bank **Statement(s)** and Reconciliations of Bank Balance to Book Balance for all **Account(s)** |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _12/11/09_
(date)

Debtor(s)*: _Prevalence  Health  LLC_

By:** _Michael P Selom_

Position: _PRESIDENT_

Name of preparer: _Chris Cooley_

Telephone No. of Preparer _601-981-0070 ext 233_

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Renaissance Health LLC

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash.......................... | 570,988 | 616,580 | 513,396 | 406,712 | 417,635 | 611,481 | 670,134 |
| Accounts Receivable, Net...... | 960,767 | 861,550 | 723,450 | 807,823 | 754,368 | 333,168 | 777,976 |
| Inventory, at lower of cost or market... | 365,452 | 372,870 | 402,765 | 400,476 | 0 | 0 | 0 |
| Prepaid expenses & deposits...... | 119,110 | 154,573 | 170,837 | 139,406 | 122,958 | 82,094 | 82,448 |
| Other Receivable from Sale of Assets | | | | | Ⓐ 954,185 | 954,185 | Ⓐ 954,185 |
| | | | | | | | |
| TOTAL CURRENT ASSETS......... | 2,016,337 | 2,005,363 | 1,860,452 | 1,754,419 | 2,249,179 | 1,980,928 | 1,984,743 |
| PROPERTY, PLANT & EQUIPMENT. | 2,386,097 | 2,386,097 | 2,386,097 | 2,386,096 | 0 | 0 | 0 |
| Less accumulated depreciation...... | (2,244,329) | (2,253,093) | (2,261,504) | (2,267,491) | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT. | 141,768 | 133,004 | 124,593 | 116,352 | 0 | 0 | 0 |
| **OTHER ASSETS:** Deposits | | | | | | | |
| | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER ASSETS.......... | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| TOTAL ASSETS................ | 2,209,298 | 2,189,560 | 2,041,771 | 1,927,497 | 2,305,905 | 2,087,655 | 2,011,469 |

* Assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

\* Adjustments from May 31 to June 9 are not available

Ⓐ Certain Assets of prevalence was sold effective 9/30/09. This amount represents the monies due the seller from the Byer at closing on 6/6/09

\*\* Includes approximately $50k owed to SafMilus

CASE NAME: Prevalence Health LLC
CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 10/30/05 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)........ | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3)..... | | 94,609 | 90,953 | 108,112 | 132,611 | 109,293 | 93,036 |
| Other: Accrued payroll Vacation, Accr. Accruals | | 135,461 | 105,736 | 97,255 | 240,575 | 19,119 | 75,736 |
| TOTAL POST-PETITION LIABILITIES: | | 230,070 | 196,689 | 205,367 | 373,216 | 128,412 | 168,772 |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured....... | | | | | | | |
| Priority debt....... | | | | | | | |
| Unsecured debt....... | 5,850,600 | 5,732,291 | 5,730,550 | 5,657,643 | 5,612,235 | 5,595,453 | 5,591,420 |
| Other....... | | | | | | | |
| **TOTAL LIABILITIES........** | 5,850,600 | 5,967,361 | 5,927,239 | 5,863,010 | 5,985,451 | 5,717,865 | 5,760,192 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK........ | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,999,125 | 5,944,125 |
| COMMON STOCK........ | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date........ | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date........ | (4,187,499.2) | (2,244,667) | (2,944,2117) | (2,944,2117) | (38,244) | (38,965) | (83,421) |
| **TOTAL EQUITY (NET WORTH)........** | (3,841,302) | (3,772,801) | (3,835,468) | (3,935,613) | (3,626,547) | (3,680,210) | (3,712,4723) |
| **TOTAL LIABILITIES & EQUITY........** | 2,209,258 | 2,189,560 | 2,041,771 | 1,927,497 | 2,305,905 | 2,037,655 | 2,041,469 |

\* Adjustments from May 31 to June 9 are not available

\*\* Includes amts billed to Providence that are disputed

\*\*\* Includes amts owed to SafeMeds that were paid to Providence

CASE NAME: Prevalence Health LLC

CASE NUMBER: 09-02016-ee

PROFIT AND LOSS STATEMENT

| | Month* 6/11/09-6/30/09 | Month 7/1/09-7/30/09 | Month 8/1/09-8/31/09 | Month 9/1/09-9/30/09 | Month 10/1/09-10/31/09 | Month 11/1/09 to 11/30/09 |
|---|---|---|---|---|---|---|
| NET REVENUE | 1,244,205 | 1,136,933 | 1,051,684 | 980,153 | 49,570 | 0 |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | 1,023,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | 1,023,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| GROSS PROFIT | 205,864 | 188,560 | 171,122 | ~~64,338~~ 64,538 | 18,191 | 1,225 |
| **OPERATING EXPENSES:** | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | 324,598 | 291,324 | 211,439 | 205,451 | 46,513 | 45,536 |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | |
| INTEREST EXPENSE | | 1,491 | 1,486 | 615 | 287 | 202 |
| INCOME BEFORE DEPRECIATION OR TAXES | (122,134) | (104,255) | (41,805) | (136,728) | (28,608) | (44,513) |
| DEPRECIATION OR AMORTIZATION | 8,765 | 8,412 | 8,240 | 7,955 | 0 | 0 |
| Sale of assets & Impairment charges | -0- | | | 400,650 | 27,945 | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME (LOSS) | (131,499) | (112,667) | (50,045) | (755,567) | (2,664) | (44,513) |

*Requires explanation in NARRATIVE (Form 2-F)

* Adjustments from May 31 to June 30 are not available

(b) Effective 9/30/09, Company sold the majority of its assets. Amount of ___ represents ___ of the ___ assets

** Reflects disputed charges billed to providers and amounts reimbursed by ___

FORM 2-C
1/08

CASE NAME: _Prevalence  Health  LLC_     CASE NUMBER: _04-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period _Nov 1_ to _Nov 30_, 20_09_

#### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                              $ _611,481_

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                                   $ _530,794_

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                         $( _472,141_ )

4. Net Cash Flow                                          $ _58 563_

5. Ending Cash Balance (to FORM 2-B)                      $ _670,134_

#### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. ~~Trust Account~~ DIP | $ _18.94_ | _Regions_ |
| 3. Operating and/or Personal Account | $ _670,115.56_ | _Regions_ |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| TOTAL (must agree with line 5 above) | $ _670 134_ | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**                            *
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ _472 141_

* NOTE: This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

CASE NAME: _Prevalence Health_   CASE NUMBER: _09-020 16-ee_

## QUARTERLY FEE SUMMARY

MONTH ENDED _Nov 2009_

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ | | | |
| February | $ | | | |
| March | $ | | | |
| Total 1st Quarter | $ | $ | | |
| April | $ | | | |
| **May** | $ | | | |
| June | $ 825,337 | | | |
| Total 2nd Quarter | $ 825,337 | $ 4,875 * | 61179 | 7/20/09 |
| July | $ 1,309,312 | | | |
| August | $ 1,070,434 | | | |
| September | $ 920,721 | | | |
| Total 3rd Quarter | $ 3,300,467 | $ 10,400 ⊗ | 61390 | 10/16/09 |
| October | $ 488,995 | | | |
| November | $ 472,141 | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

\* Actually paid $6,500

⊗ Actually paid $8,775 to make up for overpayment in 2nd Qtr.

