# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_    For Period _Jan 1_ to _Jan 31_, 20 _10_.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on*: _3-17-10_
(date)

Debtor(s)*: _Prevalence Health, LLC_

By:** _Chris Cooley_

Position: _Acting CFO_

Name of preparer: _Chris Cooley_

Telephone No. of Preparer _601-981-0070 ext 233_

\* both debtors must sign if a joint petition

\** for corporate or partnership debtor

FORM 2-A
1/08

FORM 2-B
Page 1 of 2
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date | Month | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/09 | | | | | | | | |
| CURRENT ASSETS: | | | | | | | | | |
| Cash........................* | 1,676,083 | 1,665,525 | | | | | | | |
| Accounts Receivable, Net.......... | 294,528 | 292,898 | | | | | | | |
| Inventory, at lower of cost or market.... | 0 | 0 | | | | | | | |
| Prepaid expenses & deposits.......... | 75000 | 84930 | | | | | | | |
| Other _Receivable from Sale of Assets_ | 19,656 | 19,656 | | | | | | | |
| TOTAL CURRENT ASSETS.......... | 2065267 | 2083009 | | | | | | | |
| PROPERTY, PLANT & EQUIPMENT.......... | | | | | | | | | |
| Less accumulated depreciation.......... | | | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT.... | 0 | 0 | | | | | | | |
| OTHER ASSETS _Deposits_ | 56,726 | 55,733 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL OTHER ASSETS.......... | 56,726 | 55,733 | | | | | | | |
| TOTAL ASSETS.......... | 2,121,993 | 2,138,742 | | | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at their value. Do not use historical cost one month and fair market value the next.

*Account contains approximately $187,768 that related to funds received for payment of post-acquisition receivables into Prevalence's account that is owed to SafeMeds. The offset is in Accruals, which includes a liability to SafeMeds of the same amount.

CASE NAME: Prevalence Health LLC

CASE NUMBER: 09-02016-ee

COMPARATIVE BALANCE SHEET

**

| ASSETS: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash................................. | 579,388 | 616,580 | 513,396 | 406,712 | 417,035 | 61,431 | 670,134 |
| Accounts Receivable, Net.......... | 960,787 | 561,550 | 723,450 | 807,823 | 754,398 | 333,169 | 277,976 |
| Inventory, at lower of cost or market. | 365,452 | 372,870 | 402,765 | 400,476 | 0 | 0 | 0 |
| Prepaid expenses & deposits........ | 118,110 | 151,573 | 170,837 | 139,406 | 122,958 | 82,254 | 82,448 |
| Other Receivable for Sale of Assets | | | | | ⑧ 954,185 | ⑧ 954,185 | ⑧ 954,185 |
| TOTAL CURRENT ASSETS............ | 2,029,337 | 2,002,763 | 1,860,452 | 1,754,419 | 2,249,179 | 1,980,979 | 1,984,743 |
| PROPERTY, PLANT & EQUIPMENT..... | 2,386,097 | 2,386,097 | 2,386,057 | 2,386,096 | 0 | 0 | 0 |
| Less accumulated depreciation...... | (2,244,328) | (6,253,093) | (2,261,543) | (2,269,744) | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT. | 141,768 | 133,004 | 124,513 | 116,352 | 0 | 0 | 0 |
| OTHER ASSETS: Deposits | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| TOTAL OTHER ASSETS............... | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| TOTAL ASSETS..................... | 2,209,299 | 2,189,560 | 2,041,727 | 1,927,447 | 2,305,905 | 2,037,657 | 2,041,469 |

If assets are carried at historical cost on debtor's **accounting** records and debtor **elects** to show them as such on **the** monthly reports, note the **change** above and include remarks on
FORM 2-F (Narrative).    All subsequent reports must then carry these assets at that value.    Do not use historical **cost** one month and fair market value the next.

&ast;&ast;    Adjustments from May 31 to June 9 are not available.
&ast;&ast;&ast;    Reflects both disputed charges billed to Prevalence and amounts reimbursed by SafeMeds.
Ⓐ (Effective 9/30/2009, Debtor sold the majority of its assets.    This amount represents the monies due the Seller from the Buyer
at closing on 10/6/2009.

FORM 2-B
**Page 1 of 8**

COMPARATIVE BALANCE SHEET

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

| LIABILITIES: | Filing Date | Month | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)........ | 0 | 0 | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3)..... | 92.71 | 98,140 | | | | | | | |
| Other: Misc Accruals | 206,887 | 231,038 | | | | | | | |
| TOTAL POST-PETITION LIABILITIES:..... | 299,662 | 329,178 | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | | |
| Notes payable - secured............ | | | | | | | | | |
| Priority debt............... | | | | | | | | | |
| Unsecured debt............. | 5,594,513 | 5,595,647 | | | | | | | |
| Other | | | | | | | | | |
| TOTAL LIABILITIES............. | 5,894,175 | 5,924,825 | | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | | | |
| PREFERRED STOCK................ | 5,994,125 (5,995,407) | 5,994,125 | | | | | | | |
| COMMON STOCK................ | | | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | | | |
| Through filing date........ | (9,635,407) | (9,635,407) | | | | | | | |
| Post filing date......... | (130,850) | (144,781) | | | | | | | |
| TOTAL EQUITY (NET WORTH)..... | (3,772,182) | (3,786,093) | | | | | | | |
| TOTAL LIABILITIES & EQUITY..... | 2,121,893 | 2,138,742 | | | | | | | |

CASE NAME: Prevalence Health LLC

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | | 94,609 | 90,953 | 1,106,112 | 132,611 | 109,293 | 93,036 |
| Other: Accrued payroll / location / Misc. Accruals | | 135,461 | 105,736 | 97,255 | 240,575 | 19,119 | 75,736 |
| TOTAL POST-PETITION LIABILITIES: | | 230,070 | 196,689 | 205,367 | 313,216 | 128,412 | 168,772 |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured | | | | | | | |
| Priority debt | | | | | | | |
| Unsecured debt | 5,356,600 | 5,732,281 | 5,730,550 | 5,657,643 | 5,612,235 | 5,585,453 | 5,551,420 |
| Other: | | | | | | | |
| **TOTAL LIABILITIES** | 5,350,600 | 5,902,361 | 5,927,239 | 5,863,010 | 5,985,451 | 5,717,865 | 5,766,192 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 |
| COMMON STOCK | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date | (187,499) | (244,667) | (294,217) | (638,244) | | (38,906) | (83,421) |
| **TOTAL EQUITY (NET WORTH)** | (3,841,802) | (3,772,901) | (3,935,468) | (4,735,513) | (3,626,693,546) | (36,820,240) | (37,247,123) |
| **TOTAL LIABILITIES & EQUITY** | 2,268,258 | 2,189,560 | 2,041,271 | 1,927,497 | 2,305,905 | 2,307,655 | 2,041,469 |

