# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_    For Period _Feb 1_ to _Feb 28_, 20 _10_.

THIS REPORT IS DUE IS DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one -attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _3-19-10_
(date)

Debtor(s)*: _Prevalence Health, LLC_

By:** _Chris Cooley_

Position: _Acting CFO_

Name of preparer: _Chris Cooley_

Telephone No. of Preparer _601-981-0078 ext 233_

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

COMPARATIVE BALANCE SHEET

FORM 2-B
Page 1 of 2
1/08

**ASSETS:**

| | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | | |
| Cash..........................  * | 1,676,083 | 1,695,525 | 1,484,147 | | | | | |
| Accounts Receivable, Net. .... | 294,528 | 292,878 | 243,506 | | | | | |
| Inventory, at lower of cost or market. ..... | 0 | 0 | 0 | | | | | |
| Prepaid expenses & deposits. ...... | 75000 | 84930 | 78,400 | | | | | |
| Other  _Receivable from Sale of Assets_ | 19,656 | 19,656 | 19,656 | | | | | |
| | | | | | | | | |
| TOTAL CURRENT ASSETS. ......... | 2065267 | 2083009 | 1,876,721 | | | | | |
| PROPERTY, PLANT & EQUIPMENT. ......... | | | | | | | | |
| Less accumulated depreciation........... | 0 | 0 | 0 | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT. ........ | 0 | 0 | 0 | | | | | |
| OTHER ASSETS  _Deposits_ | 56,726 | 55,733 | 55,733 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL OTHER ASSETS. ........... | 56,726 | 55,733 | 55,733 | | | | | |
| TOTAL ASSETS. ........... | 2,121,993 | 2,138,742 | 1,931,442 | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly  reports, note the change above and include remarks on FORM 2-F (Narrative).   All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

*Account contains approximately $187,768 that related to funds received for payment of post-acquisition receivables into Prevalence's account that is owed to SafeMeds.  The offset is in Accruals, which includes a liability to SafeMeds of the same amount.

CASE NAME: _Providence Health LLC_

CASE NUMBER: _09-02016-ee_

## COMPARATIVE BALANCE SHEET

**

| ASSETS: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 509,988 | 616,580 | 518,396 | 406,712 | 417,638 | 61,481 | 670,134 |
| Accounts Receivable, Net | 960,787 | 561,550 | 723,450 | 807,823 | 754,398 | 333,168 | 277,976 |
| Inventory, at lower of cost or market | 368,652 | 372,870 | 402,765 | 400,476 | 0 | 0 | 0 |
| Prepaid expenses & deposits | 118,110 | 151,573 | 170,837 | 139,466 | 172,958 Ⓐ | 82,254 Ⓐ | 82,448 Ⓐ |
| Other Receivable from Select Assets | | | | | 954,185 | 954,185 | 954,185 |
| | | | | | | | |
| **TOTAL CURRENT ASSETS** | 209,337 | 2,002,763 | 1,860,452 | 1,764,419 | 2,249,175 | 1,980,923 | 1,984,743 |
| PROPERTY, PLANT & EQUIPMENT | 2,386,097 | 2,386,097 | 2,386,057 | 2,386,096 | 0 | 0 | 0 |
| Less accumulated depreciation | (2,244,328) | (2,253,053) | (2,226,680) | (2,269,744) | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT | 141,768 | 133,044 | 124,513 | 116,352 | 0 | 0 | 0 |
| **OTHER ASSETS:** Deposits | 48,192 | 5493 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER ASSETS | 48,192 | 5493 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| TOTAL ASSETS | 2,209,298 | 2,198,960 | 1,941,727 | 1,937,567 | 2,305,901 | 2,037,649 | 2,041,469 |

If assets are carried at historical cost on debtor's **accounting** records and debtor **elects** to show them as such on **the** monthly reports, note the **change** above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry **these** assets at that value. Do not use historical **cost** one month and fair market value the next.

\*    Adjustments from May 31 to June 9 are not available.
\*\*   Reflects both disputed charges billed to Prevalence and amounts reimbursed by SafeMeds.
(A)   Effective 9/30/2009, Debtor sold the majority of its assets. This amount represents the monies due the Seller from the Buyer at closing on 10/6/2009.

CASE NAME: Providence Health

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | 0 | 0 | 0 | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | 92,775 | 92,140 | 98,765 | | | | | |
| Other: Misc Accounts | 206,887 | 231,038 | 112,386 | | | | | |
| TOTAL POST-PETITION LIABILITIES | 299,662 | 329,178 | 211,151 | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes payable - secured | | | | | | | | |
| Priority debt | | | | | | | | |
| Unsecured debt | 5,594,513 | 5,595,147 | 5,595,021 | | | | | |
| Other | | | | | | | | |
| **TOTAL LIABILITIES** | 5,894,175 | 5,924,825 | 5,806,172 | | | | | |
| **EQUITY (DEFICIT)** | 5,994,125 (4,635,467) | 5,594,125 | 5,594,125 | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | | |
| Through filing date | (4,635,467) | (9,635,467) | (9,635,467) | | | | | |
| Post filing date | (130,880) | (144,741) | (233,420) | | | | | |
| TOTAL EQUITY (NET WORTH) | (3,772,182) | (3,786,083) | (3,874,782) | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 2,121,593 | 2,138,742 | 1,931,442 | | | | | |

FORM 2-B
Page 2 of 2
1/08

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date # 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/05 | Month 10/30/05 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)...... | | 94,609 | 90,953 | 106,112 | 132,601 | 109,293 | 92,036 |
| Accounts payable (Form 2-E, pg.1 of 3)... | | 135,461 | 105,736 | 97,255 | 240,575 | 19,119 | 75,736 |
| Other: _Accrued payroll/vacation_ _Acc. deduction_ | | 230,070 | 196,689 | 205,361 | 313,216 | 128,412 | 168,772 |
| TOTAL POST-PETITION LIABILITIES...... | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured...... | | | | | | | |
| Priority debt...... | 5,355,600 | 5,732,291 | 5,730,550 | 5,657,143 | 5,612,235 | 5,585,423 | 5,591,420 |
| Unsecured debt...... | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL LIABILITIES**...... | 5,650,600 | 5,902,361 | 5,927,239 | 5,863,010 | 5,985,451 | 5,717,865 | 5,746,192 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK...... | 5,994,125 | 5,884,125 | 5,894,125 | 5,994,125 | 5,994,125 | 5,999,125 | 5,994,975 |
| COMMON STOCK...... | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date...... | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date...... | (137,499) | (294,667) | (294,217) | (438,247) | (38,96) | (38,66) | (83,421) |
| **TOTAL EQUITY (NET WORTH)**...... | (3,941,802) | (3,772,801) | (3,835,468) | (3,935,613) | (3,679,549) | (3,680,640) | (3,241,723) |
| **TOTAL LIABILITIES & EQUITY**...... | 2,209,258 | 2,139,560 | 2,041,771 | 927,497 | 2,305,905 | 2,307,655 | 7,041,469 |

