# MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: _Prevalence Health_

CASE NUMBER: _09 -02016- ee_        For Period _March 1_ to _March 31_, 20 _10_.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _4-23-10_
(date)

Debtor(s)*: _Prevalence Health, LLC_

By:** _Chris Cooley_

Position: _Acting CFO_

Name of preparer: _Chris Cooley_

Telephone No, of Preparer _601-981-0070 ext 233_

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

**ASSETS:**

| | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month 3/31/10 | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 1,676,083 | 1,685,525 | 1,484,147 | 1,388,697 | | | |
| Accounts Receivable, Net | 294,528 | 292,918 | 293,506 | 293,114 | | | |
| Inventory, at lower of cost or market | | | | | | | |
| Prepaid expenses & deposits | 75000 | 84930 | 75,400 | 79,000 | | | |
| Other Receivable from Sale of Assets | 19,656 | 19,656 | 19,656 | 19,656 | | | |
| **TOTAL CURRENT ASSETS** | 2,065,267 | 2,083,009 | 1,875,725 | 1,781,267 | | | |
| PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| Less accumulated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 0 | 0 | 0 | 0 | | | |
| **OTHER ASSETS** Deposits | 56,726 | 55,733 | 55,733 | 55,733 | | | |
| | | | | | | | |
| **TOTAL OTHER ASSETS** | 56,726 | 55,723 | 55,733 | 55,733 | | | |
| **TOTAL ASSETS** | 2,121,993 | 2,138,742 | 1,931,442 | 1,837,000 | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

*Account contains approximately $187,768 that related to funds received for payment of post-acquisition receivables into Prevalence's account that is owed to SafeMeds. The offset is in Accruals, which includes a liability to SafeMeds of the same amount.

FORM 2-B
Page 1 of 2
1/08

CASE NAME: _Providence Health LLC_

CASE NUMBER: _09-02016-ee_

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 579,968 | 616,500 | 513,396 | 406,712 | 417,638 | 411,481 | 670,134 |
| Accounts Receivable, Net | 960,767 | 761,550 | 723,450 | 807,823 | 754,398 | 333,168 | 277,976 |
| Inventory, at lower of cost or market | 365,452 | 372,870 | 402,765 | 400,476 | 0 | 0 | 0 |
| Prepaid expenses & deposits | 118,110 | 151,573 | 170,837 | 139,406 | 122,958 | 82,054 | 82,448 |
| Other _Receivable from Sale of Assets_ | | | | | 954,185 | 954,185 | 954,185 |
| | | | | | | | |
| **TOTAL CURRENT ASSETS** | 2,019,337 | 2,002,363 | 1,860,462 | 1,754,419 | 2,249,179 | 1,990,929 | 1,984,743 |
| PROPERTY, PLANT & EQUIPMENT | 2,386,097 | 2,386,097 | 2,386,052 | 2,386,096 | 0 | 0 | 0 |
| Less accumulated depreciation | (2,244,328) | (2,252,093) | (2,261,604) | (2,269,744) | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT | 141,769 | 133,004 | 124,593 | 116,352 | 0 | 0 | 0 |
| **OTHER ASSETS:** _Deposits_ | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| | | | | | | | |
| | | | | | | | |
| **TOTAL OTHER ASSETS** | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| **TOTAL ASSETS** | 2,209,298 | 2,189,560 | 2,041,771 | 1,927,447 | 2,305,905 | 2,047,655 | 2,041,469 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).    All subsequent reports must then carry these assets at that value.   Do not use historical cost one month and fair market value the next.

\* Adjustments from May 31 to June 9 are not available.

\*\* Reflects both disputed charges billed to Prevalence and amounts reimbursed by SafeMeds.

(A) Effective 9/30/2009, Debtor sold the majority of its assets.   This amount represents the monies due the Seller from the Buyer at closing on 10/6/2009.

FORM 2-B
Page 1 of 2
1/08

FORM 2-B
Page 2 of 2
1/08

## COMPARATIVE BALANCE SHEET

CASE NAME: Prevalence Health

CASE NUMBER: 09-02016-ee

| LIABILITIES: | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month 3/31/10 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | 0 | 0 | 0 | 0 | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | 92,775 | 92,140 | 98,765 | 98,704 | | | | |
| Other: Misc Accruals | 266,887 | 231,028 | 112,386 | 46043 | | | | |
| TOTAL POST-PETITION LIABILITIES | 299,662 | 329,178 | 211,151 | 144807 | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes payable - secured | | | | | | | | |
| Priority debt | | | | | | | | |
| Unsecured debt | 5,594,513 | 5,595,547 | 5,595,021 | 5,595,022 | | | | |
| Other | | | | | | | | |
| **TOTAL LIABILITIES** | 5894,175 | 5,124,825,806 | 5,806,172 | 5,789,829 | | | | |
| **EQUITY (DEFICIT)** | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | | | | |
| PREFERRED STOCK | (165,887) | | | | | | | |
| COMMON STOCK | | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | | |
| Through filing date | (9,635,487) | (9,635,487) | (9,635,487) | (9,685,487) | | | | |
| Post filing date | (130,880) | (144,781) | (233,426) | (261,527) | | | | |
| **TOTAL EQUITY (NET WORTH)** | (3,772,182) | (3,786,043) | (3,874,132) | (3,902,829) | | | | |
| **TOTAL LIABILITIES & EQUITY** | 2,121,993 | 2,124,742 | 1,931,442 | 1,837,000 | | | | |

CASE NAME: Prevalence Health LLC

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/05 | Month 11/30/05 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-B, pg.1 of 3)...... | | | | | | | |
| Accounts payable (Form 2-B, pg.1 of 3)...... | | 94,609 | 90,953 | 108,112 | 132,011 | 109,293 | 93,036 |
| Other: Accrued payroll vacation, Acc. Accruals...... | | 135,461 | 105,726 | 97,255 | 240,515 | 19,119 | 75,736 |
| TOTAL POST-PETITION LIABILITIES... | | 230,070 | 196,689 | 205,367 | 373,216 | 128,412 | 168,772 |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable – secured... | | | | | | | |
| Priority debt... | | | | | | | |
| Unsecured debt... | 5,850,600 | 5,732,291 | 5,730,550 | 5,657,643 | 5,612,235 | 5,585,453 | 5,591,420 |
| Other.... | | | | | | | |
| TOTAL LIABILITIES... | 5,850,600 | 5,902,361 | 5,927,239 | 5,863,010 | 5,885,451 | 5,717,865 | 5,766,192 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK... | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 |
| COMMON STOCK... | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date... | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date... | | (187,499) | (244,667) | (294,217) | (38,244) | (38,908) | (83,421) |
| TOTAL EQUITY (NET WORTH)... | (3,641,382) | (3,772,801) | (3,935,468) | (935,513) | (6,672,546) | (36,802,161) | (37,247,23) |
| TOTAL LIABILITIES & EQUITY... | 2,209,258 | 2,189,560 | 2,041,771 | 1,927,497 | 7,305,905 | 7,297,655 | 7,041,469 |