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | **$325** |
| $15,000 to $74,999.99 | **$650** |
| $75,000 to $149,999.99 | **$975** |
| $150,000 to $224,999.99 | **$1,625** |
| $225,000 to $299,999.99 | **$1,950** |
| $300,000 to $999,999.99 | **$4,875** |
| $1,000,000 to $1,999,999.99 | **$6,500** |
| $2,000,000 to $2,999,999.99 | **$9,750** |
| $3,000,000 to $4,999,999.99 | **$10,400** |
| $5,000,000 to $14,999,999.99 | **$13,000** |
| $15,000,000 to $29,999,999.99 | **$20,000** |
| $30,000,000 or more | **$30,000** |

Note that a minimum payment of **$325** is due each quarter even if no disbursements are made in the case during the period.
\* Note: should agree with "adjusted cash disbursements" at bottom of Form **2-D**, Page 1 of 4. **Disbursements** are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence    |    LLC_

CASE NUMBER: _09 -02016 ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Nov 1_ to _Nov 30_, 20_09_

Account Name: _Prevalence Health_ Account Number: _9001 277 993_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts    $ _530,794.10_

### *Prevalence Health LLC*
Cash Deposits

| Date | Description ▌Source | Amount |
|---|---|---|
| 11/2/2009 | Patient Co-Pay | $115.80 |
| 11/2/2009 | Insurance / Medicaid ▌Medicare | $89.56 |
| 11/2/2009 | Insurance ▌Medicaid ▌Medicare | $1,518.46 |
| 11/2/2009 | Insurance / Medicaid / Medicare | $8,505.92 |
| 11/3/2009 | Patient Go-Pay | $139.20 |
| 11/3/2009 | Reimbursement from SafeMeds Solutions | $9,601.24 |
| 11/3/2009 | Insurance ▌Medicaid ▌Medicare | $77.00 |
| 11/3/2009 | Insurance ▌Medicaid ▌Medicare | $279.59 |
| 11/3/2009 | Insurance ▌Medicaid ▌Medicare | $734.34 |
| 11/3/2009 | Insurance / Medicaid / Medicare | $57,582.56 |
| 11/4/2009 | Insurance ▌Medicaid ▌Medicare | $2.66 |
| 11/5/2009 | Patient Co-Pay | $374.05 |
| 11/5/2009 | Refund for returned goods | $239.93 |
| 11/5/2009 | Refund for returned goods | $3,371.25 |
| 11/5/2009 | Insurance / Medicaid ▌Medicare | $188.98 |
| 11/5/2009 | Insurance ▌Medicaid / Medicare | $454.77 |
| 11/9/2009 | Patient Co-Pay | $279.67 |
| 11/9/2009 | Insurance ▌Medicaid ▌Medicare | $6,615.21 |
| 11/9/2009 | Insurance ▌Medicaid / Medicare | $12,438.50 |
| 11/1012009 | Patient Co-Pay | $244.76 |
| 11/10/2009 | Reimbursement from SafeMeds Solutions | $200.00 |
| 11/10/2009 | Insurance / Medicaid / Medicare | $198.36 |
| 11/10/2009 | Insurance / Medicaid / Medicare | $4,626.04 |
| 11/10/2009 | Insurance / Medicaid / Medicare | $23,627.23 |
| 11/10/2009 | Insurance / Medicaid / Medicare | $58,500.59 |
| 11/12/2009 | Patient Co-Pay | $111.00 |
| 11/12/2009 | Insurance / Medicaid / Medicare | $22.07 |
| 11/12/2009 | Insurance / Medicaid / Medicare | $84,830.67 |
| 11/1312009 | Patient Co-Pay | $70.00 |
| 11/13/2009 | Patient Co-Pay | $80.00 |
| 11/1312009 | Patient Co-Pay | $132.40 |
| 11/1312009 | Insurance ▌Medicaid / Medicare | $14,477.90 |
| 11/1612009 | Patient Co-Pay | $168.70 |
| 11/16/2009 | Insurance / Medicaid / Medicare | $6,833.28 |
| 11/16/2009 | Insurance / Medicaid / Medicare | $30,358.95 |
| 11/1712009 | Patient Co-Pay | $29.00 |
| 11/17/2009 | Insurance / Medicaid / Medicare | $3.00 |
| 11/17/2009 | Insurance / Medicaid / Medicare | $505.87 |
| 11/17/2009 | Insurance ▌Medicaid ▌Medicare | $64,571.13 |
| 11/18/2009 | Patient Co-Pay | $15.60 |
| 11/18/2009 | Patient Co-Pay | $34.12 |
| 11/1912009 | Patient Co-Pay | $6.00 |
| 11/1912009 | Insurance / Medicaid / Medicare | $3,994.00 |
| 11/1912009 | Insurance / Medicaid / Medicare | $20,131.07 |
| 11/1912009 | SafeMeds Reimbursement | $11,332.43 |
| 11/20/2009 | Patient Co-Pay | $40.00 |

| Date | Description / Source | Amount |
|------|---------------------|--------|
| 11/23/2009 | Patient Co-Pay | $137.00 |
| 11/23/2009 | Insurance / Medicaid / Medicare | $47.71 |
| 11/23/2009 | Insurance / Medicaid / Medicare | $1,450.09 |
| 11/23/2009 | Insurance / Medicaid / Medicare | $13,722.61 |
| 11/24/2009 | Patient Co-Pay | $1,341.86 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $928.52 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $2,757.88 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $10,539.53 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $112.20 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $2,928.97 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $22,197.39 |
| 11/24/2009 | Insurance / Medicaid / Medicare | $32,567.54 |
| 11/25/2009 | Patient Co-Pay | $27.90 |
| 11/25/2009 | Reimbursement from **SafeMeds** Solutions | $200.00 |
| 11/27/2009 | Insurance / Medicaid / Medicare | $122.93 |
| 11/30/2009 | Refund for returned goods | $1,225.47 |
| 11/30/2009 | Insurance / Medicaid / Medicare | $12,733.64 |
| | Total | $530,794.10 |

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Nov 1_ to _Nov 30_ , 20_09_

Account Name: _Prevalence Health_ Account Number: _9001 277993_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements $ _472,079.91_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