\* Adjustments from May 31 to June 9 are not available

\*\* Includes amounts billed to Prevalence that are disputed

\*\*\* Includes amounts owed to SafeMeds that were paid to Providence

FORM 2-C
'/08

PROFIT AND LOSS STATEMENT

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

| | Month 11/09-12/16/09 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| NET REVENUE. | ∅ | ∅ | | | | | |
| COST OF GOODS SOLD: | | | | | | | |
| Material. * | 33760 | ∅ | | | | | |
| Labor - Direct. | | | | | | | |
| Manufacturing Overhead. | | | | | | | |
| TOTAL COST OF GOODS SOLD: | 33760 | ∅ | | | | | |
| GROSS PROFIT: | (33760) | ∅ | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling and Marketing. | | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.). ** | 13,150 | 13,901 | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES. | 13150 | 13,901 | | | | | |
| INTEREST EXPENSE. | 549 | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES. | (47,459) | (13,901) | | | | | |
| DEPRECIATION OR AMORTIZATION. | 0 | ∅ | | | | | |
| EXTRAORDINARY EXPENSES * | 0 | ∅ | | | | | |
| INCOME TAX EXPENSE (BENEFIT). | 0 | ∅ | | | | | |
| NET INCOME (LOSS). ** | (47459) | (13901) | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

\*    Cost of sales for SafeMeds' benefit – reimbursed by SafeMeds
\*\*   Includes COS expenses for SafeMeds – reimbursed by SafeMeds plus disputed billings by third parties.

PROFIT AND LOSS STATEMENT

CASE NAME: Prevalence Realty LLC

CASE NUMBER: 09-02016-ee

| | Month *<br>6/1/09-6/30/09 | Month<br>7/1/09-7/31/09 | Month<br>8/1/09-8/31/09 | Month<br>9/1/09-9/30/09 | Month<br>10/1/09-10/31/09 | Month<br>11/1/09 to 11/30/09 |
|---|---|---|---|---|---|---|
| NET REVENUE | 1,234,205 | 1,186,933 | 1,051,684 | 980,153 | 49,570 | 0 |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | 1,028,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | 1,028,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| GROSS PROFIT | 205,864 | 188,560 | 171,122 | 64,338 / 76,75 | 18,191 | 1,225 |
| **OPERATING EXPENSES:** | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | 326,598 | 291,324 | 211,439 | 205,451 | 46,513 | 45,536 |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | |
| INTEREST EXPENSE | | 1,491 | 1,488 | 615 | 287 | 202 |
| INCOME BEFORE DEPRECIATION OR TAXES | (121,731) | (104,255) | (41,805) | (136,728) | (28,608) | 244,537 |
| DEPRECIATION OR AMORTIZATION | 8,105 | 8,412 | 8,240 | 7,955 | 0 | 0 |
| Gain on Sale of assets EXTRAORDINARY EXPENSES | 0 | | | 400,650 (B) / 27,945 | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME (LOSS) | (131,499) | (112,667) | (50,045) | 255,967 | (2,064) | 244,537 |

**

*Requires explanation in NARRATIVE (Form 2-F)
*  Adjustments from May 31 to June 9 are not available.
*  Reflects both disputed charges billed to Prevalence and amounts reimbursed by SafeMeds.
(B) Effective 9/30/2009, Debtor sold the majority of its assets. This amount represents the monies due the Seller from the Buyer at closing on 10/6/2009.

FORM 2-C
1/08

CASE NAME: _Prevalence Health_    CASE NUMBER: _09 -02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period _Jan 1_ to _Jan 31_, 20_10_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                             $ _1676 083_

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                                  $ _509 379_

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                        $( _499,937_ )

4. Net Cash Flow                                         $ _____

5. Ending Cash Balance (to FORM 2-B)                     $ _1645525_

### CASH SUMMARY - ENDING BALANCE

|   | | Amount* | Financial Institution |
|---|---|---|---|
| 1. Real Estate Account | $ | | |
| 2. Trust Account  DIP | $ | 78 | Regions |
| 3. Operating and/or Personal Account | $ | 750,043 | Regions |
| 4. Payroll Account | $ | | |
| 5. Tax Account | $ | | |
| 6. Other Accounts (Specify checking or savings) | $ | 935,404 | Regions |
| 7. Cash Collateral Account | $ | | |
| 8. Petty Cash | $ | | |

TOTAL (must agree with line 5 above)    $ _____

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

### ADJUSTED CASH DISBURSEMENTS

Cash disbursements on Line **3** above less                              *
inter-account transfers & UST fees paid    $ _499 937_

* NOTE:  This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

FORM **2-D**
**Page 1 of 4**
**1/08**

## Prevalence Health, LLC
## Reconciliation Detail - 1001 Regions
## As of 1/31/2010

| ID | Date | No. | Balance |
|---|---|---|---|
| **Reconciled** | | | |
| Cleared Deposits and Other Credits | | | |
| Deposit | 1/4/2010 | | 13,027.49 |
| Deposit | 1/4/2010 | | 39.53 |
| Deposit | 1/5/2010 | | 19,627.14 |
| Deposit | 1/5/2010 | | 73.17 |
| Deposit | 1/5/2010 | | 45,175.74 |
| Deposit | 1/5/2010 | | 3,452.25 |
| Deposit | 1/6/2010 | | 617.34 |
| Deposit | 1/6/2010 | | 188.05 |
| Deposit | 1/7/2010 | | 32,303.26 |
| Deposit | 1/7/2010 | | 54.82 |
| Deposit | 1/7/2010 | | 50.10 |
| Deposit | 1/7/2010 | | 819.23 |
| Deposit | 1/8/2010 | | 14,958.19 |
| Deposit | 1/8/2010 | | 1,212.62 |
| Journal | 1/8/2010 | 922 | 7,448.86 |
| Deposit | 1/11/2010 | | 74.40 |
| Deposit | 1/11/2010 | | 7,982.40 |
| Deposit | 1/12/2010 | | 66,420.04 |
| Deposit | 1/12/2010 | | 266.46 |
| Deposit | 1/12/2010 | | 993.25 |
| Deposit | 1/13/2010 | | 654.40 |
| Deposit | 1/14/2010 | | 3,511.86 |
| Deposit | 1/14/2010 | | 24,855.16 |
| Deposit | 1/14/2010 | | 6.81 |
| Deposit | 1/14/2010 | | 584.06 |
| Deposit | 1/15/2010 | | 112.00 |
| Deposit | 1/15/2010 | | 14,995.57 |
| Deposit | 1/15/2010 | | 36,202.49 |
| Deposit | 1/15/2010 | | 530.09 |
| Deposit | 1/19/2010 | | 11.76 |
| Deposit | 1/19/2010 | | 12,526.90 |
| Deposit | 1/20/2010 | | 60,820.36 |
| Deposit | 1/20/2010 | | 287.00 |
| Deposit | 1/20/2010 | | 600.00 |
| Deposit | 1/20/2010 | | 180.30 |
| Deposit | 1/20/2010 | | 289.55 |
| Deposit | 1/21/2010 | | 806.61 |
| Deposit | 1/21/2010 | | 0.75 |
| Deposit | 1/21/2010 | | 15,649.22 |
| Deposit | 1/21/2010 | | 4,399.94 |
| Deposit | 1/22/2010 | | 15,147.13 |
| Deposit | 1/22/2010 | | 72.80 |
| Deposit | 1/25/2010 | | 75.00 |
| Deposit | 1/25/2010 | | 10,888.61 |
| Deposit | 1/26/2010 | | 4.80 |
| Deposit | 1/26/2010 | | 66,438.58 |
| Deposit | 1/28/2010 | | 2,774.84 |
| Deposit | 1/28/2010 | | 113.70 |
| Deposit | 1/28/2010 | | 7,680.25 |
| Deposit | 1/29/2010 | | 12,472.83 |
| Deposit | 1/29/2010 | | 542.47 |
| Deposit | 1/29/2010 | | 7,934.09 |