* Adjustments from May 31 to June 9 are not available

** Includes amounts billed to Providers that are disputed

*** Includes amounts owed to SafeMeds that were paid to Prevalence

FORM 2-B
Page 2 of 2
1/08

FORM 2-C
1/08

CASENAME: Providence Health

CASE NUMBER: 09-02016-ee

## PROFIT AND LOSS STATEMENT

| | Month 12/1/09-12/31/09 | Month 1/1/10-1/31/10 | Month 2/1/10-2/28/10 | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | 0 | 0 | 0 | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material * | 33760 | 0 | 0 | | | |
| Labor-Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD: | 33760 | 0 | 0 | | | |
| GROSS PROFIT: | <33760> | 0 | 0 | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) ** | 13,150 | 13,901 | 8,647 | | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | 13150 | 13,901 | 8,647 | | | |
| INTEREST EXPENSE | 549 | 0 | 0 | | | |
| INCOME BEFORE DEPRECIATION OR TAXES: | <47,459> | <13,901> | <8,647> | | | |
| DEPRECIATION OR AMORTIZATION | 0 | 0 | 0 | | | |
| EXTRAORDINARY EXPENSES * | 0 | 0 | 0 | | | |
| INCOME TAX EXPENSE (BENEFIT) | 0 | 0 | 0 | | | |
| NET INCOME (LOSS) | <47459> | <13901> | <8647> | | | |

*Requires explanation in NARRATIVE (Form 2-F)

*    Cost of sales for SafeMeds' benefit – reimbursed by SafeMeds
**   Includes COS expenses for SafeMeds – reimbursed by SafeMeds plus disputed billings by third parties.

PROFIT AND LOSS STATEMENT

CASE NAME: Prevalence Health LLC
CASE NUMBER: 09-02016-ee

| | Month * 6/1/09-6/30/09 | Month 7/1/09-7/31/09 | Month 8/1/09-8/31/09 | Month 9/1/09-9/30/09 | Month 10/1/09-10/31/09 | Month 11/1/09 to 11/30/09 |
|---|---|---|---|---|---|---|
| NET REVENUE............ | (234,205) | 1,186,933 | 1,051,684 | 880,153 | 49,570 | 0 |
| COST OF GOODS SOLD: | | | | | | |
| Material......... | 1,028,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| Labor - Direct........ | | | | | | |
| Manufacturing Overhead...... | | | | | | |
| TOTAL COST OF GOODS SOLD..... | 1,028,341 | 948,373 | 880,562 | 816,815   64,336   66,235 | 31,379 | (1,225) |
| GROSS PROFIT...... | 205,464 | 188,560 | 171,122 | 18,191 | 1,225 |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing........ | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.)...... | 326,596 | 291,324 | 211,439 | 205,451 | 46,513 | 45,536 |
| Other_____ | | | | | | |
| TOTAL OPERATING EXPENSES......... | | | | | | |
| INTEREST EXPENSE.......... | 1,491 | 1,488 | 615 | 787 | 202 |
| INCOME BEFORE DEPRECIATION OR TAXES........ | (122,734) | (104,255) | (41,805) | (136,728) | (28,609) | (44,513) |
| DEPRECIATION OR AMORTIZATION........ | 8,765 | 8,412 | 8,240 | 7,955 | 0 | 0 |
| Gain on sale of assets | 0 | | | 400,650 (B)   27,945 | | |
| INCOME TAX EXPENSE (BENEFIT)........ | | | | | | |
| NET INCOME (LOSS)........... | (131,499) | (112,667) | (50,045) | 255,967 | (664) | (44,513) |

FORM 2-C
1/08

*Requires explanation in NARRATIVE (Form 2-F)

* Adjustments from May 31 to June 9 are not available.
** Reflects both disputed charges billed to Prevalence and amounts reimbursed by SafeMeds.
(B) Effective 9/30/2009, Debtor sold the majority of its assets. This amount represents the monies due the Seller from the Buyer at closing on 10/6/2009.

CASE NAME: *Prevalence Health LLC*   CASENUMBER: ___09-02016-ee___

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period _Feb 1_ to _Feb 28_ , 20 _10_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                         $ _1,685,525_

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                              $ _562,001_

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                    $( _763,379_ )

4. Net Cash Flow                                     $ _____

5. Ending Cash Balance (to FORM 2-B)                 $ _1,484,147_

### CASH SUMMARY - ENDING BALANCE

|   |   | Amount* | Financial Institution |
|---|---|---|---|
| 1. | Real Estate Account | $ | |
| 2. | ~~Trust Account~~ — DIP Op Acct | $ _58_ | _Regions_ |
| 3. | Operating and/or Personal Account | $ _547,868_ | _Regions_ |
| 4. | Payroll Account | $ | |
| 5. | Tax Account | $ | |
| 6. | Other Accounts (Specify checking or savings) _Sale proceeds MM Acct._ | $ _936,221_ | _Regions_ |
| 7. | Cash Collateral Account | $ | |
| 8. | Petty Cash | $ | |
| | TOTAL (must agree with line 5 above) | $ _1,484,147_ | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this .
month's disbursements.

## ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ _763,379_   *

\* NOTE:  This amount should be used to
   determine UST quarterly fees due and agree
   with Form 2-D, page 2 of 4.