\* Adjustments from May 31 to June 9 are not available.
\** Included amounts billed to Prevalence that are disputed by Prevalence
\*** Includes amounts owed to SafeMeds that were paid to Prevalence

FORM 2-C
1/08

PROFIT AND LOSS STATEMENT

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

| | Month 12/1/09-12/31/09 | Month 1/1/10-1/31/10 | Month 2/1/10-2/28/10 | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE........................ * | 0 | 0 | 0 | 0 | | |
| COST OF GOODS SOLD: | | | | | | |
| Material........................ | 33760 | 0 | 0 | 0 | | |
| Labor - Direct................... | | | | | | |
| Manufacturing Overhead........ | | | | | | |
| TOTAL COST OF GOODS SOLD.... | 33760 | 0 | 0 | 0 | | |
| GROSSPROFIT.................... | <33760> | 0 | 0 | 0 | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing........... | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.)...... ** | 13,150 | 13,901 | 8,647 | 28,099 | | |
| Other _____ | | | | | | |
| TOTAL OPERATING EXPENSES....... | 13150 | 13,901 | 8,647 | 28,099 | | |
| INTEREST EXPENSE................ | 549 | 0 | 0 | 0 | | |
| INCOME BEFORE DEPRECIATION OR TAXES. | <47,459> | <13,901> | <8,647> | <28,099> | | |
| DEPRECIATION OR AMORTIZATION.... | 0 | 0 | 0 | 0 | | |
| EXTRAORDINARY EXPENSES *........ | 0 | 0 | 0 | 0 | | |
| INCOME TAX EXPENSE (BENEFIT)..... | 0 | 0 | 0 | 0 | | |
| NET INCOME (LOSS)............... | <47459> | <13901> | <8,647> | <28,059> | | |

*Requires explanation in NARRATIVE (Form 2-F)

\*    Cost of sales for SafeMeds' benefit – reimbursed by SafeMeds

\*\*   Includes COS expenses for SafeMeds – reimbursed by SafeMeds, plus disputed billings by third parties.

PROFIT AND LOSS STATEMENT

CASE NAME: Prevalence Health LLC

CASE NUMBER: 09-02016-ee

| | Month * 6/1/09-6/30/09 | Month 7/1/09-7/31/09 | Month 8/1/09-8/31/09 | Month 9/1/09-9/30/09 | Month 10/1/09-10/31/09 | Month 11/1/09-11/30/09 |
|---|---|---|---|---|---|---|
| NET REVENUE | 1,234,205 | 1,186,933 | 1,051,684 | 980,153 | 49,570 | 0 |
| COST OF GOODS SOLD: | | | | | | |
| Material | 1,028,341 | 948,373 | 880,562 | 816,815 | 31,379 | 6,225 |
| Labor–Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | 1,028,341 | 948,373 | 880,562 | 816,815 62,338 63,588 | 31,379 | 6,225 |
| GROSS PROFIT | 205,864 | 188,560 | 171,122 | 625 | 18,191 | 1,225 |
| OPERATING EXPENSES: | | | | | | |
| **Selling** and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | 326,598 | 291,324 | 211,439 | 205,451 | 46,513 | 45,536 ** |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | |
| INTEREST EXPENSE | 1,491 | 1,486 | 615 | 287 | | 202 |
| INCOME BEFORE DEPRECIATION OR TAXES | (122,734) | (104,255) | (41,805) | (136,028) | (28,609) | (44,513) |
| DEPRECIATION OR AMORTIZATION | 8,765 | 8,412 | 8,240 | 7,955 | 0 | 0 |
| Gain on sale of assets received from the sale... | 0 | 0 | 0 | 400,650 (B) 27,945 | | |
| INCOME TAX EXPENSE (BENEFIT) | 0 | | | | | |
| NET INCOME (LOSS) | (131,499) | (112,667) | (50,045) | 255,967 | (2,664) | (44,513) |

*Requires explanation in NARRATIVE (Form 2-F)

&ast; Adjustments from May 31 to June 9 are not available.
&ast;&ast; Reflects both disputed charges billed to Prevalence and amounts reimbursed by SafeMeds.
(B) Effective 9/30/2009, Debtor sold the majority of its assets. This amount represents the monies due the Seller from the Buyer at closing on 10/6/2009.

FORM 2-C
1/08

CASE NAME: _Prevalence Health LLC_    CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period _Mar 1_ to _Mar 31_, 20 _10_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)    $ _1484147_

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)
   $ _512 436_

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)    $( _607 886_ )

4. Net Cash Flow    $ _(95,450)_

5. Ending Cash Balance (to FORM 2-B)    $ _1,388,697_

### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. ~~Trust Account~~ DIP Acct | $ _38_ | _Regions_ |
| 3. Operating and/or Personal Account | $ _451,584_ | _Region_ |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) Sale Proceeds mm Acct | $ _937,075_ | _Regions_ |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |

TOTAL (must agree with line 5 above)    $ _1,388,697_

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

### ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line **3** above less
inter-account transfers & UST fees paid    $ _601,386_    *

\* NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

CASE NAME: _Prevalence  Health_        CASE NUMBER: _09-02016-ee_

# QUARTERLY FEE SUMMARY

MONTH ENDED_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $ 263,379 | | | |
| March | $ 601,386 | | | |
| Total 1st Quarter | $ 1,864,702 | $ 6,500 | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| **$225,000** to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
*Note: should agree with "adjusted cash disbursements" at bottom of **Form 2-D,** Page **1** of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

# QUARTERLY FEE SUMMARY

MONTH ENDED _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ | | | |
| February | $ | | | |
| March | $ | | | |
| Total | | | | |
| 1st Quarter | $ | $ | | |
| | | | | |
| April | $ | | | |
| **May** | $ | | | |
| June | $ 825,337 | | | |
| Total | | | | |
| **2nd Quarter** | $ 825,337 | $ 4,875 * | | 7/20/09 |
| | | | | |
| **July** | $ 1,309,312 | | | |
| August | $ 1,70,434 | | | |
| September | $ 920,721 | | | |
| Total | | | | |
| **3rd Quarter** | $ 3,300,467 | $ 10,400 ⊛ | 61390 | 10/16/09 |
| | | | | |
| October | $ 488,995 | | | |
| November | $ 472,141 | | | |
| December | $ 606,081 | | | |
| Total | | | | |
| **4th Quarter** | $ 1,567,217 | $ 6,500 | 61430 | 3/8/10 |

*handwritten:* ✱ Actually Paid 6,500

*handwritten:* ✱ Actually Paid $8,775 to Make up for overpaym for 2nd Qtr.