## *Prevalence Health, LLC*

**Cash** Disbursements

| Date | Num | Name | | Amount |
|------|-----|------|---|-------|
| 11/3/2009 | 61411 | Data Keepers LLC | Shreding From Prior to Closing | ($213.95) |
| 11/3/2009 | 61412 | FedEx | Product Delivery | ($734.20) |
| 11/3/2009 | 61413 | Florida Power & Light | Electricity Reimbursed by SafeMeds in Closing | ($1,836.37) |
| 11/3/2009 | 61414 | Iron Mountain Information Management d/b/a Live Vault | Data Backup From Prior to Closing | ($1,938.79) |
| 11/3/2009 | 61415 | Pitney Bowes Global Financial Services LLC | Equipment Lease from Prior to Closing | ($2,563.88) |
| 11/10/2009 | 61416 | Cintas Corporation | Pharmacy Supplies from Prior to Closing | ($662.58) |
| 11/18/2009 | Wire 11 18 09 | Westport Business Park Associates LLP | Florida Rent Reimbursed by SafeMeds | ($11,790.15) |
| 11/23/2009 | 61420 | AT&T- ABN Acct. | Telephone service Reimbursed by SafeMeds in Closing | ($995.79) |
| 11/23/2009 | 61421 | AT&T- ABN Acct. | Telephone service Reimbursed by SafeMeds in Closing | ($565.98) |
| 11/23/2009 | 61422 | PFS of the South, Inc. | Business Insurance | ($7,448.86) |
| 11/23/2009 | 61423 | Secretary of State | Louisiana registration fee | ($25.00) |
| 11/23/2009 | 61424 | Sun Microsystems Global Financial Services | Lease Reimbursed by SafeMeds in Closing | ($1,579.44) |
| 11/2/2009 | Wire 11/2/2009 | Blue Cross Blue Shield Of MS | Employee Insurance - Reimbursed by SafeMeds | ($9,801.24) |
| 11/2/2009 | Wire 11/2/2009 2 | SafeMeds Solutions | AR Collections Fees to SafeMeds | ($34,693.51) |
| 11/2/2009 | Wire 11/2/2009 4 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($6,953.58) |
| 11/3/2009 | Wire 11/3/2009 | Regions Bank | Bank Fees | ($55.00) |
| 11/4/2009 | Wire 11/4/2009 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($23,033.50) |
| 11/5/2009 | Wire 11/5/09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($10,130.50) |
| 11/6/2009 | Wire 11/6/2009 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($3,611.18) |
| 11/6/2009 | Wire 11/6/2009 2 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($16,872.22) |
| 11/9/2009 | Wire 11/9/2009 | Pitney Bowes-INTERNAL USE ONLY | Postage Expense - Reimbursed by SafeMeds | ($200.00) |
| 11/9/2009 | Wire 11/9/2009 2 | Regions Bank | Bank Fees | ($308.23) |
| 11/9/2009 | Wire 11/9/09 3 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($5,781.28) |
| 1111012009 | Wire 11/10/09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($19,617.51) |
| 11/12/2009 | Wire 11/12/09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($95,799.37) |
| 11/13/2009 | Wire 11/13/2009 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($37,520.65) |
| 11/16/2009 | Wire 11/16/09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($26,966.94) |
| 11/17/2009 | Wire 11/17/09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($16,215.37) |
| 11118/2009 | Wire 11 18 09 2 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($66,847.91) |
| 111912009 | Wire 11 19 09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($34,558.40) |
| 11/23/2009 | Wire 11 23 09 | Pitney Bowes-INTERNAL USE ONLY | Postage Expense - Reimbursed by SafeMeds | ($200.00) |
| 11/25/2009 | Wire 11/25/09 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($12,560.06) |
| 11/30/2009 | Wire 11/30/2009 | SafeMeds Solutions | AR Collections Reimbursed to SafeMeds | ($20,198.47) |

($472,079.91)

CASE NAME: _____09-02016-ee_____

CASE NUMBER: _____Prevalence Health LLC_____

## CASH RECEIPTS **AND** DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Nov 1_ to _Nov 30_, 20_09_

Account Name: _Prevalence Health_ Account Number: _0101 894579_
_DIP_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts        $ _____0_____

CASE NAME: _09-02016-ee_

CASE NUMBER: _Prevalence Health LLC_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Nov 1_ to _Nov 30_, 20 _09_

Account Name: _Prevalence Health_ Account Number: _0101 894579_
_DIP_

## CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           | Regions Bank | Bank Fees | 61.00 |

Total Cash Disbursements    $ _61.00_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

CASENAME: _Prevelence Health_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _Nov 1_ to _Nov 30_, 20 _09_

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW |  |  | $ | $ | $ | $ |
| FICA |  |  |  |  |  |  |
| FUTA |  |  |  |  |  |  |
| SITW |  |  |  |  |  |  |
| SUTA |  |  |  |  |  |  |
| OTHER TAX |  |  |  |  |  |  |
| TRADE PAYABLES |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| OTHER |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTALS |  |  | $ | $ | $ | $ |

_See Attached_

FORM 2-E
Page 1 of 3
1108

**Prevalence Health LLC**
Post Petition Accounts Payable
As of November 30, 2009

*Reflects amounts billed to Prevalence – certain charges are disputed – e.g., rejected unexpired leases & executory contracts, utilities, etc.*