| ID | Date | No. | Balance |
|---|---|---|---|
| Total - Cleared Deposits and Other Credits | | | 515,954.27 |
| Cleared Checks and Payments | | | |
| Check | 1/4/2010 | WIRE 1/4/2010 1 | (200.00) |
| Check | 1/4/2010 | Wire 1/4/2010 | (40,615.95) |
| Check | 1/5/2010 | Wire 1/5/2010 | (233.57) |
| Check | 1/7/2010 | Wire 1–7–2010 | (50,934.28) |
| Check | 1/8/2010 | Wire 1/8/2010 | (27,621.34) |
| Bill Payment | 1/8/2010 | 61427 | (7,448.86) |
| Bill Payment | 1/8/2010 | 61428 | (7,448.86) |
| Check | 1/11/2010 | Wire 1_11–2010 2 | (218.05) |
| Check | 1/11/2010 | Wire 1_11–2010 1 | (29,019.32) |
| Check | 1/15/2010 | Wire 1–15–10 1 | (207,560.39) |
| Check | 1/19/2010 | Wire 1-19-2010 | (200.00) |
| Check | 1/20/2010 | Wire 1-20-2010 | (200.00) |
| Check | 1/21/2010 | Wire 1/21/2010 | (1,000.00) |
| Check | 1/22/2010 | Wire 1/22/2010 | (300.00) |
| Check | 1/25/2010 | Wire 1/25/2010 | (30.00) |
| Check | 1/25/2010 | Wire 1_25_2010 | (102,730.92) |
| Check | 1/26/2010 | Wire 1/26/2010 | (25,210.67) |
| Check | 1/29/2010 | Wire 1/29/2010 | (200.00) |
| Total - Cleared Checks and Payments | | | (501,172.21) |
| Total - Reconciled | | | 14,782.06 |
| Last Reconciled Statement Balance - 12/31/2009 | | | 744,888.16 |
| Current Reconciled Balance | | | 759,670.22 |
| Reconcile Statement Balance - 1/31/2010 | | | 759,670.22 |
| Difference | | | |
| Unreconciled | | | |
| Uncleared | | | |
| Checks and Payments | | | |
| Bill Payment | 12/29/2008 | 60354 | (500.00) |
| Bill Payment | 1/5/2009 | 60429 | (564.00) |
| Bill Payment | 3/4/2009 | 60694 | (658.40) |
| Bill Payment | 3/9/2009 | 60704 | (309.37) |
| Bill Payment | 4/7/2009 | 60814 | (300.00) |
| Check | 5/22/2009 | eft 05 22 09 | (200.00) |
| Bill Payment | 5/26/2009 | 61018 | (54.00) |
| Bill Payment | 6/5/2009 | 61061 | (18.90) |
| Bill Payment | 6/9/2009 | 61063 | (770.00) |
| Bill Payment | 11/23/2009 | 61423 | (25.00) |
| Bill Payment | 11/23/2009 | 61424 | (1,579.44) |
| Bill Payment | 1/27/2010 | 61429 | (6,173.33) |
| Total - Checks and Payments | | | (11,152.44) |
| Total - Uncleared | | | (11,152.44) |
| Cleared | | | |
| Deposits and Other Credits | | | |
| Journal | 12/31/2007 | | 1,577.64 |
| Total - Deposits and Other Credits | | | 1,577.64 |
| Total - Cleared | | | 1,577.64 |
| Total as of 1/31/2010 | | | 750,095.42 |

CASE NAME: *Prevalence Health*    CASE NUMBER: *09-02016-ee*

## QUARTERLY FEE SUMMARY

MONTH ENDED_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $_____ | | | |
| March | $_____ | | | |
| Total 1st Quarter | $_____ | $_____ | | |
| | | | | |
| April | $_____ | | | |
| May | $_____ | | | |
| June | $_____ | | | |
| Total 2nd Quarter | $_____ | $_____ | | |
| | | | | |
| July | $_____ | | | |
| August | $_____ | | | |
| September | $_____ | | | |
| Total 3rd Quarter | $_____ | $_____ | | |
| | | | | |
| October | $_____ | | | |
| November | $_____ | | | |
| December | $_____ | | | |
| Total 4th Quarter | $_____ | $_____ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | **$325** |
| $15,000 to $74,999.99 | **$650** |
| $75,000 to $149,999.99 | **$975** |
| $150,000 to $224,999.99 | **$1,625** |
| $225,000 to $299,999.99 | **$1,950** |
| $300,000 to $999,999.99 | **$4,875** |
| $1,000,000 to $1,999,999.99 | **$6,500** |
| $2,000,000 to $2,999,999.99 | **$9,750** |
| $3,000,000 to $4,999,999.99 | **$10,400** |
| $5,000,000 to $14,999,999.99 | **$13,000** |
| $15,000,000 to $29,999,999.99 | **$20,000** |
| $30,000,000 or more | **$30,000** |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
*Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence Health_____    CASE NUMBER: _09-02016-ee_____