CASE NAME: *Prevalence Health*    CASE NUMBER: *09-02016-ee*

## QUARTERLY FEE SUMMARY

MONTH ENDED_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $ 763,379 | | | |
| March | $_____ | | | |
| Total | | | | |
| 1st Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| April | $_____ | | | |
| May | $_____ | | | |
| June | $_____ | | | |
| Total | | | | |
| 2nd Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| July | $_____ | | | |
| August | $_____ | | | |
| September | $_____ | | | |
| Total | | | | |
| 3rd Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| October | $_____ | | | |
| November | $_____ | | | |
| December | $_____ | | | |
| Total | | | | |
| 4th Quarter | $_____ | $_____ | _____ | _____ |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## QUARTERLY FEE SUMMARY

MONTH ENDED _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $_____ | | | |
| February | $_____ | | | |
| March | $_____ | | | |
| Total | | | | |
| 1st Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| April | $_____ | | | |
| May | $_____ | | | |
| June | $ 825,337 | | | |
| Total | | | | |
| 2nd Quarter | $ 825,337 | $ 4,875 * | 61179 | 7/20/09 |
| | | | | |
| July | $ 1,309,312 | | | |
| August | $ 1,070,434 | | | |
| September | $ 920,721 | | | |
| Total | | | | |
| 3rd Quarter | $ 3,300,467 | $ 10,400 ⊛ | 61390 | 10/16/09 |
| | | | | |
| October | $ 488,995 | | | |
| November | $ 472,141 | | | |
| December | $ 606,081 | | | |
| Total | | | | |
| 4th Quarter | $ 1,567,217 | $ 6,500 | 61430 | 3/8/10 |

*\* Actually Paid 6,500*

*\* Actually paid $8,775 to make up for overpayment in 2nd Qtr.*

### DISBURSEMENT CATEGORY    QUARTERLY FEE DUE

| | |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Feb 1_ to _Feb 28_, 20 _10_

Account Name: _Prevalence Health DIP_ Account Number: _0101894579_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts   $

CASE NAME: _Prevalence  Health  LLC_

CASE NUMBER: _09 - 02016 - ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Feb 1_ to _Feb 28_, 20 _10_

Account Name: _Prevalence Health_ Account Number: _0101 894579_
_DIP_

## CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 2/9/10 | ACH | Regions | Bank fees | 20 |

Total Cash Disbursements    $ _20_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: *Prevalence Health LLC*

CASE NUMBER: *09-02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Feb 1* to *Feb 28*, 20 *10*

Account Name: *Prevalence Health*  Account Number: *9001277993*

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|--------------------|--------|

See Attached

Total Cash Receipts  $ *561,183*

FORM 2-D
Page 3 of 4
1/08

**Prevalence Health LLC**
Cash Deposits

| Date | Description / Source | Amount |
|------|---------------------|--------|
| 2/1/2010 | Patient Co-Pay | $98.31 |
| 2/1/2010 | Insurance / Medicaid / Medicare | $12,637.21 |
| 2/3/2010 | Patient Co-Pay | $11.65 |
| 2/3/2010 | Patient Co-Pay | $124.70 |
| 2/3/2010 | Insurance / Medicaid / Medicare | $35,285.60 |
| 2/4/2010 | Insurance / Medicaid / Medicare | $2,071.03 |
| 2/4/2010 | Insurance / Medicaid / Medicare | $10,854.38 |
| 2/4/2010 | Insurance / Medicaid / Medicare | $21,949.53 |
| 2/5/2010 | Patient Co-Pay | $35.00 |
| 2/5/2010 | MemberHealth | $17,542.02 |
| 2/8/2010 | Patient Co-Pay | $20.00 |
| 2/8/2010 | Patient Co-Pay | $58.80 |
| 2/8/2010 | Insurance / Medicaid / Medicare | $208.60 |
| 2/9/2010 | Insurance / Medicaid / Medicare | $4,069.74 |
| 2/9/2010 | Insurance / Medicaid / Medicare | $9,035.12 |
| 2/9/2010 | Insurance / Medicaid / Medicare | $43,748.93 |
| 2/10/2010 | Patient Co-Pay | $7.00 |
| 2/11/2010 | Patient Co-Pay | $50.00 |
| 2/11/2010 | Insurance / Medicaid / Medicare | $106.20 |
| 2/11/2010 | Patient Co-Pay | $592.78 |
| 2/11/2010 | Insurance / Medicaid / Medicare | $4,527.48 |
| 2/11/2010 | Insurance / Medicaid / Medicare | $143,744.86 |
| 2/12/2010 | Patient Co-Pay | $110.01 |
| 2/12/2010 | Insurance / Medicaid / Medicare | $17,969.17 |
| 2/16/2010 | Patient Co-Pay | $162.90 |
| 2/16/2010 | Patient Co-Pay | $858.25 |
| 2/16/2010 | Insurance / Medicaid / Medicare | $16,153.91 |
| 2/16/2010 | Reimb from Butler Snow | $38,648.84 |
| 2/17/2010 | Patient Co-Pay | $138.50 |
| 2/17/2010 | Patient Co-Pay | $612.59 |
| 2/17/2010 | Insurance / Medicaid / Medicare | $8,406.09 |
| 2/17/2010 | Insurance / Medicaid / Medicare | $16,829.91 |
| 2/18/2010 | Insurance / Medicaid / Medicare | $309.13 |
| 2/18/2010 | Insurance / Medicaid / Medicare | $2,535.47 |
| 2/18/2010 | Patient Co-Pay | $3,237.19 |
| 2/18/2010 | Insurance / Medicaid / Medicare | $39,869.78 |
| 2/19/2010 | Patient Co-Pay | $22.60 |
| 2/19/2010 | Insurance / Medicaid / Medicare | $11,287.48 |
| 2/22/2010 | Patient Co-Pay | $25.70 |
| 2/22/2010 | Insurance / Medicaid / Medicare | $14,780.66 |
| 2/22/2010 | Insurance / Medicaid / Medicare | $16,819.19 |
| 2/23/2010 | Patient Co-Pay | $4.00 |
| 2/23/2010 | Patient Co-Pay | $1,211.66 |
| 2/23/2010 | Insurance / Medicaid / Medicare | $9,459.01 |
| 2/23/2010 | Insurance / Medicaid / Medicare | $3,215.00 |
| 2/23/2010 | Insurance / Medicaid / Medicare | $11,542.38 |
| 2/24/2010 | Insurance / Medicaid / Medicare | $3.65 |
| 2/24/2010 | Patient Co-Pay | $75.00 |
| 2/25/2010 | Patient Co-Pay | $32.00 |
| 2/25/2010 | Patient Co-Pay | $129.29 |
| 2/25/2010 | Insurance / Medicaid / Medicare | $1,622.94 |
| 2/25/2010 | Insurance / Medicaid / Medicare | $7,995.91 |
| 2/26/2010 | Patient Co-Pay | $31.00 |
| 2/26/2010 | Patient Co-Pay | $202.55 |
| 2/26/2010 | Insurance / Medicaid / Medicare | $8,959.16 |
| 2/26/2010 | Insurance / Medicaid / Medicare | $21,143.52 |

$561,183.38

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Feb 1_ to _Feb 28_, 20 _10_

Account Name: _Prevalence Health_    Account Number: _900277993_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | | |

_See Attached_

Total Cash Disbursements    $ _763,359_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