DISBURSEMENT CATEGORY    QUARTERLY FEE DUE

| | |
|---|---|
| $0 to $14,999.99 | **$325** |
| $15,000 to $74,999.99 | **$650** |
| $75,000 to $149,999.99 | **$975** |
| $150,000 to $224,999.99 | **$1,625** |
| $225,000 to $299,999.99 | **$1,950** |
| $300,000 to $999,999.99 | **$4,875** |
| $1,000,000 to $1,999,999.99 | **$6,500** |
| $2,000,000 to $2,999,999.99 | **$9,750** |
| $3,000,000 to $4,999,999.99 | **$10,400** |
| $5,000,000 to $14,999,999.99 | **$13,000** |
| $15,000,000 to $29,999,999.99 | **$20,000** |
| $30,000,000 or more | **$30,000** |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: **should** agree with "adjusted cash disbursements" at bottom of **Form 2-D, Page** 1 of 4.  Disbursements are net of transfers to other debtor in
possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01108

CASE NAME: *Prevalence  Health LLC*

CASE NUMBER: *09 - 02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Mar 1* to *Mar 31*, 20Q

Account Name: *Prevalence Health* Account Number: *9001277 993*

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

*See Attached*

Total Cash Receipts    $ *511,582*

**Prevalence Health LLC**
**Cash Deposits**

| Type | Date | Description / Source | Amount |
|------|------|----------------------|--------|
| Deposit | 3/1/2010 | Insurance / Medicaid / Medicare | $10,181.50 |
| Deposit | 3/2/2010 | Insurance / Medicaid / Medicare | $20,389.93 |
| Deposit | 3/2/2010 | Insurance / Medicaid / Medicare | $12,134.14 |
| Deposit | 3/3/2010 | Insurance / Medicaid / Medicare | $13.56 |
| Deposit | 3/3/2010 | Patient Co-Pay | $155.29 |
| Deposit | 3/3/2010 | Patient Co-Pay | $204.20 |
| Deposit | 3/4/2010 | Patient Co-Pay | $40.00 |
| Deposit | 3/4/2010 | Insurance / Medicaid / Medicare | $173.38 |
| Deposit | 3/4/2010 | Patient Co-Pay | $311.00 |
| Deposit | 3/4/2010 | Insurance / Medicaid / Medicare | $690.65 |
| Deposit | 3/4/2010 | Insurance / Medicaid / Medicare | $12,604.54 |
| Deposit | 3/4/2010 | Insurance / Medicaid / Medicare | $20,816.63 |
| Deposit | 3/5/2010 | Patient Co-Pay | $139.44 |
| Deposit | 3/5/2010 | Insurance / Medicaid / Medicare | $12,403.45 |
| Deposit | 3/8/2010 | Patient Co-Pay | $89.40 |
| Deposit | 3/8/2010 | Insurance / Medicaid / Medicare | $15,295.16 |
| Deposit | 3/9/2010 | Patient Co-Pay | $39.00 |
| Deposit | 3/9/2010 | Patient Co-Pay | $2,560.52 |
| Deposit | 3/9/2010 | Insurance / Medicaid / Medicare | $31,568.40 |
| Deposit | 3/10/2010 | Patient Co-Pay | $20.00 |
| Deposit | 3/11/2010 | Patient Co-Pay | $77.00 |
| Deposit | 3/11/2010 | Insurance / Medicaid / Medicare | $5,505.50 |
| Deposit | 3/1112010 | Insurance / Medicaid / Medicare | $79,048.43 |
| Deposit | 3/12/2010 | Insurance / Medicaid / Medicare | $20,493.96 |
| Deposit | 3/15/2010 | Patient Co-Pay | $62.00 |
| Deposit | 3/15/2010 | Patient Co-Pay | $574.88 |
| Deposit | 3/15/2010 | Insurance / Medicaid / Medicare | $8,501.96 |
| Deposit | 3/16/2010 | Insurance / Medicaid / Medicare | $191.55 |
| Deposit | 3/16/2010 | Patient Co-Pay | $923.84 |
| Deposit | 3/16/2010 | Insurance / Medicaid / Medicare | $36,875.15 |
| Deposit | 3/17/2010 | Patient Co-Pay | $29.00 |
| Deposit | 3/18/2010 | Patient Co-Pay | $87.64 |
| Deposit | 3/18/2010 | Insurance / Medicaid / Medicare | $1,011.95 |
| Deposit | 3/18/2010 | Insurance / Medicaid / Medicare | $4,916.55 |
| Deposit | 3/18/2010 | Insurance / Medicaid / Medicare | $18,765.05 |
| Deposit | 3/19/2010 | Patient Co-Pay | $1,243.55 |
| Deposit | 3/19/2010 | Insurance / Medicaid / Medicare | $11,394.84 |
| Deposit | 3/22/2010 | Insurance / Medicaid / Medicare | $11,466.96 |
| Deposit | 3/23/2010 | Insurance / Medicaid / Medicare | $42,619.24 |
| Deposit | 3/23/2010 | Insurance / Medicaid / Medicare | $4,136.12 |
| Deposit | 3/24/2010 | Patient Co-Pay | $2,122.94 |
| Deposit | 3/25/2010 | Patient Co-Pay | $100.00 |
| Deposit | 3/25/2010 | Patient Co-Pay | $401.60 |
| Deposit | 3/25/2010 | Insurance / Medicaid / Medicare | $1,526.81 |
| Deposit | 3/25/2010 | Insurance / Medicaid / Medicare | $11,779.14 |
| Deposit | 3/25/2010 | Insurance / Medicaid / Medicare | $23,154.00 |
| Deposit | 3/25/2010 | Insurance / Medicaid / Medicare | $11,400.34 |

| Deposit | 3/26/2010 | Patient Co-Pay | $4.00 |
|---|---|---|---|
| Deposit | 3/26/2010 | Patient Co-Pay | $108.58 |
| Deposit | 3/26/2010 | Insurance / Medicaid / Medicare | $14,188.87 |
| Deposit | 3/26/2010 | Insurance / Medicaid / Medicare | $16,287.77 |
| Deposit | 3/29/2010 | Patient Co-Pay | $3.40 |
| Deposit | 3/29/2010 | Insurance / Medicaid / Medicare | $15,825.97 |
| Deposit | 3/31/2010 | Insurance / Medicaid / Medicare | $3,825.38 |
| Deposit | 3/31/2010 | Insurance / Medicaid / Medicare | $6,829.59 |
| Deposit | 3/31/2010 | Insurance / Medicaid / Medicare | $1,717.40 |
| Deposit | 3/31/2010 | Insurance / Medicaid / Medicare | $14,550.66 |

$511,581.81

CASE NAME: *Prevalence Health LLC*

CASE NUMBER: *09-02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Mar 1* to *Mar 31*, 20 *10*

Account Name: *Prevalence Hea)* Account Number: *900 1271993*

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | *See Attached*         |        |