| Vendor | Date | No. | Due Date | Days O/S | Open Balance | Memo |
|---|---|---|---|---|---|---|
| Hamilton Partners | 6/20/2009 | | 6/20/2009 | 163 | $14,769.94 | 120+ |
| **Westwood** Square, PISIP | 6/20/2009 | | 6/20/2009 | 163 | $250.00 | 120+ |
| Avaya, Inc. | 6/26/2009 | 2728939461 | 6/26/2009 | 157 | $761.49 | 120+ |
| Wells Fargo Financial Leasing | 6/30/2009 | 6745121525 | 7/15/2009 | 153 | $298.03 | 120+ |
| Anda | 7/1/2009 | 775310 | 7/1/2009 | 152 | ($47.54) | 120+ |
| Anda | 7/1/2009 | 774707 | 7/1/2009 | 152 | ($48.43) | 120+ |
| Anda | 7/2/2009 | 780875 | 7/2/2009 | 151 | ($30.00) | 120+ |
| Hamilton Partners | 7/2/2009 | 090702-10786 | 7/2/2009 | 151 | $2,080.33 | 120+ |
| Young Williams P.A. | 7/7/2009 | 49592 Pre | 9/5/2009 | 146 | $1,011.50 | 120+ |
| ComEd- Commonwealth Edison | 7/8/2009 | 618-718109 | 8/7/2009 | 145 | $479.16 | 120+ |
| Broward County Revenue Collector | 7/14/2009 | Local Business Tax Renewal | 7/14/2009 | 139 | $45.00 | 120+ |
| North Shore Gas | 7/16/2009 | 6112-7114109 | 7/31/2009 | 137 | $69.30 | 120+ |
| Hamilton Partners | 7/17/2009 | 090717-10786 | 7/17/2009 | 136 | $633.01 | 120+ |
| Toyota Financial Services | 7/17/2009 | 4000250558 | 8/9/2009 | 136 | $207.09 | 120+ |
| Hamilton Partners | 7/20/2009 | | 7/20/2009 | 133 | $14,769.94 | 120+ |
| **Westwood** Square, PISIP | 7/20/2009 | | 7/20/2009 | 133 | $250.00 | 120+ |
| Banc Of America Leasing | 7/21/2009 | 011093620 | 8/15/2009 | 132 | $326.50 | 120+ |
| Avaya, Inc. | 7/26/2009 | 2729047343 | 7/26/2009 | 127 | $761.48 | 120+ |
| North Shore Gas | 7/30/2009 | 6/9-7/14/09 | 8/14/2009 | 123 | $69.26 | 120+ |
| Journal | 7/31/2009 | 854 | 7/31/2009 | 122 | ($7,782.84) | 120+ |
| Wells Fargo Financial Leasing | 7/31/2009 | 6745159529 | 8/15/2009 | 122 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 8/1/2009 | 82761 | 8/31/2009 | 121 | $500.32 | 120+ |
| | | | | | $29,671.57 | **120+** Total |
| ComEd- Commonwealth Edison | 8/6/2009 | 7/8-8/6/09 | 9/5/2009 | 116 | $1,135.03 | 91-120 |
| North Shore Gas | 8/13/2009 | 7/14-8/12/09 | 8/28/2009 | 109 | $140.69 | 91-120 |
| Hamilton Partners | 8/20/2009 | | 8/20/2009 | 102 | $14,769.94 | 91-120 |
| **Westwood** Square, P/S/P | 8/20/2009 | | 8/20/2009 | 102 | $250.00 | 91-120 |
| Banc Of America Leasing | 8/21/2009 | 011138583 | 9/15/2009 | 101 | $291.50 | 91-120 |
| Young Williams P.A. | 8/24/2009 | 49592 Post - 1 | 10/23/2009 | 98 | $74.75 | 91-120 |
| Avaya, Inc. | 8/26/2009 | 2729164647 | 8/26/2009 | 96 | $761.48 | 91-120 |
| Quill | 8/28/2009 | 8951299 | 9/27/2009 | 94 | $110.85 | 91-120 |
| Wells Fargo Financial Leasing | 8/31/2009 | 6745198232 | 9/15/2009 | 91 | $298.03 | 91-120 |
| | | | | | $17,832.27 | **91-120** Total |
| Aetna Maintenance, Inc. | 9/1/2009 | 92762 | 10/1/2009 | 90 | $500.32 | 61-90 |
| CT Corporation | 9/1/2009 | 2004471657-00 | 9/1/2009 | 90 | $1,620.00 | 61-90 |
| Quill | 9/3/2009 | 9080458 | 10/3/2009 | 88 | $72.79 | 61-90 |
| ComEd- Commonwealth Edison | 9/4/2009 | 8/6-9/4/09 | 10/4/2009 | 87 | $1,608.16 | 61-90 |
| North Shore Gas | 9/16/2009 | 8/12-9/14/09 | 10/1/2009 | 75 | $70.44 | 61-90 |
| Banc Of America Leasing | 9/20/2009 | | 10/15/2009 | 71 | $291.50 | 61-90 |
| Hamilton Partners | 9/20/2009 | | 9/20/2009 | 71 | $14,769.94 | 61-90 |
| **Westwood** Square, PISIP | 9/20/2009 | | 9/20/2009 | 71 | $250.00 | 61-90 |
| Avaya, Inc. | 9/26/2009 | 2729265177 | 9/26/2009 | 65 | $761.48 | 61-90 |
| Moore Wallace An RR Donnelley Co. | 9/29/2009 | 873050230 | 10/29/2009 | 62 | $134.50 | 61-90 |
| Moore Wallace An RR Donnelley Co. | 9/29/2009 | 169997267 | 10/29/2009 | 62 | $1,313.09 | 61-90 |
| Wells Fargo Financial Leasing | 9/30/2009 | 6745237646 | 10/15/2009 | 61 | $298.03 | 61-90 |
| | | | | | $21,690.25 | **61-90** Total |
| Aetna Maintenance, Inc. | 10/1/2009 | 105711 | 10/31/2009 | 60 | $500.32 | 31-60 |
| Avaya, Inc. | 10/1/2009 | 2729282145 | 10/1/2009 | 60 | $264.42 | 31-60 |
| ComEd- Commonwealth Edison | 10/6/2009 | 9/4-10/6/09 | 11/5/2009 | 55 | $2,051.14 | 31-60 |
| North Shore Gas | 10/14/2009 | 9/14-10/14/09 | 10/29/2009 | 47 | $287.75 | 31-60 |
| Sun Microsystems Global Financial Services | 10/15/2009 | 591219022 1911 | 10/15/2009 | 46 | ($1,579.44) | 31-60 |
| Hamilton Partners | 10/20/2009 | | 10/20/2009 | 41 | $14,769.94 | 31-60 |
| **Machost** Road LLC | 10/20/2009 | | 10/20/2009 | 41 | $1,600.00 | 31-60 |
| **Westwood** Square, PISIP | 10/20/2009 | | 10/20/2009 | 41 | $250.00 | 31-60 |
| Banc Of America Leasing | 10/21/2009 | 11226721 | 11/15/2009 | 40 | $291.50 | 31-60 |
| | | | | | $18,435.63 | **31-60** Total |
| Wells Fargo Financial Leasing | 10/30/2009 | 6745277684 | 11/14/2009 | 31 | $298.03 | 0-30 |
| Sprint | 11/1/2009 | 29093091005131 | 11/26/2009 | 29 | $2,820.65 | 0-30 |
| City of Zachary | 11/6/2009 | 02-00760402 | 11/26/2009 | 24 | $9.81 | 0-30 |
| Securian Retirement Services | 11/20/2009 | | 12/20/2009 | 10 | $2,278.00 | 0-30 |
| | | | | | $5,406.49 | **0-30** Total |
| | | | | | $93,036.21 | Grand Total |

**Prevalence Health, LLC**
**Accrued Expenses - Month End Accruals**
**November 2009**

| Description | Amount |
|---|---|
| Misc Accrual | 7,284.00 |
| US Trustee Fee | 2,200.00 |
| 2008 Audit & Tax Return | 4,979.00 |
| 2008 FL operating expenses - Rent | 134.00 |
| ABC Interest Post | 1,278.00 |
| LA Script Fee | 934.00 |
| AR Collections Owed to SafeMeds Solutions | 56,617.00 |
| 401k Admin Fees | 2,310.00 |
| Total Accrued Expenses | **75,736.00** |
| | |
| Balance per GL | **75,736.00** |
| | |
| Difference | |

CASE NAME: _Prevalence Health LLC_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _Nov 1_ to _Nov 30_ , 20 _09_

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

_See Attached_

FORM 2-E
Page 2 of 3
1/08

12/11/2009

Prevalence Health, LLC
Accounts Receivable Summary
October 31 2009

| Receivable from: | Current | | 31-60 | | 61-90 | | 91 - 120 | | 120+ | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance (Medicaid) | | | | | 30,126 | | 17,460 | | 234,193 | | 282,917 | |
| Patients (Co-Pay) | - | | 1,138 | | 15,044 | | 15,667 | | 181,592 | | 212,303 | |
| Total Accounts Rec | $ | - | $ | 1,138 | $ | 45,170 | $ | 33,127 | $ | 415,785 | $ | 495,220 |
| | | | | | | | | | | | | |
| Estimated Reserve | - | | 3 | | 15,647 | | 16,540 | | 298,689 | | 330,878 | |
| Insurance | 0.25% | | 0.25% | | 2.0% | | 5.0% | | 50.0% | | | |
| Patients | 25.0% | | 50.0% | | 100.0% | | 100.0% | | 100.0% | | | |

| | | |
|---|---|---|
| AR per ScriptMed | $ | 495,220 |
| Florida Medicaid Non-Pymnt Issue | | |
| Deposits in NetSuite not ScriptMed | $ | (40,628) |
| Deposits in Scriptmed not NetSuite | $ | - |
| Adjusted AR per ScriptMed | | 454,592 |
| AR per GL | | 454,592 |
| Difference | | - |