# QUARTERLY FEE SUMMARY

MONTH ENDED_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date | |
|---|---|---|---|---|---|
| January | $_____ | | | | |
| February | $_____ | | | | |
| March | $_____ | | | | |
| Total 1st Quarter | $_____ | $_____ | | | |
| | | | | | |
| April | $_____ | | | | |
| **May** | $_____ | | | | |
| June | $ 825,337 | | | | |
| Total 2nd Quarter | $ 825,337 | $ 4,875 * | 61179 | 7/20/09 | * Actually paid 6,500 |
| | | | | | |
| July | $ 1,309,312 | | | | |
| August | $ 1,070,434 | | | | |
| September | $ 920,721 | | | | |
| Total 3rd Quarter | $ 3,300,467 | $ 10,400 ✱ | 61390 | 10/16/09 | * Actually paid $8,775 to make up for overpayt in 2nd Qtr. |
| | | | | | |
| October | $ 488,995 | | | | |
| November | $ 472,141 | | | | |
| **December** | $ 606,081 | | | | |
| Total 4th Quarter | $ 1,567,217 | $ 6,500 | 61430 | 3/8/10 | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to **$149,999.99** | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to **$299,999.99** | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Jan 1_ to _Jan 31_, 20 _10_

Account Name: _Prevalence Health_   Account Number: _9001 277993_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

See Attached

Total Cash Receipts        $_____

**FORM 2-D**
**Page 3 of 4**
**1/08**

### Prevalence Health LLC
Cash Deposits

| Date | Description/ Source | Amount |
|------|---------------------|--------|
| 1/4/2010 | Patient Co-Pay | 39.53 |
| 1/4/2010 | Insurance / Medicaid I Medicare | 13,027.49 |
| 1/5/2010 | Patient Co-Pay | 73.17 |
| 1/5/2010 | Insurance / Medicaid / Medicare | 3,452.25 |
| 1/5/2010 | Insurance / Medicaid / Medicare | 19,627.14 |
| 1/5/2010 | Insurance / Medicaid / Medicare | 45,175.74 |
| 1/6/2010 | Patient Co-Pay | 188.05 |
| 1/6/2010 | Insurance / Medicaid / Medicare | 617.34 |
| 1/7/2010 | Patient Co-Pay | 50.10 |
| 1/7/2010 | Insurance / Medicaid / Medicare | 54.82 |
| 1/7/2010 | Insurance / Medicaid I Medicare | 819.23 |
| 1/7/2010 | Insurance / Medicaid / Medicare | 32,303.26 |
| 1/8/2010 | Insurance / Medicaid / Medicare | 1,212.62 |
| 1/8/2010 | Insurance / Medicaid / Medicare | 14,958.19 |
| 1/11/2010 | Patient Co-Pay | 74.40 |
| 1/11/2010 | Insurance / Medicaid I Medicare | 7,982.40 |
| 1/12/2010 | Patient Co-Pay | 266.46 |
| 1/12/2010 | Miscellaneous | 1,002.25 |
| 1/12/2010 | Insurance / Medicaid I Medicare | 62,882.12 |
| 1/12/2010 | Insurance / Medicaid / Medicare | 1,102.15 |
| 1/12/2010 | Insurance / Medicaid / Medicare | 2,435.77 |
| 1/13/2010 | Patient Co-Pay | 654.40 |
| 1/14/2010 | Insurance / Medicaid / Medicare | 6.81 |
| 1/14/2010 | Patient Co-Pay | 584.06 |
| 1/14/2010 | Insurance / Medicaid / Medicare | 3,511.86 |
| 1/14/2010 | Insurance / Medicaid / Medicare | 24,855.16 |
| 1/15/2010 | Patient Co-Pay | 112.00 |
| 1/15/2010 | Patient Co-Pay | 530.09 |
| 1/15/2010 | Insurance / Medicaid / Medicare | 14,995.57 |
| 1/15/2010 | Insurance I Medicaid / Medicare | 36,202.49 |
| 1/19/2010 | Patient Co-Pay | 11.76 |
| 1/19/2010 | Insurance I Medicaid / Medicare | 12,526.90 |
| 1/20/2010 | Patient Co-Pay | 180.30 |
| 1/20/2010 | Patient Co-Pay | 287.00 |
| 1/20/2010 | Insurance / Medicaid / Medicare | 289.55 |
| 1/20/2010 | Patient Co-Pay | 600.00 |
| 1/20/2010 | Insurance / Medicaid / Medicare | 48,750.32 |
| 1/20/2010 | Insurance / Medicaid / Medicare | 4,217.28 |
| 1/20/2010 | Insurance / Medicaid / Medicare | 7,852.76 |
| 1/21/2010 | Insurance / Medicaid / Medicare | 0.75 |
| 1/21/2010 | Patient Co-Pay | 806.61 |
| 1/21/2010 | Insurance / Medicaid / Medicare | 4,399.94 |
| 1/21/2010 | Insurance / Medicaid / Medicare | 15,649.22 |
| 1/22/2010 | Patient Co-Pay | 72.80 |
| 1/22/2010 | Insurance / Medicaid / Medicare | 15,147.13 |
| 1/25/2010 | Patient Co-Pay | 75.00 |
| 1/25/2010 | Insurance I Medicaid / Medicare | 10,888.61 |
| 1/26/2010 | Insurance / Medicaid / Medicare | 4.80 |
| 1/26/2010 | Insurance / Medicaid / Medicare | 61,593.01 |
| 1/26/2010 | Insurance / Medicaid / Medicare | 4,845.57 |

| Date | Description / Source | Amount |
|------|---------------------|--------|
| 1/28/2010 | Insurance / Medicaid / Medicare | 113.70 |
| 1/28/2010 | Insurance / Medicaid / Medicare | 2,774.84 |
| 1/28/2010 | Insurance / Medicaid / Medicare | 7,680.25 |
| 1/29/2010 | Patient Co-Pay | 542.47 |
| 1/29/2010 | Insurance / Medicaid / Medicare | 7,934.09 |
| 1/29/2010 | Insurance / Medicaid / Medicare | 165.37 |
| 1/29/2010 | Insurance / Medicaid / Medicare | 12,307.46 |
| | | 508,514.41 |

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Jan 1_ to _Jan 31_, 20_10_

Account Name: _Prevalence_ _____ Account Number: _900127993_
_Health_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