## Prevalence Health, LLC
Cash Disbursements

| Date | Num | Name | | Amount |
|------|-----|------|--|--------|
| 2/1/2010 | Wire 2/1/2010 1 | SafeMeds Solutions | AR Collections Reimb | ($98.34) |
| 2/1/2010 | Wire 2/1/2010 2 | SafeMeds Solutions | AR Collections Reimb | ($93,877.64) |
| 2/2/2010 | Wire 2/2/2010 | Regions Bank | Bank Fees | ($131.59) |
| 2/9/2010 | Wire 2/9/2010 1 | Regions Bank | Bank Fees | ($207.62) |
| 2/10/2010 | Wire 2/10/2010 1 | SafeMeds Solutions | AR Collections Reimb | ($153,376.76) |
| 2/12/2010 | Wire 2/12/2010 1 | SafeMeds Solutions | AR Collections Reimb | ($143,744.86) |
| 2/12/2010 | Wire 2/12/2010 2 | SafeMeds Solutions | AR Collections Reimb | ($4,527.48) |
| 2/16/2010 | Wire 2 16 2010 | Butler Snow | Legal Fees | ($126,840.57) |
| 2/19/2010 | Wire 2/19/2010 | Pitney Bowes-INTERNAL USE ONLY | Postage - To be Reimb by SafeMeds | ($200.00) |
| 2/22/2010 | Wire 2/22/2010 1 | Regions Bank | Bank Fees | ($6.50) |
| 2/22/2010 | Wire 2/22/2010 2 | Regions Bank | Bank Fees | ($3.30) |
| 2/25/2010 | Wire 2/25/2010 1 | SafeMeds Solutions | AR Collections Reimb | ($216,308.63) |
| 2/26/2010 | Wire 2/26/2010 | SafeMeds Solutions | AR Collections Reimb | ($24,036.19) |
| | | | | ($763,359.48) |

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Feb 1_ to _Feb 28_, 20 _10_

Account Name: _Prevalence Health_   Account Number: _012107597 1_

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 2/26/10 | Interest Revenue | 818. |

Total Cash Receipts   $ _818_

FORM 2-D
Page 3 of 4
1/08

CASE NAME: *Prevalence Health LLC*

CASE NUMBER: *09-02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Feb 1* to *Feb 28*, 20 *10*

Account Name: *Prevalence Health*    Account Number: *012107897 1*

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        | *∅*    |

Total Cash Disbursements    $ *∅*

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016 ee_

### SUPPORTING SCHEDULES

For Period _Feb 1_ to _Feb 28_, 20_10_

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

_See Attached_ *

* Reflects charges billed to Prevalence, including charges disputed by Prevalence

| Vendor | Date | No. | Age | Open Balance | Memo |
|---|---|---|---|---|---|
| Advocate Solutions | 6/15/2009 | 2032 | 258 | $664.00 | 120+ |
| Williams Montgomery & John Ltd. | 6/15/2009 | 155576 | 258 | $2,749.36 | 120+ |
| Hamilton Partners | 6/20/2009 | | 253 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 6/20/2009 | | 253 | $250.00 | 120+ |
| Avaya, Inc. | 6/26/2009 | 2728939461 | 247 | $761.49 | 120+ |
| Wells Fargo Financial Leasing | 6/30/2009 | 6745121525 | 243 | $298.03 | 120+ |
| Anda | 7/1/2009 | 775310 | 242 | ($47.54) | 120+ |
| Anda | 7/1/2009 | 774707 | 242 | ($48.43) | 120+ |
| Anda | 7/2/2009 | 780875 | 241 | ($30.00) | 120+ |
| Hamilton Partners | 7/2/2009 | 090702-10786 | 241 | $2,080.33 | 120+ |
| Young Williams P.A. | 7/7/2009 | 49592 Pre | 236 | $1,011.50 | 120+ |
| ComEd- Commonwealth Edison | 7/8/2009 | 6/8-7/8/09 | 235 | $479.16 | 120+ |
| Broward County Revenue Collector | 7/14/2009 | Local Business Tax Renewal | 229 | $45.00 | 120+ |
| North Shore Gas | 7/16/2009 | 6/12-7/14/09 | 227 | $69.30 | 120+ |
| Hamilton Partners | 7/17/2009 | 090717-10786 | 226 | $633.01 | 120+ |
| Toyota Financial Services | 7/17/2009 | 4000250558 | 226 | $207.09 | 120+ |
| Hamilton Partners | 7/20/2009 | | 223 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 7/20/2009 | | 223 | $250.00 | 120+ |
| Banc Of America Leasing | 7/21/2009 | 011093620 | 222 | $326.50 | 120+ |
| Avaya, Inc. | 7/26/2009 | 2729047343 | 217 | $761.48 | 120+ |
| North Shore Gas | 7/30/2009 | 6/9-7/14/09 | 213 | $69.26 | 120+ |
| Journal | 7/31/2009 | 854 | 212 | ($7,782.84) | 120+ |
| Wells Fargo Financial Leasing | 7/31/2009 | 6745159529 | 212 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 8/1/2009 | 82761 | 211 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 8/6/2009 | 7/8-8/6/09 | 206 | $1,135.03 | 120+ |
| North Shore Gas | 8/13/2009 | 7/14-8/12/09 | 199 | $140.69 | 120+ |
| Hamilton Partners | 8/20/2009 | | 192 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 8/20/2009 | | 192 | $250.00 | 120+ |
| Banc Of America Leasing | 8/21/2009 | 011138583 | 191 | $291.50 | 120+ |
| Young Williams P.A. | 8/24/2009 | 49592 Post - 1 | 188 | $74.75 | 120+ |
| Avaya, Inc. | 8/26/2009 | 2729164647 | 186 | $761.48 | 120+ |
| Quill | 8/28/2009 | 8951299 | 184 | $110.85 | 120+ |
| Wells Fargo Financial Leasing | 8/31/2009 | 6745198232 | 181 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 9/1/2009 | 92762 | 180 | $500.32 | 120+ |
| CT Corporation | 9/1/2009 | 2004471657-00 | 180 | $1,620.00 | 120+ |
| Quill | 9/3/2009 | 9080458 | 178 | $72.79 | 120+ |
| ComEd- Commonwealth Edison | 9/4/2009 | 8/6-9/4/09 | 177 | $1,608.16 | 120+ |
| North Shore Gas | 9/16/2009 | 8/12-9/14/09 | 165 | $70.44 | 120+ |
| Banc Of America Leasing | 9/20/2009 | | 161 | $291.50 | 120+ |
| Hamilton Partners | 9/20/2009 | | 161 | $14,769.94 | 120+ |
| Westwood Square, P/S/P | 9/20/2009 | | 161 | $250.00 | 120+ |
| Avaya, Inc. | 9/26/2009 | 2729265177 | 155 | $761.48 | 120+ |
| Moore Wallace An RR Donnelley Co. | 9/29/2009 | 873050230 | 152 | $134.50 | 120+ |
| Moore Wallace An RR Donnelley Co. | 9/29/2009 | 169997267 | 152 | $1,313.09 | 120+ |
| Wells Fargo Financial Leasing | 9/30/2009 | 6745237646 | 151 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 10/1/2009 | 105711 | 150 | $500.32 | 120+ |
| Avaya, Inc. | 10/1/2009 | 2729282145 | 150 | $264.42 | 120+ |
| ComEd- Commonwealth Edison | 10/6/2009 | 9/4-10/6/09 | 145 | $2,051.14 | 120+ |
| North Shore Gas | 10/14/2009 | 9/14-10/14/09 | 137 | $287.75 | 120+ |
| Sun Microsystems Global Financial Services | 10/15/2009 | 591219022 1911 | 136 | ($1,579.44) | 120+ |
| Hamilton Partners | 10/20/2009 | | 131 | $14,769.94 | 120+ |
| Machost Road LLC | 10/20/2009 | | 131 | $1,600.00 | 120+ |
| Westwood Square, P/S/P | 10/20/2009 | | 131 | $250.00 | 120+ |
| Banc Of America Leasing | 10/21/2009 | 11226721 | 130 | $291.50 | 120+ |
| Wells Fargo Financial Leasing | 10/30/2009 | 6745277684 | 121 | $298.03 | 120+ |
| | | | | $91,341.11 | 120+ Total |
| City of Zachary | 11/6/2009 | 02-00760402 | 114 | $9.81 | 91-120 |
| | | | | $9.81 | 91-120 Total |
| Banc Of America Leasing | 12/21/2009 | 011311429 | 69 | $343.00 | 61-90 |
| | | | | $343.00 | 61-90 Total |
| Securian Retirement Services | 1/1/2010 | 01012010/03312010 | 58 | $571.00 | 31-60 |
| U.S. Trustee | 1/7/2010 | 01072010 | 52 | $6,500.00 | 31-60 |
| | | | | $7,071.00 | 31-60 Total |
| | | | | $98,764.92 | Grand Total |