Total Cash Disbursements    $ *607 866*

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

## Prevalence Health LLC

Cash Disbursements

| Date | Num | Vendor | Account | Amount |
|------|-----|--------|---------|--------|
| 3/2/2010 | Wire 3/2/2010 | Regions Bank | Bank Fees | ($67.64) |
| 3/4/2010 | Wire 31412010 | SafeMeds Solutions | AR Collections Reimbursement | ($113,429.57) |
| 3/8/2010 | Wire 3/8/2010 1 | Pitney Bowes-INTERNAL USE ONLY | Exp Reimb by Safemeds | ($200.00) |
| 3/8/2010 | Wire 3/8/2010 2 | Netsuite, Inc. | Accounting Software | ($4,608.00) |
| 3/8/2010 | 61430 | U.S. Trustee | US Trustee Fees | ($6,500.00) |
| 3/9/2010 | Wire 3/9/2010 1 | Regions Bank | Bank Fees | ($254.83) |
| 3/10/2010 | Wire 3/10/2010 1 | SafeMeds Solutions | AR Collections Reimbursement | ($119,608.12) |
| 3/11/2010 | Wire 3111/2010 1 | SafeMeds Solutions | AR Collections Reimbursement | ($79,048.43) |
| 3/16/2010 | 61431 | Pitney Bowes-INTERNAL USE ONLY | Exp Reimb by Safemeds | ($200.00) |
| 3/18/2010 | Wire 3 18 2010 | SafeMeds Solutions | AR Collections Reimbursement | ($18,765.05) |
| 3/19/2010 | 3/19/10 1 | SafeMeds Solutions | AR Collections Reimbursement | ($70,769.02) |
| 3/19/2010 | 3/19/2010 2 | SafeMeds Solutions | AR Collections Reimbursement | ($8,501.96) |
| 3/22/2010 | 312212010 1 | Pitney Bowes-INTERNAL USE ONLY | Exp Reimb by Safemeds | ($1,000.00) |
| 3/25/2010 | 61432 | Arthur J Gallagher | Directors & Officers Insurance | ($17,150.00) |
| 3/25/2010 | 3/25/2010 1 | SafeMeds Solutions | AR Collections Reimbursement | ($11,779.14) |
| 3/26/2010 | 3/26/2010 1 | SafeMeds Solutions | AR Collections Reimbursement | ($109,566.40) |
| 3/31/2010 | 3/31/2010 1 | SafeMeds Solutions | AR Collections Reimbursement | ($46,418.59) |
|  |  |  |  | ($607,866.75) |

CASE NAME: _Prevalence Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Mar 1_ to _Mar 31_, 20_10_

Account Name: _Prevalence Health_ Account Number: _012107897_
_Asset Sale an_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 3/31 | Interest Revenue Pymnt | 854 |

Total Cash Receipts    $ _854_

CASE NAME: _Prevalance Health LLC_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Mar 1_ to _Mar 31_, 20_10_

Account Name: _Prevalance Health_ Account Number: _01210 78971_
_Asset Sale Acct_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements  $ _0_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: *Prevalence Health LLC*

CASE NUMBER: *O9-02016-ee*

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period *Mar 1* to *Mar 31*, 20 *10*

Account Name: *Prevalence Health* Account Number: *0101894579*
*DIP*

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts   $ ⌀

FORM 2-D
Page 3 of 4
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _Mar 1_ to _Mar 31_, 20_10_

Account Name: _Prevalence Health_  Account Number: _0101894579_
_PIP_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 3/9/10 | ACH | Regions | Bank Fee | 20 |

Total Cash Disbursements    $ _20_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. **Any** payments made as a
result of a court order, should indicate the order date.

CASE NAME: _Prevalence Health LLC_      CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _Mar 1_ to _Mar 31_ , 20_10_

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

_See Attached_

FORM 2-E
Page 1 of 3
1/08

* Reflects charges billed to Prevalence, including charges disputed by Prevalence