Prepared by:_____

Reviewed by:_____

**Prevalence Health**
AR Aging - 1113012009

| Plan | Total | Current | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|---|---|
| Aetna Part D- LA | 36.38 | | | | | 36.38 |
| Ameri Group- FL | 262.29 | | | | | 262.29 |
| American Prog Part D- FL | 1,200.20 | | | | | 1,200.20 |
| Community Care Part D- FL | 2,112.59 | | | | | 2,112.59 |
| Community Care Part D- LA | 2,562.82 | | | | | 2,562.82 |
| Coventry Part D- LA | 112.73 | | | | | 112.73 |
| Florida Medicaid | 21,082.62 | | | 3,599.09 | 1,532.16 | 15,951.37 |
| Florida Medicaid DME | 47,605.75 | | | 10,628.68 | 4,638.16 | 32,338.91 |
| Healthspring Part D- LA | 1,975.86 | | | | 1,254.75 | 721.11 |
| Humana Part D- FL | 3,945.52 | | | 117.10 | | 3,828.42 |
| Humana Part D- LA | 580.02 | | | 6.79 | 184.01 | 389.22 |
| Illinois Medicaid | 10,013.29 | | | 80.19 | 220.91 | 9,712.19 |
| Indiana Medicaid | 928.06 | | | 202.58 | - | 725.48 |
| Louisiana Medicaid | 47,486.94 | | 1,124.95 | 3,168.20 | 1,415.38 | 41,778.41 |
| MS Blue Cross LA/MS | 589.51 | | | 7.84 | 80.41 | 501.26 |
| Medco Part D- FL | 20.20 | | | | | 20.20 |
| Medco Part D- LA | 1,801.08 | | | | 496.54 | 1,304.54 |
| Member Health Part D- FL | 1,843.20 | | | | 102.94 | 1,740.26 |
| Member Health Part D- LA | 3,011.67 | | | 133.05 | 775.56 | 2,103.06 |
| Marquette National Part D- FL | 706.11 | | | | | 706.11 |
| Marquette National Part D- LA | 257.00 | | | | | 257.00 |
| Mississippi Medicaid | 16,934.92 | | | | 996.40 | 15,938.52 |
| Mississippi Med Supplies | 66,471.19 | | | 3,799.82 | 4,127.41 | 58,543.96 |
| NDC Part D- LA | 31.62 | | | | | 31.62 |
| Omnisys Medicare- IL | 31,635.01 | | | 8,394.52 | 1,477.33 | 21,763.16 |
| Pacificare Part D-FL | 2,463.19 | | | | 16.61 | 2,446.58 |
| Pacificare Part D- LA | 1,605.19 | | | | | 1,605.19 |
| Pacificare Wrap Part D- LA | 577.65 | | | | | 577.65 |
| Amerigroup PCS- FL | 1,306.87 | | | | 26.95 | 1,279.92 |
| POS Temp Payment Part D- LA | 73.99 | | | | | 73.99 |
| RX America Part D- LA | 257.38 | | | | | 257.38 |
| Silverscript Part D- LA | 1,003.82 | | | | | 1,003.82 |
| Tennessee Medicaid | 1,546.87 | | | | | 1,546.87 |
| United Healthcare- FL | 155.99 | | | | | 155.99 |
| Unicare Part D- FL | 4,548.37 | | | | | 4,548.37 |
| Unicare Part D- LA | 137.06 | | | | 114.50 | 22.56 |
| Wellcare Healthease | 2,125.47 | | | | | 2,125.47 |
| Wellcare Part D- FL | 3,367.94 | | | | | 3,367.94 |
| Wellcare Part D- LA | 540.63 | | | | | 540.63 |
| **Total** | **282,917.00** | | **1,124.95** | **30,137.86** | **17,460.02** | **234,194.17** |

CASE NAME: *Prevalence Health LLC*    CASE NUMBER: *09-02016-ee*

## SUPPORTING SCHEDULES

For Period *Nov 1* to *Nov 30* , 20 *09*

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | (X) | | | |
| General Liability | Arch Specialty Ins. | 3,000,000 Agg 1,000,000 Occ | 3/1/10 | |
| Property (Fire, **Theft**) | (X) | | | |
| Vehicle | (X) | | | |

Other (list):

| | | | | |
|------|---------------|--------------|--------------------|--------------|
| Directors + Officers | Darwin National Inc | 3,000,000 | 3/1/10 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if payment payment is delinquent. If "no", explain on Form 2-F, Narrative.

(X) Worker's Compensation, Property + Vehicle was Cancelled as of the date the sale o assets due to Prevalence no longer haven employees or property.

CASE NAME: _____ ___ CASE NUMBER: _____

### NARRATIVE STATEMENT

For Period _____ to _____, 20_____

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**FORM 2-F**
**1/08**

## Prevalence Health, LLC
## Reconciliation Detail - 1001 Regions
## As of 11/30/2009

| ID | Date | No. | Balance |
|---|---|---|---|
| **Reconciled** | | | |
| **Cleared Deposits and Other Credits** | | | |
| Deposit | 11/2/2009 | | 8,505.92 |
| Deposit | 11/2/2009 | | 115.80 |
| Deposit | 11/2/2009 | | 89.56 |
| Deposit | 11/2/2009 | | 1,518.46 |
| Deposit | 11/3/2009 | | 77.00 |
| Deposit | 11/3/2009 | | 57,582.56 |
| Deposit | 11/3/2009 | | 734.34 |
| Deposit | 11/3/2009 | | 9,601.24 |
| Deposit | 11/3/2009 | | 139.20 |
| Deposit | 11/3/2009 | | 279.59 |
| Deposit | 11/4/2009 | | 2.66 |
| Deposit | 11/5/2009 | | 188.98 |
| Deposit | 11/5/2009 | | 454.77 |
| Deposit | 11/5/2009 | | 239.93 |
| Deposit | 11/5/2009 | | 374.05 |
| Deposit | 11/5/2009 | | 3,371.25 |
| Deposit | 11/9/2009 | | 6,615.21 |
| Deposit | 11/9/2009 | | 279.67 |
| Deposit | 11/9/2009 | | 12,438.50 |
| Deposit | 11/10/2009 | | 58,500.59 |
| Deposit | 11/10/2009 | | 200.00 |
| Deposit | 11/10/2009 | | 23,627.23 |
| Deposit | 11/10/2009 | | 198.36 |
| Deposit | 11/10/2009 | | 4,626.04 |
| Deposit | 11/10/2009 | | 244.76 |
| Deposit | 11/12/2009 | | 22.07 |
| Deposit | 11/12/2009 | | 111.00 |
| Deposit | 11/12/2009 | | 84,830.67 |
| Deposit | 11/13/2009 | | 14,477.90 |
| Deposit | 11/13/2009 | | 132.40 |
| Deposit | 11/13/2009 | | 80.00 |
| Deposit | 11/13/2009 | | 70.00 |
| Deposit | 11/16/2009 | | 6,833.28 |
| Deposit | 11/16/2009 | | 30,358.95 |
| Deposit | 11/16/2009 | | 168.70 |
| Journal | 11/16/2009 | 916 | 11,332.43 |
| Deposit | 11/17/2009 | | 64,571.13 |
| Deposit | 11/17/2009 | | 505.87 |
| Deposit | 11/17/2009 | | 3.00 |
| Deposit | 11/17/2009 | | 29.00 |
| Deposit | 11/18/2009 | | 34.12 |
| Deposit | 11/18/2009 | | 15.60 |
| Journal | 11/18/2009 | 917 | 11,790.15 |
| Deposit | 11/19/2009 | | 20,131.07 |
| Deposit | 11/19/2009 | | 6.00 |
| Deposit | 11/19/2009 | | 3,994.00 |
| Deposit | 11/19/2009 | | 11,332.43 |
| Deposit | 11/20/2009 | | 40.00 |
| Deposit | 11/23/2009 | | 137.00 |
| Deposit | 11/23/2009 | | 47.71 |
| Deposit | 11/23/2009 | | 13,722.61 |
| Deposit | 11/23/2009 | | 1,450.09 |