See Attached

Total Cash Disbursements    $_____

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

## *Prevalence Health, LLC*

Cash Disbursements

| Date | Num | Name | | Amount |
|------|-----|------|--|--------|
| 1/8/2010 | 61428 | PFS of the South, Inc. | Business Insurance | ($7,448.86) |
| 1/27/2010 | 61429 | PFS of the South, Inc. | Business Insurance | ($6,173.33) |
| 1/4/2010 | WIRE 1/4/2010 1 | Pitney Bowes-INTERNAL USE ONLY | Postage - Reimb by SafeMeds | ($200.00) |
| 1/4/2010 | Wire 1/4/2010 | SafeMeds Solutions | Reimb AR Collections | ($40,615.95) |
| 1/5/2010 | Wire 1/5/2010 | Regions Bank | Bank Fees | ($233.57) |
| 1/7/2010 | Wire 1–7–2010 | SafeMeds Solutions | Reimb AR Collections | ($50,934.28) |
| 1/8/2010 | Wire 1/8/2010 | SafeMeds Solutions | Reimb AR Collections | ($27,621.34) |
| 1/11/2010 | Wire 1_11_2010 1 | SafeMeds Solutions | Reimb AR Collections | ($29,019.32) |
| 1/11/2010 | Wire 1_11_2010 2 | Regions Bank | Bank Fees | ($218.05) |
| 1/15/2010 | Wire 1–15–10 1 | SafeMeds Solutions | Reimb AR Collections | ($207,560.39) |
| 1/19/2010 | Wire 1-19-2010 | Pay Systems | W2 Fees for Prevalence | ($200.00) |
| 1/20/2010 | Wire 1-20-2010 | Pitney Bowes-INTERNAL USE ONLY | Postage - Reimb by SafeMeds | ($200.00) |
| 1/21/2010 | Wire 1/21/2010 | Pitney Bowes-INTERNAL USE ONLY | Postage - Reimb by SafeMeds | ($1,000.00) |
| 1/22/2010 | Wire 1/22/2010 | Illinois Department of Revenue | Taxes | ($300.00) |
| 1/25/2010 | Wire 1–25–2010 | SafeMeds Solutions | Reimb AR Collections | ($102,730.92) |
| 1/25/2010 | Wire 1/25/2010 | Regions Bank | Bank Fees | ($30.00) |
| 1/26/2010 | Wire 1/26/2010 | SafeMeds Solutions | Reimb AR Collections | ($25,210.67) |
| 1/29/2010 | Wire 1/29/2010 | Pitney Bowes-INTERNAL USE ONLY | Postage - Reimb by SafeMeds | ($200.00) |
| | | | | ($499,896.68) |

CASE NAME: _Prevalence Health LLC_

CASENUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Jan 1_ to _Jan 31_ , 20 _10_

Account Name: _Prevalence Health_    Account Number: _012107897 1_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description(Source) | Amount |
|------|---------------------|--------|
| 1/29 | Interest Revenue | 865 |

Total Cash Receipts    $ _865_

FORM **2-D**
**Page 3 of 4**
**1108**

CASE NAME: *Prevalence Health LLC*

CASE NUMBER: *09-02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Jan 1* to *Jan 31*, 20*10*

Account Name: *Prevalence Health*    Account Number: *012107297l*

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements    $ *0*

"Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: _Prevalence Health LLC_
~~09-02016-ee~~

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Jan 1_ to _Jan 31_ , 20 _10_

Account Name: _Prevalence Health_ Account Number: _0101894579_
_DIP_

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      |                      |        |

Total Cash Receipts    $ _0_

FORM **2-D**
**Page 3 of 4**
*1108*

CASE NAME:  *Prevalence Health LLC*

CASE NUMBER:  *09-02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Jan 1* to *Jan 31*, 20 *10*

Account Name: *Prevalence Health*Account Number: *0101894519*
*DIP*

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 1/10 + 12/09 | Draft | Regions Bank | Bank Fees | 41.00 |

Total Cash Disbursements  $  41.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
*1108*

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _Jan 1_ to _Jan 31_, 20_10_

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

See Attached *

FORM 2-E
Page 1 of 3
1108

* Reflects charges billed to Prevalence, including charges disputed by Prevalence