**Prevalence Health, LLC**
**Accrued Expenses - Month End Accruals**
**February 2010**

| Description | Amount |
|---|---|
| Misc Accrual | 7,284.00 |
| US Trustee Fee | 2,200.00 |
| 2008 Audit & Tax Return | 4,979.00 |
| 2008 FL operating expenses - Rent | 134.00 |
| ABC Interest Post | 1,278.00 |
| LA Script Fee | 934.00 |
| AR Collections Owed to SafeMeds Solutions | 93,267.00 |
| 401k Admin Fees | 2,310.00 |
| Total Accrued Expenses | **112,386.00** |
| | |
| Balance per GL | **112,386.00** |
| | |
| Difference | - |

CASE NAME: _____    CASE NUMBER: _____

## SUPPORTING SCHEDULES

For Period _____ to _____ , 20_____

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

*See Attached*

FORM 2-E
Page 2 of 3
1/08

3/18/2010

Prevalence Health, LLC
Accounts Receivable Summary
February 28, 2010

| Receivable from: | Current | 31-60 | 61-90 | 91 - 120 | 120+ | Total |
|---|---|---|---|---|---|---|
| Insurance (Medicaid) | $ | $ - | $ - | $ 13 | $ 283,279 | $ 283,291 |
| Patients (Co-Pay) | | - | - | - | 208,127 | 208,127 |
| **Total Accounts Rec** | $ - | $ - | $ - | $ 13 | $ 491,406 | $ 491,418 |
| | | | | | | |
| Estimated Reserve | | - | - | 1 | 349,766 | 349,767 |
| Insurance | 0.25% | 0.25% | 2.0% | 5.0% | 50.0% | |
| Patients | 25.0% | 50.0% | 100.0% | 100.0% | 100.0% | |

| | | |
|---|---|---|
| AR per ScriptMed | $ | 491,418 |
| Deposits in NetSuite not ScriptMed | $ | (6,543) |
| Not in Amount Due SafeMeds | | |
| Difference in MS Medicaid | $ | (32,884) |
| Rec Vs Posted | | |
| | | |
| Adjusted AR per ScriptMed | | 452,192 |
| | | |
| AR per GL | | 452,192 |
| | | |
| **Difference** | | - |

Prepared by:_____

Reviewed by:_____

B:\2009 Reconciliations\2010 AR Aging Analysis.xls

**Prevalence Health**
**AR Aging - 12/31/2009**

| Plan | Total | Current | 31-60 | 61-90 | 91-120 | 120+ |
|------|------:|--------:|------:|------:|-------:|-----:|
| Aetna Part D- LA | 36.00 | | | | | 36.00 |
| Ameri Group- FL | 261.00 | | | | | 261.00 |
| American Prog Part D- FL | 1,200.00 | | | | | 1,200.00 |
| Community Care Part D- FL | 2,112.00 | | | | | 2,112.00 |
| Community Care Part D- LA | 2,562.00 | | | | | 2,562.00 |
| Coventry Part D- LA | 113.00 | | | | | 113.00 |
| Florida Medicaid | 21,082.00 | | | | | 21,082.00 |
| Florida Medicaid DME | 48,959.00 | | | | | 48,959.00 |
| Healthspring Part D- LA | 1,974.00 | | | | | 1,974.00 |
| Humana Part D- FL | 3,945.00 | | | | | 3,945.00 |
| Humana Part D- LA | 579.00 | | | | | 579.00 |
| Illinois Medicaid | 9,999.00 | | | | | 9,999.00 |
| Indiana Medicaid | 927.00 | | | | | 927.00 |
| Louisiana Medicaid | 47,498.00 | | | | 13.00 | 47,485.00 |
| MS Blue Cross LA/MS | 588.00 | | | | | 588.00 |
| Medco Part D- FL | 20.00 | | | | | 20.00 |
| Medco Part D- LA | 1,800.00 | | | | | 1,800.00 |
| Member Health Part D- FL | 1,843.00 | | | | | 1,843.00 |
| Member Health Part D- LA | 3,011.00 | | | | | 3,011.00 |
| Marquette National Part D- FL | 706.00 | | | | | 706.00 |
| Marquette National Part D- LA | 256.00 | | | | | 256.00 |
| Mississippi Medicaid | 16,055.00 | | | | | 16,055.00 |
| Mississippi Med Supplies | 66,470.00 | | | | | 66,470.00 |
| NDC Part D- LA | 31.00 | | | | | 31.00 |
| Omnisys Medicare- IL | 31,562.00 | | | | | 31,562.00 |
| Pacificare Part D-FL | 2,501.00 | | | | | 2,501.00 |
| Pacificare Part D- LA | 1,604.00 | | | | | 1,604.00 |
| Pacificare Wrap Part D- LA | 577.00 | | | | | 577.00 |
| Amerigroup PCS- FL | 1,306.00 | | | | | 1,306.00 |
| POS Temp Payment Part D- LA | 74.00 | | | | | 74.00 |
| RX America Part D- LA | 257.00 | | | | | 257.00 |
| Silverscript Part D- LA | 1,004.00 | | | | | 1,004.00 |
| Tennessee Medicaid | 1,519.00 | | | | | 1,519.00 |
| United Healthcare- FL | 156.00 | | | | | 156.00 |
| Unicare Part D- FL | 4,548.00 | | | | | 4,548.00 |
| Unicare Part D- LA | 136.00 | | | | | 136.00 |
| Wellcare Healthease | 2,125.00 | | | | | 2,125.00 |
| Wellcare Part D- FL | 3,367.00 | | | | | 3,367.00 |
| Wellcare Part D- LA | 541.00 | | | | | 541.00 |
| **Total** | **283,304.00** | - | - | - | **13.00** | **283,291.00** |