**Prevalence Health, LLC**
**Post Petition Accounts Payable**
**March 31, 2010**

| Vendor | Date | No. | Age | Open Balance | Memo |
|---|---|---|---|---|---|
| Advocate Solutions | 6/15/2010 | | 289 | $664.00 | 120+ |
| Williams Montgomery & John Ltd. | 611512009 | 155576 | 289 | $2,749.36 | 120+ |
| Westwood Square, PISIP | 612012009 | | 284 | $250.00 | 120+ |
| Hamilton Partners | 612012009 | | 284 | $14,769.94 | 120+ |
| Avaya, Inc. | 612612009 | 2728939461 | 278 | $761.49 | 120+ |
| Wells Fargo Financial Leasing | 613012009 | 6745121525 | 274 | $298.03 | 120+ |
| Anda | 71112009 | 774707 | 273 | ($48.43) | 120+ |
| Anda | 71112009 | 775310 | 273 | ($47.54) | 120+ |
| Anda | 7/2/2009 | 780875 | 272 | ($30.00) | 120+ |
| Hamilton Partners | 71212009 | 090702-10786 | 272 | $2,080.33 | 120+ |
| Young Williams P.A. | 7/7/2009 | 49592 Pre | 267 | $1,011.50 | 120+ |
| ComEd- Commonwealth Edison | 71812009 | 6/8-7/8/09 | 266 | $479.16 | 120+ |
| Broward County Revenue Collector | 7/14/2009 | Local Business Tax Renewal | 260 | $45.00 | 120+ |
| North Shore Gas | 711612009 | 6112-7114/09 | 258 | $69.30 | 120+ |
| Toyota Financial Services | 711712009 | 4000250558 | 257 | $207.09 | 120+ |
| Hamilton Partners | 7/1712009 | 090717-10786 | 257 | $633.01 | 120+ |
| Westwood Square, PISIP | 7/20/2009 | | 254 | $14,769.94 | 120+ |
| Hamilton Partners | 7/20/2009 | | 254 | $250.00 | 120+ |
| Banc Of America Leasing | 712112009 | 011093620 | 253 | $326.50 | 120+ |
| Avaya, Inc. | 712612009 | 2729047343 | 248 | $761.48 | 120+ |
| North Shore Gas | 713012009 | 6/9-7/14/09 | 244 | $69.26 | 120+ |
| Journal | 713112009 | 854 | 243 | ($7,782.84) | 120+ |
| Wells Fargo Financial Leasing | 7/31/2009 | 6745159529 | 243 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 81112009 | 82761 | 242 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 8/6/2009 | 718-816109 | 237 | $1,135.03 | 120+ |
| North Shore Gas | 811312009 | 7114-8/12109 | 230 | $140.69 | 120+ |
| Westwood Square, PISIP | 812012009 | | 223 | $250.00 | 120+ |
| Hamilton Partners | 812012009 | | 223 | $14,769.94 | 120+ |
| Banc Of America Leasing | 812112009 | 011138583 | 222 | $291.50 | 120+ |
| Young Williams P.A. | 8/24/2009 | 49592 Post - 1 | 219 | $74.75 | 120+ |
| Avaya, Inc. | 8/26/2009 | 2729164647 | 217 | $761.48 | 120+ |
| Quill | 812812009 | 8951299 | 215 | $110.85 | 120+ |
| Wells Fargo Financial Leasing | 8/31/2009 | 6745198232 | 212 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 91112009 | 92762 | 211 | $500.32 | 120+ |
| CT Corporation | 9/1/2009 | 2004471657-00 | 211 | $1,620.00 | 120+ |
| Quill | 9/3/2009 | 9080458 | 209 | $72.79 | 120+ |
| ComEd- Commonwealth Edison | 9/4/2009 | 816-914109 | 208 | $1,608.16 | 120+ |
| North Shore Gas | 911612009 | 8112-9114109 | 196 | $70.44 | 120+ |
| Westwood Square, P/S/P | 9/20/2009 | | 192 | $250.00 | 120+ |
| Banc Of America Leasing | 912012009 | | 192 | $291.50 | 120+ |
| Hamilton Partners | 9/20/2009 | | 192 | $14,769.94 | 120+ |
| Avaya, Inc. | 912612009 | 2729265177 | 186 | $761.48 | 120+ |
| Moore Wallace An RR Donnelley Co. | 912912009 | 873050230 | 183 | $134.50 | 120+ |
| Moore Wallace An RR Donnelley Co. | 912912009 | 169997267 | 183 | $1,313.09 | 120+ |
| Wells Fargo Financial Leasing | 913012009 | 6745237646 | 182 | $298.03 | 120+ |
| Avaya, Inc. | 101112009 | 2729282145 | 181 | $264.42 | 120+ |
| Aetna Maintenance, Inc. | 10/1/2009 | 105711 | 181 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 101612009 | 914-1016109 | 176 | $2,051.14 | 120+ |
| North Shore Gas | 1011412009 | 9114-10114109 | 168 | $287.75 | 120+ |
| Sun Microsystems Global Financial Services | 10/15/2009 | 591219022 1911 | 167 | ($1,579.44) | 120+ |
| Westwood Square, PISIP | 10/20/2009 | | 162 | $250.00 | 120+ |
| Machost Road LLC | 1012012009 | | 162 | $1,600.00 | 120+ |
| Hamilton Partners | 1012012009 | | 162 | $14,769.94 | 120+ |
| Banc Of America Leasing | 10/21/2009 | 11226721 | 161 | $291.50 | 120+ |
| Wells Fargo Financial Leasing | 10/30/2009 | 6745277684 | 152 | $298.03 | 120+ |
| City of Zachary | 11/6/2009 | 02-00760402 | 145 | $9.81 | 120+ |
| | | | | $91,350.92 | 120+ Total |
| | | | | | |
| Banc Of America Leasing | 12/21/2009 | 011311429 | 100 | $343.00 | 90-120 |
| | | | | $343.00 | 90-120 Total |
| | | | | | |
| Securian Retirement Services | 1/1/2010 | 01012010/03312010 | 89 | $571.00 | 60-90 |
| U.S. Trustee | 1/7/2010 | 01072010 | 83 | $6,500.00 | 60-90 |
| | | | | $7,071.00 | 60-90 Total |
| | | | | $98,764.92 | Grand Total |

**Prevalence Health, LLC**
**Accrued Expenses - Month End Accruals**
**March 2010**

| Description | Amount |
|---|---|
| Misc Accruai | 7,284.00 |
| US Trustee Fee | 2,200.00 |
| 2008 Audit & Tax Return | 4,979.00 |
| 2008 FL operating expenses - Rent | 134.00 |
| ABC Interest Post | 1,278.00 |
| LA Script Fee | 934.00 |
| AR Collections Owed to SafeMeds Solutions | 26,924.00 |
| 401k Admin Fees | 2,310.00 |
| Total Accrued Expenses | **46,043.00** |
| | |
| Balance per GL | **46,043.00** |
| | |
| Difference | |

CASE NAME: _Prevalence Health LLC_    CASE NUMBER: _09-02016-ee_

**SUPPORTING SCHEDULES**

For Period _Mar_ to _Mar 31_, 20 _10_

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

See Attached

FORM 2-E
Page 2 of 3
1/08

4/22/2010

**Prevalence Health, LLC**
**Accounts Receivable Summary**
**March 31, 2010**

| Receivable from: | Current | | 31-60 | | 61-90 | | 91-120 | | 120+ | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance (Medicaid) | $ | - | $ | - | $ | - | $ | - | $ | 283,292 | $ | 283,292 |
| Patients (Co-Pay) | | - | | - | | - | | - | | 208,127 | | 208,127 |
| Total Accounts Rec | $ | - | $ | - | $ | - | $ | - | $ | 491,419 | $ | 491,419 |
| | | | | | | | | | | | | |
| Estimated Reserve | | - | | - | | - | | - | | 349,773 | | 349,773 |
| Insurance | | 0.25% | | 0.25% | | 2.0% | | 5.0% | | 50.0% | | |
| Patients | | 25.0% | | 50.0% | | 100.0% | | 100.0% | | 100.0% | | |

| | | |
|---|---|---|
| AR per ScriptMed | $ | 491,419 |
| Deposits in NetSuite not Scriptmed | $ | (6,935) |
| Not in Amount Due SafeMeds | | |
| Difference in MS Medicaid | $ | (32,684) |
| Rec Vs Posted | | |
| | | |
| Adjusted AR per ScriptMed | | 451,800 |
| | | |
| AR per GL | | 451,800 |
| | | |
| **Difference** | | |