| ID | Date | No. | Balance |
|---|---|---|---|
| Deposit | 1l12412009 | | 22,197.39 |
| Deposit | 1112412009 | | 2,928.97 |
| Deposit | 1112412009 | | 112.20 |
| Deposit | 11/24/2009 | | 46,793.47 |
| Deposit | 1112412009 | | 1,341.86 |
| Deposit | 1112512009 | | 200.00 |
| Deposit | 1112512009 | | 27.90 |
| Deposit | 1112712009 | | 122.93 |
| Deposit | 1113012009 | | 12,733.64 |
| Deposit | 1113012009 | | 1,225.47 |
| Total - Cleared Deposits and Other Credits | | | **553,916.68** |
| Cleared Checks and Payments | | | |
| Bill Payment | 10/19/2009 | 61396 | (19.95) |
| Bill Payment | 10/19/2009 | 61393 | (1,094.43) |
| Bill Payment | 10/27/2009 | 61400 | (719.92) |
| Bill Payment | 10/27/2009 | 61403 | (7,094.15) |
| Bill Payment | 10/27/2009 | 61401 | (490.61) |
| Bill Payment | 10/27/2009 | 61405 | (97.00) |
| Bill Payment | 10/27/2009 | 61404 | (257.81) |
| Bill Payment | 10/27/2009 | 61406 | (971.20) |
| Bill Payment | 10/27/2009 | 61409 | (69.55) |
| Bill Payment | 10/27/2009 | 61410 | (300.00) |
| Bill Payment | 10/27/2009 | 61402 | (35.67) |
| Bill Payment | 10/27/2009 | 61408 | (45.91) |
| Check | 11/2/2009 | Wire 11/2/2009 4 | (6,953.58) |
| Check | 11/2/2009 | Wire 11l212009 2 | (34,693.51) |
| Check | 11/2/2009 | Wire 111212009 | (9,601.24) |
| Check | 11/3/2009 | Wire 111312009 | (55.00) |
| Bill Payment | 11/3/2009 | 61415 | (2,563.88) |
| Bill Payment | 11/3/2009 | 61414 | (1,938.79) |
| Bill Payment | 11/3/2009 | 61412 | (734.20) |
| Bill Payment | 11/3/2009 | 61411 | (213.95) |
| Bill Payment | 11/3/2009 | 61413 | (1,836.37) |
| Check | 11/4/2009 | Wire 11/4/2009 | (23,033.50) |
| Check | 11/5/2009 | Wire 11/5/09 | (10,130.50) |
| Check | 11/6/2009 | Wire 11l612009 | (3,611.18) |
| Check | 11/6/2009 | Wire 11/6/2009 2 | (16,872.22) |
| Check | 11/9/2009 | Wire 111912009 | (200.00) |
| Check | 11/9/2009 | Wire 111912009 2 | (308.23) |
| Check | 11/9/2009 | Wire 11/9/09 3 | (5,781.28) |
| Check | 11/10/2009 | Wire 11110109 | (19,617.51) |
| Bill Payment | 11/10/2009 | 61416 | (662.58) |
| Check | 11/12/2009 | Wire 11112109 | (95,799.37) |
| Check | 11/13/2009 | Wire 1111312009 | (37,520.65) |
| Check | 11/16/2009 | Wire 11116109 | (26,966.94) |
| Bill Payment | 11/16/2009 | 61418 | (11,790.15) |
| Bill Payment | 11/16/2009 | 61417 | (11,332.43) |
| Check | 11/17/2009 | Wire 11/17/09 | (16,215.37) |
| Check | 11/18/2009 | Wire11 18092 | (66,847.91) |
| Bill Payment | 11/18/2009 | Wire 11 1809 | (11,790.15) |
| Check | 11/19/2009 | Wire 11 19 09 | (34,558.40) |
| Check | 11/23/2009 | Wire 11 23 09 | (200.00) |
| Bill Payment | 11/23/2009 | 61422 | (7,448.86) |
| Check | 11/25/2009 | Wire 11125109 | (12,560.06) |
| Check | 11/30/2009 | Wire 1113012009 | (20,198.47) |
| Check | 11/30/2009 | | (0.05) |
| Total - Cleared Checks and Payments | | | **(503,232.53)** |
| Total - Reconciled | | | **50,684.15** |
| Last Reconciled Statement Balance - 1013112009 | | | 624,496.11 |

| ID | Date | No. | Balance |
|----|------|-----|---------|
| Current Reconciled Balance | | | 675,180.26 |
| Reconcile Statement Balance - 11/30/2009 | | | 675,180.26 |
| Difference | | | |
| Unreconciled | | | |
| Uncleared | | | |
| Checks and Payments | | | |
| Bill Payment | 12/29/2008 | 60354 | (500.00) |
| Bill Payment | 1/5/2009 | 60429 | (564.00) |
| Bill Payment | 31412009 | 60694 | (658.40) |
| Bill Payment | 3/9/2009 | 60704 | (309.37) |
| Bill Payment | 4/7/2009 | 60814 | (300.00) |
| Check | 5/22/2009 | eft 05 22 09 | (200.00) |
| Bill Payment | 5/26/2009 | 61018 | (54.00) |
| Bill Payment | 6/5/2009 | 61061 | (18.90) |
| Bill Payment | 6/9/2009 | 61063 | (770.00) |
| Bill Payment | 10/27/2009 | 61407 | (50.00) |
| Bill Payment | 11/23/2009 | 61423 | (25.00) |
| Bill Payment | 11/23/2009 | 61421 | (565.98) |
| Bill Payment | 11/23/2009 | 61420 | (995.79) |
| Bill Payment | 11/23/2009 | 61424 | (1,579.44) |
| Total - Checks and Payments | | | (6,590.88) |
| Total - Uncleared | | | (6,590.88) |
| Cleared | | | |
| Deposits and Other Credits | | | |
| Journal | 12/31/2007 | | 1,577.64 |
| Total - Deposits and Other Credits | | | 1,577.64 |
| Total - Cleared | | | 1,577.64 |
| Total as of 1113012009 | | | 670,167.02 |