# Prevalence Health LLC
## Post Petition Accounts Payable
As of January 31, 2010

| Vendor | Date | No | Age | Open Balance | Aging |
|---|---|---|---|---|---|
| North Shore Gas | 6/15/2009 | 5/13-6/12/09 | 230 | $2,789.23 | 120+ |
| Hamilton Partners | 6/20/2009 | | 225 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 612012009 | | 225 | $250.00 | 120+ |
| Avaya, Inc. | 6/26/2009 | 2728939461 | 219 | $761.49 | 120+ |
| Wells Fargo Financial Leasing | 6/30/2009 | 6745121525 | 215 | $298.03 | 120+ |
| Anda | 7/1/2009 | 775310 | 214 | ($47.54) | 120+ |
| Anda | 7/1/2009 | 774707 | 214 | ($48.43) | 120+ |
| Anda | 7/2/2009 | 780875 | 213 | ($30.00) | 120+ |
| Hamilton Partners | 7/2/2009 | 090702-10786 | 213 | $2,080.33 | 120+ |
| Young Williams P.A. | 7/7/2009 | 49592 Pre | 208 | $1,011.50 | 120+ |
| ComEd- Commonwealth Edison | 7/8/2009 | 6/8-7/8/09 | 207 | $479.16 | 120+ |
| Broward County Revenue Collector | 7/14/2009 | Local Business Tax | 201 | $45.00 | 120+ |
| North Shore Gas | 7/1612009 | 6/12-7/14/09 | 199 | $69.30 | 120+ |
| Hamilton Partners | 7/17/2009 | 090717-10786 | 198 | $633.01 | 120+ |
| Toyota Financial Services | 7/17/2009 | 4000250558 | 198 | $207.09 | 120+ |
| Hamilton Partners | 7/20/2009 | | 195 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 7/20/2009 | | 195 | $250.00 | 120+ |
| Banc Of America Leasing | 7/21/2009 | 011093620 | 194 | $326.50 | 120+ |
| Avaya, Inc. | 712612009 | 2729047343 | 189 | $761.48 | 120+ |
| North Shore Gas | 7/30/2009 | 6/9-7/14/09 | 185 | $69.26 | 120+ |
| Journal | 7/31/2009 | 854 | 184 | ($7,782.84) | 120+ |
| Wells Fargo Financial Leasing | 713112009 | 6745159529 | 184 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 8/1/2009 | 82761 | 183 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 8/6/2009 | 7/8-8/6/09 | 178 | $1,135.03 | 120+ |
| North Shore Gas | 8/13/2009 | 7/14-8/12/09 | 171 | $140.69 | 120+ |
| Hamilton Partners | 8/20/2009 | | 164 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 812012009 | | 164 | $250.00 | 120+ |
| Banc Of America Leasing | 8/21/2009 | 011138583 | 163 | $291.50 | 120+ |
| Young Williams P.A. | 8/24/2009 | 49592 Post - 1 | 160 | $74.75 | 120+ |
| Avaya, Inc. | 8/26/2009 | 2729164647 | 158 | $761.48 | 120+ |
| Quill | 8/28/2009 | 8951299 | 156 | $110.85 | 120+ |
| Wells Fargo Financial Leasing | 8/31/2009 | 6745198232 | 153 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 9/1/2009 | 92762 | 152 | $500.32 | 120+ |
| CT Corporation | 9/1/2009 | 2004471657-00 | 152 | $1,620.00 | 120+ |
| Quill | 9/3/2009 | 9080458 | 150 | $72.79 | 120+ |
| ComEd- Commonwealth Edison | 9/4/2009 | 8/6-9/4/09 | 149 | $1,608.16 | 120+ |
| North Shore Gas | 9/16/2009 | 8/12-9/14/09 | 137 | $70.44 | 120+ |
| Banc Of America Leasing | 912012009 | | 133 | $291.50 | 120+ |
| Hamilton Partners | 9/20/2009 | | 133 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 9/20/2009 | | 133 | $250.00 | 120+ |
| Avaya, Inc. | 9/26/2009 | 2729265177 | 127 | $761.48 | 120+ |
| Moore Wallace An RR Donnelley Co. | 9/29/2009 | 169997267 | 124 | $1,313.09 | 120+ |
| Moore Wallace An RR Donnelley Co. | 9/29/2009 | 873050230 | 124 | $134.50 | 120+ |
| Wells Fargo Financial Leasing | 9/30/2009 | 6745237646 | 123 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 10/1/2009 | 105711 | 122 | $500.32 | 120+ |
| Avaya, Inc. | 10/1/2009 | 2729282145 | 122 | $264.42 | 120+ |
| | | | | $72,748.06 | 120+ Total |
| ComEd- Commonwealth Edison | 10/6/2009 | 9/4-10/6/09 | 117 | $2,051.14 | 91-120 |
| North Shore Gas | 10/14/2009 | 9/14-10/14/09 | 109 | $287.75 | 91-120 |
| Sun Microsystems Global Financial Services | 10/15/2009 | 591219022 1911 | 108 | ($1,579.44) | 91-120 |
| Hamilton Partners | 10/20/2009 | | 103 | $14,769.94 | 91-120 |
| Machost Road LLC | 10/20/2009 | | 103 | $1,600.00 | 91-120 |
| Westwood Square, P/S/P | 10/20/2009 | | 103 | $250.00 | 91-120 |
| Banc Of America Leasing | 10/21/2009 | 11226721 | 102 | $291.50 | 91-120 |
| Wells Fargo Financial Leasing | 10/30/2009 | 6745277684 | 93 | $298.03 | 91-120 |
| | | | | $17,968.92 | 91-120 Total |
| City of Zachary | 11/6/2009 | 02-00760402 | 86 | $9.81 | 61-90 |
| | | | | $9.81 | 61-90 Total |
| Banc Of America Leasing | 12/21/2009 | 011311429 | 41 | $343.00 | 31-60 |
| Securian Retirement Services | 1/1/2010 | 01012010/0331201 | 30 | $571.00 | 31-60 |
| | | | | $914.00 | 31 60 Total |
| U.S. Trustee | 1/7/2010 | 01072010 | 24 | $6,500.00 | 1-30 |
| | | | | $6,500.00 | 1-30 Total |
| | | | | $98,140.79 | Grand Total |

**Prevalence Health, LLC**
**Accrued Expenses - Month End Accruals**
**January 2010**

| Description | Amount |
|---|---|
| Misc Accrual | 7,284.00 |
| US Trustee Fee | 2,200.00 |
| 2008 Audit & Tax Return | 4,979.00 |
| 2008 FL operating expenses - Rent | 134.00 |
| ABC Interest Post | 1,278.00 |
| LA Script Fee | 934.00 |
| AR Collections Owed to **SafeMeds** Solutions | 211,919.00 |
| 401k Admin Fees | 2,310.00 |
| Total Accrued Expenses | **231,038.00** |
| | |
| Balance per GL | **231,038.00** |
| | |
| Difference | |

CASE NAME: _Prevalence Health_ CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEEDULES

For Period _Jan 1_ to _Jan 31_ ,20 _10_

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

See Attached

FORM 2-E
Page 2 of 3
1/08

**Prevalence Health, LLC**
**Accounts Receivable Summary**
**January 31, 2010**

| Receivable from: | Current | | 31-60 | | 61-90 | | 91 - 120 | | 120+ | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance (Medicaid) | $ | - | $ | - | $ | 13 | $ | 836 | $ | 286,723 | $ | 287,572 |
| Patients (Co-Pay) | | - | | - | | - | | - | | 210,941 | | 210,941 |
| Total Accounts Rec | $ | - | $ | - | $ | 13 | $ | 836 | $ | 497,664 | $ | 498,513 |
| | | | | | | | | | | | | |
| Estimated Reserve | | 0.25% | | 0.25% | | 2.0% | | 5.0% | | 50.0% | | |
| Insurance | | - | | - | | 0 | | 42 | | 354,303 | | |
| Patients | | 25.0% | | 50.0% | | 100.0% | | 100.0% | | 100.0% | | 354,345 |

| | | |
|---|---|---|
| AR per ScriptMed | $ | 498,513 |
| Deposits in NetSuite not ScriptMed | $ | (6,151) |
| Not in Amount Due SafeMeds | | |
| Difference in MS Medicaid Rec Vs Posted | $ | (40,79) |
| | | |
| Adjusted AR per ScriptMed | | 451,583 |
| AR per GL | | 451,583 |
| Difference | | - |