CASE NAME: *Prevalence Health LLC* CASE NUMBER: *09-02016-ee*

**SUPPORTING SCHEDULES**

For Period *Feb 1* to *Feb 28*, 20 *10*

**INSURANCE SCHEDULE**

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | Ⓧ | | | |
| General Liability | Arch Speci | 3,000,000 AG 1,000,000 OCC | 3/1/10 | Yes |
| Property (Fire, Theft) | Ⓧ | | | |
| Vehicle | Ⓧ | | | |

Other (list):

| | | | | |
|---|---|---|---|---|
| D+O | Darwin National | 3,000,000 | 3/1/10 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

Ⓥ These policies were cancelled as of the date of the sale of the assets due to Prevalence no longer having employees or property.

FORM 2-E
Page 3 of 3
1/08

CASE NAME: _____    CASE NUMBER: _____

## NARRATIVE STATEMENT

For Period _____ to _____, 20_____

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FORM 2-F
1/08

# ▲ REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00077137 01 AV 0.335 001
PREVALENCE HEALTH    LLC
4270 I 55 N STE 102
JACKSON MS 39211-6394

1

| | |
|---|---|
| **ACCOUNT #** | 0121078971 |

| | |
|---|---|
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1  of 1 |

## BUSINESS MONEY MARKET
January 30, 2010 through February 26, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $935,403.21 | | Minimum Balance | $935,403 |
| Deposits & Credits | $0.00 | + | Average Balance | $935,403 |
| Net Interest Earned | $818.37 | + | Annual Percentage Yield Earned | 1.15% |
| Withdrawals | $0.00 | − | Interest This Period | $818.37 |
| Fees | $0.00 | − | Average Collected Balance | $935,403.21 |
| Automatic Transfers | $0.00 | + | 2010 YTD Interest | $1,692.10 |
| Checks | $0.00 | − | | |
| Ending Balance | $936,221.58 | | | |

### INTEREST

| | | |
|---|---|---|
| 02/26 | Interest Payment | 818.37 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/26 | 936,221.58 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!



**▲▲ REGIONS**

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00077105 01 AV 0.335 001
PREVALENCE HEALTH      LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
4270 I 55 N STE 102
JACKSON MS 39211-6394

| | |
|---|---|
| **ACCOUNT #** | **0101894579** |
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## COMMERCIAL ANALYZED CHECKING
### January 30, 2010 through February 26, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $78.13 | Minimum Balance | $58 |
| Deposits & Credits | $0.00 + | | |
| Withdrawals | $0.00 − | | |
| Fees | $20.01 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $58.12 | | |

### FEES

| | | | | |
|---|---|---|---|---|
| 02/09 | Analysis Charge | 01-10 | | 20.01 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/09 | 58.12 | | | | |

**You may request account disclosures containing**
**terms, fees, and rate information (if applicable)**
**for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).**
or visit us on the internet at www.regions.com.

**Thank You For Banking With Regions!**

### Prevalence Health, LLC
## Reconciliation Summary - 1001 Regions
### As of 2/28/2010

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 561,183.38 |
| Cleared Checks and Payments | (769,532.81) |
| Total - Reconciled | (208,349.43) |
| Last Reconciled Statement Balance - 1/31/2010 | 759,670.22 |
| Current Reconciled Balance | 551,320.79 |
| Reconcile Statement Balance - 2/28/2010 | 551,320.79 |
| Difference | 0.00 |
| **Unreconciled** | |
| **Uncleared** | |
| Checks and Payments | (4,979.11) |
| Total - Uncleared | (4,979.11) |
| **Cleared** | |
| Deposits and Other Credits | 1,577.64 |
| Total - Cleared | 1,577.64 |
| Total as of 2/28/2010 | 547,919.32 |