Prepared by: _____

Reviewed by: _____

B:\2009 Reconciliations\2010 AR Aging Analyis.xls

**Prevalence Health**
AR Aging - 313112010

| Plan | Total | Current | 31-60 | 61-90 | 91-120 | 120+ |
|------|------:|--------:|------:|------:|-------:|-----:|
| Aetna Part D- LA | 36.00 | | | | | 36.00 |
| Ameri Group- FL | 261.00 | | | | | 261.00 |
| American Prog Part D- FL | 1,200.00 | | | | | 1,200.00 |
| Community Care Part D- FL | 2,112.00 | | | | | 2,112.00 |
| Community Care Part D- LA | 2,562.00 | | | | | 2,562.00 |
| Coventry Part D- LA | 113.00 | | | | | 113.00 |
| Florida Medicaid | 21,082.00 | | | | | 21,082.00 |
| Florida Medicaid DME | 48,959.00 | | | | | 48,959.00 |
| Healthspring Part D- LA | 1,974.00 | | | | | 1,974.00 |
| Humana Part D- FL | 3,945.00 | | | | | 3,945.00 |
| Humana Part D- LA | 579.00 | | | | | 579.00 |
| Illinois Medicaid | 9,999.00 | | | | | 9,999.00 |
| Indiana Medicaid | 927.00 | | | | | 927.00 |
| Louisiana Medicaid | 47,498.00 | | | | | 47,498.00 |
| MS Blue Cross LA/MS | 588.00 | | | | | 588.00 |
| Medco Part D- FL | 20.00 | | | | | 20.00 |
| Medco Part D- LA | 1,800.00 | | | | | 1,800.00 |
| Member Health Part D- FL | 1,843.00 | | | | | 1,843.00 |
| Member Health Part D- LA | 3,011.00 | | | | | 3,011.00 |
| Marquette National Part D- FL | 706.00 | | | | | 706.00 |
| Marquette National Part D- LA | 256.00 | | | | | 256.00 |
| Mississippi Medicaid | 16,055.00 | | | | | 16,055.00 |
| Mississippi Med Supplies | 66,470.00 | | | | | 66,470.00 |
| NDC Part D- LA | 31.00 | | | | | 31.00 |
| Omnisys Medicare- IL | 31,562.00 | | | | | 31,562.00 |
| Pacificare Part D-FL | 2,501.00 | | | | | 2,501.00 |
| Pacificare Part D- LA | 1,604.00 | | | | | 1,604.00 |
| Pacificare Wrap Part D- LA | 577.00 | | | | | 577.00 |
| Amerigroup PCS- FL | 1,306.00 | | | | | 1,306.00 |
| POS Temp Payment Part D- LA | 74.00 | | | | | 74.00 |
| RX America Part D- LA | 257.00 | | | | | 257.00 |
| Silverscript Part D- LA | 1,004.00 | | | | | 1,004.00 |
| Tennessee Medicaid | 1,519.00 | | | | | 1,519.00 |
| United Healthcare- FL | 156.00 | | | | | 156.00 |
| Unicare Part D- FL | 4,548.00 | | | | | 4,548.00 |
| Unicare Part D- LA | 136.00 | | | | | 136.00 |
| Wellcare Healthease | 2,125.00 | | | | | 2,125.00 |
| Wellcare Part D- FL | 3,355.00 | | | | | 3,355.00 |
| Wellcare Part D- LA | 541.00 | | | | | 541.00 |
| Total | 283,292.00 | | - | | | 283,292.00 |

CASE NAME: _Prevalence Health LLC_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _Mar 1_ to _May 31_, 20 _10_

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Property (Fire, Theft) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| D + D | Darwin National | 3,000,000 | 3/1/2011 | ☑ Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
1/08

## Prevalence Health, LLC
## Reconciliation Summary - 1001 Regions
## As of 3/31/2010

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 511,582.81 |
| Cleared Checks and Payments | (607,866.75) |
| Total - Reconciled | (96,283.94) |
| Last Reconciled Statement Balance - 2/28/2010 | 551,320.79 |
| Current Reconciled Balance | 455,036.85 |
| Reconcile Statement Balance - 3/31/2010 | 455,036.85 |
| Difference | 0.00 |
| **Unreconciled** | |
| Uncleared | |
| Checks and Payments | (4,979.11) |
| Total - Uncleared | (4,979.11) |
| Cleared | |
| Deposits and Other Credits | 1,577.64 |
| Total - Cleared | 1,577.64 |
| Total as of 3/31/2010 | 451,635.38 |

*M < $1.00*

*451,584*

## Prevalence Health, LLC
## Reconciliation Detail - 1001 Regions
## As of 3/31/2010

| ID | Date | No. | Balance |
|---|---|---|---|
| **Reconciled** | | | |
| **Cleared Deposits and Other Credits** | | | |
| Deposit | 3/1/2010 | | 10,181.50 |
| Deposit | 3/2/2010 | | 32,524.07 |
| Deposit | 3/3/2010 | | 155.29 |
| Deposit | 3/3/2010 | | 204.20 |
| Deposit | 3/3/2010 | | 13.56 |
| Deposit | 3/4/2010 | | 40.00 |
| Deposit | 3/4/2010 | | 20,816.63 |
| Deposit | 3/4/2010 | | 690.65 |
| Deposit | 3/4/2010 | | 173.38 |
| Deposit | 3/4/2010 | | 311.00 |
| Deposit | 3/4/2010 | | 12,604.54 |
| Deposit | 3/5/2010 | | 139.44 |
| Deposit | 3/5/2010 | | 12,403.45 |
| Deposit | 3/8/2010 | | 89.40 |
| Deposit | 3/8/2010 | | 15,295.16 |
| Deposit | 3/9/2010 | | 39.00 |
| Deposit | 3/9/2010 | | 2,560.52 |
| Deposit | 3/9/2010 | | 31,568.40 |
| Deposit | 3/10/2010 | | 20.00 |
| Deposit | 3/11/2010 | | 77.00 |
| Deposit | 3/11/2010 | | 5,505.50 |
| Deposit | 3/11/2010 | | 79,048.43 |
| Deposit | 3/12/2010 | | 20,493.96 |
| Deposit | 3/15/2010 | | 574.88 |
| Deposit | 3/15/2010 | | 62.00 |
| Deposit | 3/15/2010 | | 8,501.96 |
| Deposit | 3/16/2010 | | 191.55 |
| Deposit | 3/16/2010 | | 36,875.15 |
| Deposit | 3/16/2010 | | 923.84 |
| Deposit | 3/17/2010 | | 29.00 |
| Deposit | 3/18/2010 | | 18,765.05 |
| Deposit | 3/18/2010 | | 87.64 |
| Deposit | 3/18/2010 | | 4,916.55 |
| Deposit | 3/18/2010 | | 1,011.95 |
| Deposit | 3/19/2010 | | 11,394.84 |
| Deposit | 3/19/2010 | | 1,243.55 |
| Deposit | 3/22/2010 | | 11,466.96 |
| Deposit | 3/23/2010 | | 46,755.36 |
| Deposit | 3/24/2010 | | 2,122.94 |
| Deposit | 3/25/2010 | | 34,554.34 |
| Deposit | 3/25/2010 | | 1,526.81 |
| Deposit | 3/25/2010 | | 100.00 |
| Deposit | 3/25/2010 | | 401.60 |
| Deposit | 3/25/2010 | | 11,779.14 |
| Deposit | 3/26/2010 | | 4.00 |
| Deposit | 3/26/2010 | | 108.58 |
| Deposit | 3/26/2010 | | 16,287.77 |
| Deposit | 3/26/2010 | | 14,188.87 |
| Deposit | 3/29/2010 | | 3.40 |
| Deposit | 3/29/2010 | | 15,825.97 |
| Deposit | 3/31/2010 | | 26,924.03 |
| Total - Cleared Deposits and Other Credits | | | 511,582.81 |