*(handwritten)* of ⟨33.00⟩
670,134
670,134

**Prevalence Health, LLC**
# Reconciliation Summary - 1001 Regions
## As of 1113012009

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 553,916.68 |
| Cleared Checks and Payments | (503,232.53) |
| **Total - Reconciled** | **50,684.15** |
| Last Reconciled Statement Balance - 1013112009 | 624,496.11 |
| Current Reconciled Balance | 675,180.26 |
| Reconcile Statement Balance - 1113012009 | 675,180.26 |
| Difference | 0.00 |
| **Unreconciled** | |
| Uncleared | |
| Checks and Payments | (6,590.88) |
| **Total - Uncleared** | **(6,590.88)** |
| Cleared | |
| Deposits and Other Credits | 1,577.64 |
| **Total - Cleared** | **1,577.64** |
| Total as of 1113012009 | 670,167.02 |

 **REG IONS**

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00044776 02 AV  0.460 002
PREVALENCEHEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| **ACCOUNT #** | **9001277993** |

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 27 |
| Page | 19 |
| | 1  of6 |

## COMMERCIAL ANALYZED CHECKING
October 31,2009  through  November 30,2009

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | **$624,496.11** | Minimum Balance | $573,766 |
| Deposits & Credits | **$530,794.10** + | | |
| Withdrawals | **$453,206.89** = | | |
| Fees | **$308.23** = | | |
| Automatic Transfers | **$0.00** + | | |
| Checks | **$26,594.83** = | | |
| Ending Balance | **$675,180.26** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 11/02 | Deposit - Thank You | 1,518.46 |
| 11/02 | Deposit - Thank You | 115.80 |
| 11/02 | State of Ill    Commercial 0006Prevalence Ah5062032000595 | 8,505.92 |
| 11/03 | Deposit - Thank You | 57,582.56 |
| 11/03 | Deposit - Thank You | 139.20 |
| 11/03 | Regions Bank    Acct Trans MS364174656    Ccooley | 9,601.24 |
| 11/03 | State of Ill    Commercial 0006Prevalence Ah5087758003379 | 734.34 |
| 11/03 | State of Ill    Commercial 0006Prevalence Ah5087758003380 | 279.59 |
| 11/03 | State of Ill    Commercial 0006Prevalence Ah5087758003378 | 77.00 |
| 11/04 | EDS Corporation  Ilssa/Dh 1821009333 Pre 200810340A | 2.66 |
| 11/05 | Deposit - Thank You | 3,371.25 |
| 11/05 | Deposit - Thank You | 374.05 |
| 11/05 | Deposit - Thank You | 239.93 |
| 11/05 | Deposit - Thank You | 188.98 |
| 11/05 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949091031 | 454.77 |
| 11/05 | State of Florida Medicaid Prevalence Hea 022400601 | 89.56 |
| 11/09 | Deposit - Thank You | 279.67 |
| 11/09 | State of Ill    Commercial 0006Prevalence Ah5134321001237 | 12,438.50 |
| 11/09 | Regions Bank    Acct Trans MS364174656    Ccooley | 6,615.21 |
| 11/10 | Deposit - Thank You | 58,500.59 |
| 11/10 | Deposit - Thank You | 244.76 |
| 11/10 | Memberhealth Cln Payment Tedsmeds.Recei 2190903 | 23,627.23 |
| 11/10 | Memberhealth Cln Payment Tedsmeds.Recei 2188959 | 4,626.04 |
| 11/10 | Regions Bank    Acct Trans MS364174656    Ccooley | 200.00 |
| 11/12 | Deposit - Thank You | 111.00 |
| 11/12 | Regions Bank    Acct Trans MS364174656    Ccooley | 84,830.67 |
| 11/12 | Acs MS Title Xix S  sgen-EFT Prevalence Hea 00440949091107 | 198.36 |
| 11/12 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00330698091107 | 22.07 |
| 11/13 | Deposit - Thank You | 14,477.90 |
| 11/13 | Deposit - Thank You | 70.00 |
| 11/13 | Merchant Service Merch Dep Health Allianc 8003547554 | 132.40 |
| 11/13 | Merchant Service Merch Dep Health Allianc 8003547554 | 80.00 |
| 11/16 | Deposit - Thank You | 30,358.95 |
| 11/16 | Deposit - Thank You | 168.70 |

 **REGIONS**    Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| ACCOUNT # | 9001277993 |

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 19 |
| Page | 2 of 6 |

## DEPOSITS & CREDITS (CONTINUED)

| | | |
|---|---|---|
| 11/16 | State of Ill    Commercial 0006Prevalence Ah5201885002670 | 6,833.28 |
| 11/17 | Deposit - Thank You | 64,571.13 |
| 11/17 | Deposit - Thank You | 29.00 |
| 11/17 | State of Ill    Commercial 0006Prevalence Ah5229617005232 | 505.87 |
| 11/17 | State of Ill    Commercial 0006Prevalence Ah5229617005233 | 3.00 |
| 11/18 | Deposit - Thank You | 15.60 |
| 11/18 | Merchant Service Merch Dep Health Allianc 8003547554 | 34.12 |
| 11/19 | Regions Bank    Acct Trans MS364174656    Ccooley | 20,131.07 |
| 11/19 | Regions Bank    Acct Trans MS364174656    Ccooley | 11,332.43 |
| 11/19 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949091114 | 3,994.00 |
| 11/19 | Merchant Service Merch Dep Health Allianc 8003547554 | 6.00 |
| 11/20 | Merchant Service Merch Dep Health Allianc 8003547554 | 40.00 |
| 11/23 | Deposit - Thank You | 1,450.09 |
| 11/23 | Deposit - Thank You | 137.00 |
| 11/23 | State of Ill    Commercial 0006Prevalence Ah5332332004329 | 13,722.61 |
| 11/23 | State of Ill    Commercial 0006Prevalence Ah5332332004328 | 47.71 |
| 11/24 | Deposit - Thank You | 46,793.47 |
| 11/24 | Memberhealth Cln Payment Tedsmeds.Recei 2199895 | 22,197.39 |
| 11/24 | Memberhealth Cln Payment Tedsmeds.Recei 2197944 | 2,928.97 |
| 11/24 | Merchant Service Merch Dep Health Allianc 8003547554 | 1,341.86 |
| 11/24 | State of Ill    Commercial 0006Prevalence Ah5351573001603 | 112.20 |
| 11/25 | Regions Bank    Acct Trans MS364174656    Ccooley | 200.00 |
| 11/25 | Merchant Service Merch Dep Health Allianc 8003547554 | 27.90 |
| 11/27 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00330698091121 | 122.33 |
| 11/30 | Deposit - Thank You | 1,225.47 |
| 11/30 | Regions Bank    Acct Trans MS364174656    Ccooley | 12,733.54 |