Reconciliations201                    Analyis.xls

Prepared by:_____

Reviewed by:_____

**Prevalence Health**
**AR** Aging - **1213112009**

| Plan | Total | Current | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|---|---|
| Aetna Part D- LA | 36.00 | | | | | 36.00 |
| Ameri Group- FL | 262.00 | | | | | 262.00 |
| American Prog Part D- FL | 1,479.00 | | | | | 1,479.00 |
| Community Care Part D- FL | 2,123.00 | | | | | 2,123.00 |
| Community Care Part D- LA | 2,563.00 | | | | | 2,563.00 |
| Coventry Part D- LA | 113.00 | | | | | 113.00 |
| Florida Medicaid | 21,082.00 | | | | | 21,082.00 |
| Florida Medicaid DME | 48,959.00 | | | | | 48,959.00 |
| Healthspring Part D- LA | 1,976.00 | | | | | 1,976.00 |
| Humana Part D- FL | 4,075.00 | | | | | 4,075.00 |
| Humana Part D- LA | 581.00 | | | | | 581.00 |
| Illinois Medicaid | 10,027.00 | | | | | 10,027.00 |
| Indiana Medicaid | 928.00 | | | | | 928.00 |
| Louisiana Medicaid | 47,499.00 | | | 13.00 | 836.00 | 46,650.00 |
| MS Blue Cross LA/MS | 675.00 | | | | | 675.00 |
| Medco Part D- FL | 20.00 | | | | | 20.00 |
| Medco Part D- LA | 1,802.00 | | | | | 1,802.00 |
| Member Health Part D- FL | 1,844.00 | | | | | 1,844.00 |
| Member Health Part D- LA | . 3,013.00 | | | | | 3,013.00 |
| Marquette National Part D- FL | 706.00 | | | | | 706.00 |
| Marquette National Part D- LA | 257.00 | | | | | 257.00 |
| Mississippi Medicaid | 19,401.00 | | | | | 19,401.00 |
| Mississippi Med Supplies | 66,601.00 | | | | | 66,601.00 |
| NDC Part D- LA | 32.00 | | | | | 32.00 |
| Omnisys Medicare- IL | 32,345.00 | | | | | 32,345.00 |
| Pacificare Part D-FL | 2,525.00 | | | | | 2,525.00 |
| Pacificare Part D- LA | 1,605.00 | | | | | 1,605.00 |
| Pacificare Wrap Part D- LA | 577.00 | | | | | 577.00 |
| Amerigroup PCS- FL | 1,307.00 | | | | | 1,307.00 |
| POS Temp Payment Part D- LA | 74.00 | | | | | 74.00 |
| RX America Part D- LA | 257.00 | | | | | 257.00 |
| Silverscript Part D- LA | 1,004.00 | | | | | 1,004.00 |
| Tennessee Medicaid | 1,519.00 | | | | | 1,519.00 |
| United Healthcare- FL | 156.00 | | | | | 156.00 |
| Unicare Part D- FL | 4,825.00 | | | | | 4,825.00 |
| Unicare Part D- LA | 139.00 | | | | | 139.00 |
| Wellcare Healthease | 2,125.00 | | | | | 2,125.00 |
| Wellcare Part D- FL | 3,368.00 | | | | | 3,368.00 |
| Wellcare Part D- LA | 541.00 | | | | | 541.00 |
| **Total** | **288,421.00** | | **-** | **13.00** | **836.00** | **287,572.00** |

CASE NAME: _Prevalence alth_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _Jan 1_ to _Jan 31_ , 20 _10_

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | (X) | | | |
| General Liability | Arch Specialty Ins | 3,000,000 Agg 1,000,000 Occ | 3/1/10 | Yes |
| Property (Fire, Theft) | (X) | | | |
| Vehicle | (X) | | | |

Other (list):

| | | | | |
|---|---|---|---|---|
| D+O | Darwin National | 3,000,000 | 3/1/10 | Yes |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

(X) These policies were cancelled as of the date of the sale of the assets due to Prevalence no longer having employees or property.

FORM 2-E
Page 3 of 3
1/08

CASE NAME: _____   CASE NUMBER: _____

**NARRATIVE STATEMENT**

For Period _____ to _____ , 20_____

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FORM 2-F
1/08

**Prevalence Health, LLC**
# Reconciliation Summary - 1001 Regions
## As of 1/31/2010

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 515,954.27 |
| Cleared Checks and Payments | (501,172.21) |
| Total - Reconciled | 14,782.06 |
| Last Reconciled Statement Balance - 12/31/2009 | 744,888.16 |
| Current Reconciled Balance | 759,670.22 |
| Reconcile Statement Balance - 1/31/2010 | 759,670.22 |
| Difference | 0.00 |
| **Unreconciled** | |
| Uncleared | |
| Checks and Payments | (11,152.44) |
| Total - Uncleared | (11,152.44) |
| Cleared | |
| Deposits and Other Credits | 1,577.64 |
| Total - Cleared | 1,577.64 |
| Total as of 1/31/2010 | 750,095.42 |

*(handwritten)* 1527
750 0.43



**REGIONS**

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

0004642701 AV  0.335 001
PREVALENCE HEALTH LLC
PO BOX 12648
JACKSONMS 39236-2648

| | |
|---|---|
| **ACCOUNT #** | **9001277993** |
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 1 of 4 |

## COMMERCIAL ANALYZED CHECKING
January 1,2010 through January 29,2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $744,888.16 | Minimum Balance | $669,824 |
| Deposits & Credits | $508,505.41 + | | |
| Withdrawals | $486,056.44 - | | |
| Fees | $218.05 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $7,448.86 - | | |
| Ending Balance | $759,670.22 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/04 | State of III    Commercial 0006Prevalence Ah5794889000618 | 13,749. |
| 01/04 | Merchant Service Merch Dep Health Allianc 8003547554 | 39.53 |
| 01/05 | Deposit - Thank You | 45,175.74 |
| 01/05 | Memberhealth Cln Payment Tedsmeds.Recei 2226802 | 19,627.14 |
| 01/05 | Memberhealth Cln Payment Tedsmeds.Recei 2224870 | 3,452.25 |
| 01/05 | Merchant Service Merch Dep Health Allianc 8003547554 | 73.17 |
| 01/06 | Deposit - Thank You | 617.34 |
| 01/06 | Deposit - Thank You | 188.05 |
| 01/07 | Regions Bank    Acct Trans MS364174656   Ccooley | 32,303.26 |
| 01/07 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100102 | 819.23 |
| 01/07 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00330698100102 | 58.82 |
| 01/07 | Merchant Service Merch Dep Health Allianc 8003547554 | 14,995.19 |
| 01/08 | Memberhealth Cln Payment Tedsmeds.Recei 2235455 | 172.62 |
| 01/08 | Memberhealth Cln Payment Tedsmeds.Recei 2233607 | 7,982.40 |
| 01/11 | State of III    Commercial 0006Prevalence Ah5893057004057 | 74.40 |
| 01/11 | Merchant Service Merch Dep Health Allianc 8003547554 | 66,420.04 |
| 01/12 | Deposit - Thank You | 983.25 |
| 01/12 | Merchant Service Merch Dep Health Allianc 8003547554 | 266.46 |
| 01/13 | Merchant Service Merch Dep Health Allianc 8003547554 | 654.40 |
| 01/14 | Regions Bank    Acct Trans MS364174656   Ccooley | 24,855.16 |
| 01/14 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100109 | 3,511.86 |
| 01/14 | Merchant Service Merch Dep Health Allianc 8003547554 | 584.06 |
| 01/14 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00330698100109 | 6.81 |
| 01/15 | Deposit - Thank You | 36,202.49 |
| 01/15 | Deposit - Thank You | 530.09 |
| 01/15 | Memberhealth Cln Payment Tedsmeds.Recei 2243698 | 14,995.57 |
| 01/15 | Merchant Service Merch Dep Health Allianc 8003547554 | 112.00 |
| 01/19 | State of III    Commercial 0006Prevalence Ah5983251001694 | 12,526.90 |
| 01/19 | Merchant Service Merch Dep Health Allianc 8003547554 | 11.76 |
| 01/20 | Deposit - Thank You | 60,820.36 |
| 01/20 | Deposit - Thank You | 287.00 |
| 01/20 | Merchant Service Merch Dep Health Allianc 8003547554 | 600.00 |
| 01/20 | State of III    Commercial 0006Prevalence Ah6047952014091 | 289.55 |



# REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH    LLC
PO BOX 12648
JACKSDN MS  39236-2648

| ACCOUNT # | 9001277993 |
|---|---|

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 2  of 4 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 01/20 | Merchant Service Merch Dep Health Allianc 8003547554 | 180.30 |
| 01/21 | Regions Bank    Acct Trans MS364174656  Ccooley | 15,649.22 |
| 01/21 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100116 | 4,399.94 |
| 01/21 | Merchant Service Merch Dep Health Allianc 8003547554 | 806.61 |
| 01/21 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00330698100116 | 0.75 |
| 01/22 | Memberhealth Cln Payment Tedsmeds.Recei 2252053 | 15,147.13 |
| 01/22 | Merchant Service Merch Dep Health Allianc 8003547554 | 72.80 |
| 01/25 | State of Ill    Commercial 0006Prevalence Ah6072746001968 | 10,888.61 |
| 01/26 | Deposit - Thank You | 66,438.58 |
| 01/27 | Merchant Service Merch Dep Health Allianc 8003547554 | 75.00 |
| 01/27 | State of Ill    Commercial 0006Prevalence Ah6105218002442 | 4.80 |
| 01/28 | Deposit - Thank You | 113.70 |
| 01/28 | Regions Bank    Acct Trans MS364174656  Ccooley | 7,680.25 |
| 01/28 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100123 | 2,774.84 |
| 01/29 | Deposit - Thank You | 12,472.83 |
| 01/29 | Deposit - Thank You | 542.47 |
| 01/29 | Memberhealth Cln Payment Tedsmeds.Recei 2260410 | 7,934.09 |

| | Total Deposits & Credits | $508,505.41 |
|---|---|---|

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 01/04 | Regions Bank    Acct Trans MS364174656  Ccooley | 40,615.95 |
| 01/04 | Pitney Bowes    Postage Prevalence Hea 42906255 | 200.00 |
| 01/05 | Merchant Service Merch Fee Health Allianc 8003547554 | 233.57 |
| 01/07 | Regions Bank    Acct Trans MS364174656  Ccooley | 50,934.28 |
| 01/08 | Regions Bank    Acct Trans MS364174656  Ccooley | 27,621.34 |
| 01/11 | Regions Bank    Acct Trans MS364174656  Ccooley | 29,019.32 |
| 01/15 | Regions Bank    Acct Trans MS364174656  Ccooley | 207,560.39 |
| 01/19 | Pay Systems    Ccd Oper Prevalence Hea 6207 | 200.00 |
| 01/20 | Pitney Bowes    Postage Prevalence Hea 42906255 | 200.00 |
| 01/21 | Pitney Bowes    Postedge Bonnie Savoie 37968013 | 1,000.00 |
| 01/22 | IL Tax Payment  Idor Debit Prevalence Hea 10Sif000064862 | 300.00 |
| 01/25 | Rtrn Depstd Itm # of Itm(S)  0001 | 30.00 |
| 01/25 | Regions Bank    Acct Trans MS364174656  Ccooley | 102,730.92 |
| 01/26 | Regions Bank    Acct Trans MS364174656  Ccooley | 25,210.67 |
| 01/29 | Pitney Bowes    Postage Prevalence Hea 42906255 | 200.00 |

| | Total Withdrawals | $486,056.44 |
|---|---|---|

## FEES

| Date | Description | | Amount |
|---|---|---|---|
| 01/11 | Analysis Charge | 12-09 | 218.05 |

 **REGIONS**

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| ACCOUNT # | 9001277993 |

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 3 of 4 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 01/12 | 61428 | 7,448.86 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/04 | 717,139.23 | 01/13 | 796,586.67 | 01/25 | 687,044.33 |
| 01/05 | 785,233.96 | 01/14 | 825,544.56 | 01/26 | 728,272.24 |
| 01/06 | 786,039.35 | 01/15 | 669,824.32 | 01/27 | 728,352.04 |
| 01/07 | 768,332.48 | 01/19 | 682,162.98 | 01/28 | 738,920.83 |
| 01/08 | 756,881.95 | 01/20 | 744,140.19 | 01/29 | 759,670.22 |
| 01/11 | 735,701.38 | 01/21 | 763,996.71 | | |
| 01/12 | 795,932.27 | 01/22 | 778,916.64 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00037486 01 AV 0.335 001
PREVALENCE HEALTH      LLC
4270 I 55 N STE 102
JACKSON MS 39211-6394

1

| | |
|---|---|
| ACCOUNT # | 0121078971 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of1 |

## BUSINESS MONEY MARKET
January 1,2010 through January 29,2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $934,529.48 | | Minimum Balance | $934,529 |
| Deposits & Credits | $0.00 | + | Average Balance | $934,529 |
| Net Interest Earned | $873.73 | + | Annual Percentage Yield Earned | 1.18% |
| Withdrawals | $0.00 | − | Interest This Period | $873.73 |
| Fees | $0.00 | − | Average Collected Balance | $934,529.48 |
| Automatic Transfers | $0.00 | + | 2009 YTD Interest | $381.45 |
| Checks | $0.00 | − | | |
| Ending Balance | $935,403.21 | | | |

### INTEREST

| | | |
|---|---|---|
| 01/29 | Interest Payment | 873.73 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/29 | 935,403.21 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS(734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



00037455 01 AV 0.335 001
PREVALENCE HEALTH LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
4270 I 55 N STE 102
JACKSON MS 39211-6394

| | |
|---|---|
| ACCOUNT # | 0101894579 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## COMMERCIAL ANALYZED CHECKING
January 1, 2010 through January 29, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $98.93 | Minimum Balance | $78 |
| Deposits & Credits | $0.00 + | | |
| Withdrawals | $0.00 - | | |
| Fees | $20.80 - | | |
| Automatic Transfers | $0.00 +/ | | |
| Checks | $0.00 | | |
| Ending Balance | $78.13 | | |

### FEES

| | | | | |
|---|---|---|---|---|
| 01/11 | Analysis Charge | 12-09 | | 20.80 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/11 | 78.13 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!