## Prevalence Health, LLC
## Reconciliation Detail - 1001 Regions
## As of 2/28/2010

| ID | Date | No. | Balance |
|---|---|---|---|
| **Reconciled** | | | |
| **Cleared Deposits and Other Credits** | | | |
| Deposit | 2/1/2010 | | 12,637.21 |
| Deposit | 2/1/2010 | | 98.31 |
| Deposit | 2/3/2010 | | 35,285.60 |
| Deposit | 2/3/2010 | | 124.70 |
| Deposit | 2/3/2010 | | 11.65 |
| Deposit | 2/4/2010 | | 2,071.03 |
| Deposit | 2/4/2010 | | 21,949.53 |
| Deposit | 2/4/2010 | | 10,854.38 |
| Deposit | 2/5/2010 | | 35.00 |
| Deposit | 2/5/2010 | | 17,542.02 |
| Deposit | 2/8/2010 | | 208.60 |
| Deposit | 2/8/2010 | | 20.00 |
| Deposit | 2/8/2010 | | 58.80 |
| Deposit | 2/9/2010 | | 43,748.93 |
| Deposit | 2/9/2010 | | 4,069.74 |
| Deposit | 2/9/2010 | | 9,035.12 |
| Deposit | 2/10/2010 | | 7.00 |
| Deposit | 2/11/2010 | | 592.78 |
| Deposit | 2/11/2010 | | 50.00 |
| Deposit | 2/11/2010 | | 106.20 |
| Deposit | 2/11/2010 | | 143,744.86 |
| Deposit | 2/11/2010 | | 4,527.48 |
| Deposit | 2/12/2010 | | 17,969.17 |
| Deposit | 2/12/2010 | | 110.01 |
| Deposit | 2/16/2010 | | 162.90 |
| Deposit | 2/16/2010 | | 16,153.91 |
| Deposit | 2/16/2010 | | 858.25 |
| Deposit | 2/16/2010 | | 38,648.84 |
| Deposit | 2/17/2010 | | 8,406.09 |
| Deposit | 2/17/2010 | | 612.59 |
| Deposit | 2/17/2010 | | 138.50 |
| Deposit | 2/17/2010 | | 16,829.91 |
| Deposit | 2/18/2010 | | 2,535.47 |
| Deposit | 2/18/2010 | | 309.13 |
| Deposit | 2/18/2010 | | 39,869.78 |
| Deposit | 2/18/2010 | | 3,237.19 |
| Deposit | 2/19/2010 | | 22.60 |
| Deposit | 2/19/2010 | | 11,287.48 |
| Deposit | 2/22/2010 | | 14,780.66 |
| Deposit | 2/22/2010 | | 16,819.19 |
| Deposit | 2/22/2010 | | 25.70 |
| Deposit | 2/23/2010 | | 24,216.39 |
| Deposit | 2/23/2010 | | 4.00 |
| Deposit | 2/23/2010 | | 1,211.66 |
| Deposit | 2/24/2010 | | 3.65 |
| Deposit | 2/24/2010 | | 75.00 |
| Deposit | 2/25/2010 | | 7,995.91 |
| Deposit | 2/25/2010 | | 1,622.94 |
| Deposit | 2/25/2010 | | 129.29 |
| Deposit | 2/25/2010 | | 32.00 |
| Deposit | 2/26/2010 | | 31.00 |
| Deposit | 2/26/2010 | | 202.55 |

| ID | Date | No. | Balance |
|---|---|---|---|
| Deposit | 2/26/2010 | | 8,959.16 |
| Deposit | 2/26/2010 | | 21,143.52 |
| **Total - Cleared Deposits and Other Credits** | | | **561,183.38** |
| **Cleared Checks and Payments** | | | |
| Bill Payment | 1/27/2010 | 61429 | (6,173.33) |
| Check | 2/1/2010 | Wire 2/1/2010 1 | (98.34) |
| Check | 2/1/2010 | Wire 2/1/2010 2 | (93,877.64) |
| Check | 2/2/2010 | Wire 2/2/2010 | (131.59) |
| Check | 2/9/2010 | Wire 2/9/2010 1 | (207.62) |
| Check | 2/10/2010 | Wire 2/10/2010 1 | (153,376.76) |
| Check | 2/12/2010 | Wire 2/12/2010 1 | (143,744.86) |
| Check | 2/12/2010 | Wire 2/12/2010 2 | (4,527.48) |
| Check | 2/16/2010 | Wire 2 16 2010 | (126,840.57) |
| Check | 2/19/2010 | Wire 2/19/2010 | (200.00) |
| Check | 2/22/2010 | Wire 2/22/2010 2 | (3.30) |
| Check | 2/22/2010 | Wire 2/22/2010 1 | (6.50) |
| Check | 2/25/2010 | Wire 2/25/2010 1 | (216,308.63) |
| Check | 2/26/2010 | Wire 2/26/2010 | (24,036.19) |
| **Total - Cleared Checks and Payments** | | | **(769,532.81)** |
| **Total - Reconciled** | | | **(208,349.43)** |
| Last Reconciled Statement Balance - 1/31/2010 | | | 759,670.22 |
| Current Reconciled Balance | | | 551,320.79 |
| Reconcile Statement Balance - 2/28/2010 | | | 551,320.79 |
| Difference | | | 0.00 |
| **Unreconciled** | | | |
| **Uncleared** | | | |
| **Checks and Payments** | | | |
| Bill Payment | 12/29/2008 | 60354 | (500.00) |
| Bill Payment | 1/5/2009 | 60429 | (564.00) |
| Bill Payment | 3/4/2009 | 60694 | (658.40) |
| Bill Payment | 3/9/2009 | 60704 | (309.37) |
| Bill Payment | 4/7/2009 | 60814 | (300.00) |
| Check | 5/22/2009 | eft 05 22 09 | (200.00) |
| Bill Payment | 5/26/2009 | 61018 | (54.00) |
| Bill Payment | 6/5/2009 | 61061 | (18.90) |
| Bill Payment | 6/9/2009 | 61063 | (770.00) |
| Bill Payment | 11/23/2009 | 61423 | (25.00) |
| Bill Payment | 11/23/2009 | 61424 | (1,579.44) |
| **Total - Checks and Payments** | | | **(4,979.11)** |
| **Total - Uncleared** | | | **(4,979.11)** |
| **Cleared** | | | |
| **Deposits and Other Credits** | | | |
| Journal | 12/31/2007 | | 1,577.64 |
| **Total - Deposits and Other Credits** | | | **1,577.64** |
| **Total - Cleared** | | | **1,577.64** |
| **Total as of 2/28/2010** | | | **547,919.32** |

*4 < 517*

*547 868*



**Regions Bank**



Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00004382501 AV 0.335 001
PREVALENCE HEALTH LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| ACCOUNT # | 9001277993 |