| ID | Date | No. | Balance |
|---|---|---|---|
| Cleared Checks and Payments | | | |
| Check | 3/2/2010 | Wire 31212010 | (67.64) |
| Check | 3/4/2010 | Wire 31412010 | (113,429.57) |
| Check | 3/8/2010 | Wire 31812010 1 | (200.00) |
| Check | 3/8/2010 | Wire 31812010 2 | (4,608.00) |
| Check | 3/8/2010 | 61430 | (6,500.00) |
| Check | 3/9/2010 | Wire 31912010 1 | (254.83) |
| Check | 3/10/2010 | Wire 311012010 1 | (119,608.12) |
| Check | 3/11/2010 | Wire 311112010 1 | (79,048.43) |
| Check | 3/16/2010 | 61431 | (200.00) |
| Check | 3/18/2010 | Wire 3 182010 | (18,765.05) |
| Check | 3/19/2010 | 3119110 1 | (70,769.02) |
| Check | 3/19/2010 | 311912010 2 | (8,501.96) |
| Check | 3/22/2010 | 312212010 1 | (1,000.00) |
| Check | 3/25/2010 | 3/25/2010 1 | (11,779.14) |
| Bill Payment | 3/25/2010 | 61432 | (17,150.00) |
| Check | 3/26/2010 | 312612010 1 | (109,566.40) |
| Check | 3/31/2010 | 3/31/2010 1 | (46,418.59) |
| Total - Cleared Checks and Payments | | | (607,866.75) |
| Total - Reconciled | | | (96,283.94) |
| Last Reconciled Statement Balance - 212812010 | | | 551,320.79 |
| Current Reconciled Balance | | | 455,036.85 |
| Reconcile Statement Balance - 313112010 | | | 455,036.85 |
| Difference | | | 0.00 |
| Unreconciled | | | |
| Uncleared | | | |
| Checks and Payments | | | |
| Bill Payment | 12/29/2008 | 60354 | (500.00) |
| Bill Payment | 1/5/2009 | 60429 | (564.00) |
| Bill Payment | 3/4/2009 | 60694 | (658.40) |
| Bill Payment | 3/9/2009 | 60704 | (309.37) |
| Bill Payment | 4/7/2009 | 60814 | (300.00) |
| Check | 5/22/2009 | eft 05 22 09 | (200.00) |
| Bill Payment | 5/26/2009 | 61018 | (54.00) |
| Bill Payment | 6/5/2009 | 61061 | (18.90) |
| Bill Payment | 6/9/2009 | 61063 | (770.00) |
| Bill Payment | 11/23/2009 | 61424 | (1,579.44) |
| Bill Payment | 11/23/2009 | 61423 | (25.00) |
| Total - Checks and Payments | | | (4,979.11) |
| Total - Uncleared | | | (4,979.11) |
| Cleared | | | |
| Deposits and Other Credits | | | |
| Journal | 12/31/2007 | | 1,577.64 |
| Total - Deposits and Other Credits | | | 1,577.64 |
| Total - Cleared | | | 1,577.64 |
| Total as of 313112010 | | | 451,635.38 |

# ⛰ REGIONS



Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00044991 01 AV  0.335 001
PREVALENCE HEALTH LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| **ACCOUNT #** | **9001 277993** |

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 2 |
| Page | 1 of 4 |

## COMMERCIAL ANALYZED CHECKING
### February 27, 2010 through March 31, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $551,320.79 | | Minimum Balance | $446,482 |
| Deposits & Credits | $511,582.81 | + | | |
| Withdrawals | $583,961.92 | − | | |
| Fees | $254.83 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $23,650.00 | − | | |
| **Ending Balance** | **$455,036.85** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/01 | State of Ill    Commercial 0006 Prevalence Ah6465176000554 | 10,181.50 |
| 03/02 | Deposit - Thank You | 32,524.07 |
| 03/03 | Deposit - Thank You | 204.20 |
| 03/03 | Deposit - Thank You | 13.56 |
| 03/03 | Merchant Service Merch Dep Health Allianc 8003547554 | 155.29 |
| 03/04 | Deposit - Thank You | 20,816.63 |
| 03/04 | Deposit - Thank You | 311.00 |
| 03/04 | Regions Bank    Acct Trans MS364174656  Ccooley | 12,604.54 |
| 03/04 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100227 | 690.65 |
| 03/04 | State of Ill    Commercial 0006 Prevalence Ah6505656002825 | 173.38 |
| 03/04 | Merchant Service Merch Dep Health Allianc 8003547554 | 40.00 |
| 03/05 | Memberhealth Cln Payment Tedsmeds.Recel 2302043 | 12,403.45 |
| 03/05 | Merchant Service Merch Dep Health Allianc 8003547554 | 139.44 |
| 03/08 | State of Ill    Commercial 0006 Prevalence Ah6539286000612 | 15,295.16 |
| 03/08 | Merchant Service Merch Dep Health Allianc 8003547554 | 89.40 |
| 03/09 | Deposit - Thank You | 31,568.40 |
| 03/09 | Deposit - Thank You | 2,560.52 |
| 03/09 | Merchant Service Merch Dep Health Allianc 8003547554 | 39.00 |
| 03/10 | Merchant Service Merch Dep Health Allianc 8003547554 | 20.00 |
| 03/11 | Regions Bank    Acct Trans MS364174656  Ccooley | 79,048.43 |
| 03/11 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100306 | 5,505.50 |
| 03/11 | Merchant Service Merch Dep Health Allianc 8003547554 | 77.00 |
| 03/12 | Memberhealth Cln Payment Tedsmeds.Recel 2310471 | 20,493.96 |
| 03/15 | Deposit - Thank You | 574.88 |
| 03/15 | State of Ill    Commercial 0006 Prevalence Ah6653378001788 | 8,501.96 |
| 03/15 | Merchant Service Merch Dep Health Allianc 8003547554 | 62.00 |
| 03/16 | Deposit - Thank You | 36,875.15 |
| 03/16 | Deposit - Thank You | 923.84 |
| 03/16 | State of Ill    Commercial 0006 Prevalence Ah6682741007848 | 191.55 |
| 03/17 | Merchant Service Merch Dep Health Allianc 8003547554 | 29.00 |
| 03/18 | Deposit - Thank You | 4,916.55 |
| 03/18 | Regions Bank    Acct Trans MS364174656  Ccooley | 18,765.05 |
| 03/18 | Acs MS Title Xix Sysgen-EFT Prevalence.Hea 00440949100313 | 1,011.95 |
| 03/18 | Merchant Service Merch Dep Health Allianc 8003547554 | 87.64 |

 **REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
PO BOX 12648
JACKSON MS 39236-2648



| | | |
|---|---|---|
| **ACCOUNT #** | **9001277993** | |
| | Cycle | 001 |
| | Enclosures | 27 |
| | Page | 2 |
| | | 2 of 4 |

## DEPOSITS & CREDITS (CONTINUED)

| | | |
|---|---|---:|
| 03/19 | Deposit - Thank You | 1,243.55 |
| 03/19 | Memberhealth Cln Payment **Tedsmeds.Recei** 2318925 | 11,394.84 |
| 03/22 | State of Ill    Commercial **0006**Prevalence Ah6740802001982 | 11,466.96 |
| 03/23 | Deposit - Thank You | 46,755.36 |
| 03/24 | Deposit - Thahk You | 2,122.94 |
| 03/25 | Deposit - Thank You | 34,554.34 |
| 03/25 | Deposit - Thank You | 401.60 |
| 03/25 | Regions Bank    Acct Trans MS364174656   Ccooley | 11,779.14 |
| 03/25 | **Acs** MS Title Xix Sysgen-EFT Prevalence Hea 00440949100320 | 1,526.81 |
| 03/25 | Merchant Service Merch Dep Health Allianc **8003547554** | 100.00 |
| 03/26 | Deposit - Thank You | 14,188.87 |
| 03/26 | Deposit - Thank You | 108.58 |
| 03/26 | Memberhealth Cln Payment **Tedsmeds.Recei** 2327352 | 16,287.77 |
| 03/26 | Merchant **Service** Merch Dep Health Allianc **8003547554** | 4.00 |
| 03/29 | State of Ill    Commercial **0006**Prevalence Ah6866304000607 | 15,825.97 |
| 03/29 | Merchant Service Merch Dep Health Allianc **8003547554** | 3.40 |
| 03/31 | Deposit - Thank You | 26,924.03 |
| | Total Deposits & Credits | $511,582.81 |

## WITHDRAWALS

| | | |
|---|---|---:|
| 03/02 | Merchant **Service** Merch Fee Health Allianc **8003547554** | 67.64 |
| 03/04 | Regions Bank    Acct Trans MS364174656   **Ccooley** | 113,429.57 |
| 03/08 | **Netsuite** Inc..   Payments 617326 Prevale 1379804 | 4,608.00 |
| 03/08 | Pitney Bowes    Postage Prevalence Hea 42906255 | 200.00 |
| 03/10 | Regions Bank    Acct Trans MS364174656   Ccooley | 119,608.12 |
| 03/11 | Regions Bank    Acct Trans MS364174656   **Ccooley** | 79,048.43 |
| 03/16 | Pitney Bowes    Postage **Prevalence** Hea 42906255 | 200.00 |
| 03/18 | Regions Bank    **Acct** Trans MS364174656   Ccooley | 18,765.05 |
| 03/19 | Regions Bank    **Acct** Trans MS364174656   Ccooley | 70,769.02 |
| 03/19 | Regions Bank    Acct Trans MS364174656   Ccooley | 8,501.96 |
| 03/22 | Pitney Bowes    **Postedge** Bonnie Savoie 37968013 | 1,000.00 |
| 03/25 | Regions Bank    Acct Trans MS364174656   Ccooley | 11,779.14 |
| 03/26 | Regions Bank    Acct Trans MS364174656   Ccooley | 109,566.40 |
| 03/31 | Regions Bank    Acct Trans MS364174656   Ccooley | 46,418.59 |
| | Total Withdrawals | $583,961.92 |

## FEES

| | | | |
|---|---|---|---:|
| 03/09 | Analysis Charge | 02-10 | 254.83 |



ARI

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson. MS 39201

PREVALENCE HEALTH    LLC
PO  BOX  12648
JACKSON  MS  39236-2648

| | |
|---|---|
| **ACCOUNT #** | **9001277993** |

| | |
|---|---|
| | 001 |
| **Cycle** | 27 |
| **Enclosures** | 2 |
| **Page** | 3  of 4 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|------|-----------|--------|---|------|-----------|--------|
| 03/08 | 61430 | 6,500.00 | | 03/29 | 61432 * | 17,150.00 |
| | | | | | **Total Checks** | $23,650.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| **03/01** | 561,502.29 | **03/11** | 452,065.32 | 03/23 | 516,123.53 |
| 03/02 | 593,958.72 | 03/12 | 472,559.28 | 03/24 | 518,246.47 |
| 03/03 | 594,331.77 | **03/15** | 481,698.12 | 03/25 | 554,829.22 |
| **03/04** | 515,538.40 | 03/16 | 519,488.66 | 03/26 | 475,852.04 |
| 03/05 | 528,081.29 | 03/17 | 519,517.66 | 03/29 | 474,531.41 |
| 03/08 | 532,157.85 | 03/18 | 525,533.80 | **03/31** | 455,036.85 |
| 03/09 | 566,070.94 | 03/19 | 458,901.21 | | |
| 03/10 | 446,482.82 | **03/22** | 469,368.17 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS(734-4667).
or.visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**



**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH   LLC
PO BOX 12648
JACKSON MS 39236-2648

**ACCOUNT #**    9001 277993

Page            4    of4





Check# 61430      03/08/2010    $6500.00        Check# 61432      03/29/2010    $17150.00

# ▲▲ REGIONS

Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00070443 01 AV 0.335 001
PREVALENCE HEALTH       LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
4270 I 55 N STE 102
JACKSON MS 39211-6394

| | | |
|---|---|---|
| **ACCOUNT #** | | 0101894579 |
| | | 001 |
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 1 of 1 |

## COMMERCIAL ANALYZED CHECKING
### February 27, 2010 through March 31, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $58.12 | | Minimum Balance | $38 |
| Deposits & Credits | $0.00 | + | | |
| Withdrawals | $0.00 | − | | |
| Fees | $20.01 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| Ending Balance | $38.11 | | | |

### FEES

| | | | |
|---|---|---|---|
| 03/09 | Analysis Charge | 02-10 | 20.01 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/09 | 38.11 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at **www.regions.com**.
Thank You For Banking With Regions!

# REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00070475 01 AV 0.335 001
PREVALENCE HEALTH    LLC
4270  55  N  STE  102
JACKSON  MS  39211-6394

1 - 2

| | |
|---|---|
| **ACCOUNT #** | **0121078971** |
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## BUSINESS MONEY MARKET
February 27, 2010 through March 31, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | **$936,221.58** | | Minimum Balance | $936,221 |
| Deposits & Credits | $0.00 | + | Average Balance | $936,221 |
| Net Interest Earned | $854.01 | + | Annual Percentage Yield Earned | 1.01% |
| Withdrawals | $0.00 | = | Interest This Period | $854.01 |
| Fees | $0.00 | - | Average Collected Balance | $936,221.58 |
| Automatic Transfers | $0.00 | + | 2010 YTD Interest | $2,546.11 |
| Checks | $0.00 | - | | |
| Ending Balance | $937,075.59 | | | |

### INTEREST

| 03/31 | Interest Payment | 854.01 |
|---|---|---|

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 937,075.59 | | | | |

**AS A REMINDER, A CASH HANDLING FEE IS
IMPOSED ON ALL BUSINESS CHECKING AND
MONEY MARKET ACCOUNTS PER STATEMENT
CYCLE AS DETAILED BELOW:**

**CASH DEPOSIT FEE:
UP TO $10,000: NO CHARGE
OVER $10,000 (PER $100): $0.15**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!

45.54

5528.84