| | | |
|---|---|---|
| | Total Deposits & Credits | $530,734.10 |

## WITHDRAWALS

| | | |
|---|---|---|
| 11/02 | Regions Bank    Acct Trans MS364174656    Ccooley | 34,693.51 |
| 11/02 | Regions Bank    Acct Trans MS364174656    Ccooley | 6,953.58 |
| 11/02 | Blue Cross of MS Insur Prem Prevalence Hbl 0041599 | 9,601.24 |
| 11/03 | Merchant Service Merch Fee Health Allianc8003547554 | 55.00 |
| 11/04 | Regions Bank    Acct Trans MS364174656    Ccooley | 23,033.50 |
| 11/05 | Regions Bank    Acct Trans MS364174656    Ccooley | 10,130.53 |
| 11/06 | Regions Bank    Acct Trans MS364174656    Ccooley | 16,872.22 |
| 11/06 | Regions Bank    Acct Trans MS364174656    Ccooley | 3,611.18 |
| 11/09 | Regions Bank    Acct Trans MS364174656    Ccooley | 5,781.28 |
| 11/09 | Pitney Bowes    Postage Prevalence Hea 42906255 | 200.00 |
| 11/10 | Regions Bank    Acct Trans MS364174656    Ccooley | 19,617.51 |
| 11/12 | Regions Bank    Acct Trans MS364174656    Ccooley | 95,799.37 |
| 11/13 | Regions Bank    Acct Trans MS364174656    Ccooley | 37,520.65 |
| 11/16 | Regions Bank    Acct Trans MS364174656    Ccooley | 26,966.94 |
| 11/17 | Regions Bank    Acct Trans MS364174656    Ccooley | 16,215.37 |
| 11/18 | Wire Transfer Westport Busin | 11,790.15 |
| 11/18 | Regions Bank    Acct Trans MS364174656    Ccooley | 66,847.91 |
| 11/19 | Regions Bank    Acct Trans MS364174656    Ccooley | 34,558.42 |

 **REGIONS**

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson. MS 39201



PREVALENCE HEALTH    LLC
PO BOX 12648
JACKSON MS 39236-2648

|  |  |
|---|---|
| **ACCOUNT #** | **9001277993** |

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 19 |
| Page | 3 of 6 |

## WITHDRAWALS (CONTINUED)

| | | | |
|---|---|---|---:|
| 11/23 | Pitney Bowes | Postage Prevalence Hea 42906255 | 200.00 |
| 11/25 | Regions Bank | Acct Trans MS364174656  Ccooley | 12,560.06 |
| 11/30 | Regions Bank | Acct Trans MS364174656  Ccooley | 20,198.47 |
| | | Total Withdrawals | **$453,206.89** |

## FEES

| | | | |
|---|---|---|---:|
| 11/09 | Analysis Charge | 10-09 | 308.23 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 11/03 | 61393 | 1,094.43 | 11/09 | 61409 | 69.55 |
| 11/03 | 61396  * | 19.95 | 11/02 | 61410 | 300.00 |
| 11/02 | 61400  * | 719.92 | 11/12 | 61411 | 213.95 |
| 11/02 | 61401 | 490.61 | 11/09 | 61412 | 734.20 |
| 11/03 | 61402 | 35.67 | 11/10 | 61413 | 1,836.37 |
| 11/02 | 61403 | 7,094.15 | 11/09 | 61414 | 1,938.79 |
| 11/03 | 61404 | 257.81 | 11/10 | 61415 | 2,563.88 |
| 11/12 | 61405 | 97.00 | 11/20 | 61416 | 662.58 |
| 11/02 | 61406 | 971.20 | 11/30 | 61422  * | 7,448.86 |
| 11/02 | 61408  * | 45.91 | | | |
| | | | | Total Checks | **$26,594.83** |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 11/02 | 573,766.17 | 11/12 | 654,324.98 | 11/23 | 627,703.82 |
| 11/03 | 640,717.24 | 11/13 | 631,564.63 | 11/24 | 701,077.71 |
| 11/04 | 617,686.40 | 11/16 | 641,958.62 | 11/25 | 688,745.55 |
| 11/05 | 612,274.41 | 11/17 | 690,852.25 | 11/27 | 688,868.48 |
| 11/06 | 591,791.01 | 11/18 | 612,263.91 | 11/30 | 675,180.26 |
| 11/09 | 602,092.34 | 11/19 | 613,168.99 | | |
| 11/10 | 665,273.20 | 11/20 | 612,546.41 | | |



**REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| ACCOUNT # | 9001277993 |
| | 001 |
| Cycle | 27 |
| Enclosures | 19 |
| Page | 4 of6 |

**NOTICE OF NEW RULES FOR INTERNET
GAMBLING TRANSACTIONS: THE
UNLAWFUL INTERNET GAMBLING
ENFORCEMENT ACT PROHIBITS INTERNET
OR ONLINE GAMBLING TRANSACTIONS.
WE RESERVE THE RIGHT TO DECLINE ANY
TRANSACTION THAT WE BELIEVE IS AN
INTERNET OR ONLINE GAMBLING
TRANSACTION.**

For all your banking needs, please call 1-800-REGIONS.
or visit us on the internet at www.regions.com.

**Thank You For Banking With Regions!**



# REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
PO BOX 12648
JACKSON MS 39236-2648

**ACCOUNT #**   9001277993

**Page**   5   of 6

| Check# 61393 | 11/03/2009 | $1094.43 | Check# 61396 | 11/03/2009 | $19.95 | Check# 61400 | 11/02/2009 | $719.92 |
| Check# 61401 | 11/02/2009 | $490.61 | Check# 61402 | 11/03/2009 | $35.67 | Check# 61403 | 11/02/2009 | $7094.15 |
| Check# 61404 | 11/03/2009 | $257.81 | Check# 61405 | 11/12/2009 | $97.00 | Check# 61406 | 11/02/2009 | $971.20 |
| Check# 61408 | 11/02/2009 | $45.91 | Check# 61409 | 11/09/2009 | $69.55 | Check# 61410 | 11/02/2009 | $300.00 |
| Check# 61411 | 11/12/2009 | $213.95 | Check# 61412 | 11/09/2009 | $734.20 | Check# 61413 | 11/10/2009 | $1836.37 |
| Check# 61414 | 11/09/2009 | $1938.79 | Check# 61415 | 11/10/2009 | $2563.88 | Check# 61416 | 11/20/2009 | $662.58 |

 **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE  HEALTH    LLC
PO  BOX  12648
JACKSON  MS  39236-2648

ACCOUNT #        9001277993

**Page**            6   of 6



**Check# 61422        11/30/2009      $7448.86**

# ▲▲ REGIONS

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.



| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for ENDING BALANCE | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area. 326-5667)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45 days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ -Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY · Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



 **REGIONS**

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00038232 01 AV 0.335 001
PREVALENCE HEALTH    LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
4270 I 55 N STE 102
JACKSON MS 39211-6394

ACCOUNT #    0101894579

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## COMMERCIAL ANALYZED CHECKING
### October 31,2009 through November 30,2009

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $38.93 | + | Minimum Balance | $18 |
| Deposits & Credits | $0.00 | | | |
| Withdrawals | $0.00 | − | | |
| Fees | $20.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| Ending Balance | $18.93 | | | |

### FEES

| | | | |
|---|---|---|---|
| 11109 | Analysis Charge | 10-09 | 20.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/09 | 18.93 | | | | |

**NOTICE OF NEW RULES FOR INTERNET
GAMBLING TRANSACTIONS: THE
UNLAWFUL INTERNET GAMBLING
ENFORCEMENT ACT PROHIBITS INTERNET
OR ONLINE GAMBLING TRANSACTIONS.
WE RESERVE THE RIGHT TO DECLINE ANY
TRANSACTION THAT WE BELIEVE IS AN
INTERNET OR ONLINE GAMBLING
TRANSACTION.**

For all your banking needs, please call 1-800-REGIONS.
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!