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 1 of 4 |

## COMMERCIAL ANALYZED CHECKING
January 30, 2010 through February 26, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $759,670.22 | Minimum Balance | $545,020 |
| Deposits & Credits | $561,183.38 + | | |
| Withdrawals | $763,151.86 - | | |
| Fees | $207.62 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $6,173.33 - | | |
| Ending Balance | $551,320.79 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/01 | State of Ill    Commercial 0006Prevalence Ah6142902000696 | 12,637.21 |
| 02/01 | Merchant Service Merch Dep Health Allianc 8003547554 | 98.31 |
| 02/03 | Deposit - Thank You | 35,285.60 |
| 02/03 | Deposit - Thank You | 124.70 |
| 02/03 | Merchant Service Merch Dep Health Allianc 8003547554 | 11.65 |
| 02/04 | Deposit - Thank You | 21,949.53 |
| 02/04 | Regions Bank    Acct Trans MS364174656    Ccooley | 10,854.38 |
| 02/04 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100130 | 2,071.03 |
| 02/05 | Memberhealth Cln Payment Tedsmeds.Recei 2268739 | 17,542.02 |
| 02/05 | Merchant Service Merch Dep Health Allianc 8003547554 | 35.00 |
| 02/08 | Deposit - Thank You | 208.60 |
| 02/08 | Deposit - Thank You | 58.80 |
| 02/08 | Merchant Service Merch Dep Health Allianc 8003547554 | 20.00 |
| 02/09 | Deposit - Thank You | 43,748.93 |
| 02/09 | State of Ill    Commercial 0006Prevalence Ah6219648008301 | 9,035.12 |
| 02/09 | State of Ill    Commercial 0006Prevalence Ah6219648008302 | 4,069.74 |
| 02/10 | Merchant Service Merch Dep Health Allianc 8003547554 | 7.00 |
| 02/11 | Deposit - Thank You | 592.78 |
| 02/11 | Deposit - Thank You | 106.20 |
| 02/11 | Regions Bank    Acct Trans MS364174656    Ccooley | 143,744.86 |
| 02/11 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100206 | 4,527.48 |
| 02/11 | Merchant Service Merch Dep Health Allianc 8003547554 | 50.00 |
| 02/12 | Memberhealth Cln Payment Tedsmeds.Recei 2277023 | 17,969.17 |
| 02/12 | Merchant Service Merch Dep Health Allianc 8003547554 | 110.01 |
| 02/16 | Deposit - Thank You | 16,153.91 |
| 02/16 | Deposit - Thank You | 858.25 |
| 02/16 | Wire Transfer Butler,Snow,O' | 38,648.84 |
| 02/16 | Merchant Service Merch Dep Health Allianc 8003547554 | 162.90 |
| 02/17 | Deposit - Thank You | 16,829.91 |
| 02/17 | Deposit - Thank You | 612.59 |
| 02/17 | State of Ill    Commercial 0006Prevalence Ah6320664002615 | 8,406.09 |
| 02/17 | Merchant Service Merch Dep Health Allianc 8003547554 | 138.50 |
| 02/18 | Deposit - Thank You | 39,869.78 |
| 02/18 | Deposit - Thank You | 3,237.19 |

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH   LLC
PO BOX 12648
JACKSON MS 39236-2648

|  | ACCOUNT # | 9001277993 |
|---|---|---|
|  | Cycle | 001 |
|  | Enclosures | 27 |
|  | Page | 1 |
|  |  | 2  of 4 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/18 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100213 | 2,535.47 |
| 02/18 | State of Ill    Commercial 0006Prevalence Ah6350416007464 | 309.13 |
| 02/19 | Memberhealth Cln Payment Tedsmeds.Recei 2285403 | 11,287.48 |
| 02/19 | Merchant Service Merch Dep Health Allianc 8003547554 | 22.60 |
| 02/22 | State of Ill    Commercial 0006Prevalence Ah6370859001323 | 16,819.19 |
| 02/22 | Regions Bank    Acct Trans MS364174656    Ccooley | 14,780.66 |
| 02/22 | Merchant Service Merch Dep Health Allianc 8003547554 | 25.70 |
| 02/23 | Deposit - Thank You | 24,216.39 |
| 02/23 | Deposit - Thank You | 1,211.66 |
| 02/23 | Merchant Service Merch Dep Health Allianc 8003547554 | 4.00 |
| 02/24 | Merchant Service Merch Dep Health Allianc 8003547554 | 75.00 |
| 02/24 | State of Ill    Commercial 0006Prevalence Ah6410477001873 | 3.65 |
| 02/25 | Deposit - Thank You | 129.29 |
| 02/25 | Regions Bank    Acct Trans MS364174656    Ccooley | 7,995.91 |
| 02/25 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100220 | 1,622.94 |
| 02/25 | Merchant Service Merch Dep Health Allianc 8003547554 | 32.00 |
| 02/26 | Deposit - Thank You | 21,143.52 |
| 02/26 | Deposit - Thank You | 202.55 |
| 02/26 | Memberhealth Cln Payment Tedsmeds.Recei 2293741 | 8,959.16 |
| 02/26 | Merchant Service Merch Dep Health Allianc 8003547554 | 31.00 |
|  | **Total Deposits & Credits** | **$561,183.38** |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 02/01 | Regions Bank    Acct Trans MS364174656    Ccooley | 93,877.64 |
| 02/01 | Regions Bank    Acct Trans MS364174656    Ccooley | 98.34 |
| 02/02 | Merchant Service Merch Fee Health Allianc 8003547554 | 131.59 |
| 02/10 | Regions Bank    Acct Trans MS364174656    Ccooley | 153,376.76 |
| 02/12 | Regions Bank    Acct Trans MS364174656    Ccooley | 143,744.86 |
| 02/12 | Regions Bank    Acct Trans MS364174656    Ccooley | 4,527.48 |
| 02/16 | Wire Transfer Butler,Snow,O' | 126,840.57 |
| 02/19 | Pitney Bowes    Postage Prevalence Hea 42906255 | 200.00 |
| 02/22 | Rtrn Depstd Itm # of Itm(S) 0002 | 9.80 |
| 02/25 | Regions Bank    Acct Trans MS364174656    Ccooley | 216,308.63 |
| 02/26 | Regions Bank    Acct Trans MS364174656    Ccooley | 24,036.19 |
|  | **Total Withdrawals** | **$763,151.86** |

## FEES

| Date | Description | | Amount |
|---|---|---|---|
| 02/09 | Analysis Charge | 01-10 | 207.62 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/01 | 61429 | 6,173.33 |  |  |  |

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2648



ACCOUNT #      9001277993

|  | 001 |
|---|---|
| Cycle | 27 |
| Enclosures | 1 |
| Page | 3  of 4 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/01 | 672,256.43 | 02/10 | 663,562.56 | 02/22 | 726,038.54 |
| 02/02 | 672,124.84 | 02/11 | 812,583.88 | 02/23 | 751,470.59 |
| 02/03 | 707,546.79 | 02/12 | 682,390.72 | 02/24 | 751,549.24 |
| 02/04 | 742,421.73 | 02/16 | 611,374.05 | 02/25 | 545,020.75 |
| 02/05 | 759,998.75 | 02/17 | 637,361.14 | 02/26 | 551,320.79 |
| 02/08 | 760,286.15 | 02/18 | 683,312.71 | | |
| 02/09 | 816,932.32 | 02/19 | 694,422.79 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).**
**or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**



**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2648

**ACCOUNT #**    9001277993

Page         4   of 4



**Check# 61429        02/01/2010       $6173.33**



## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| **Total** Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area, 326-5667)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |