# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_          For Period _Aug 1_ to _Aug 31_ , 20_10_ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _12/13/10_
(date)

Debtor(s)*: _Prevalence Health, LLC_

By:** _H. K. Tyler_

Position: _Liquidating Agent_

Name of preparer: _C. L. ___

Telephone No. of Preparer _601-981-0070  ext 283 233_

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date | Month 8/31/10 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| | 7/31/10 | | | | | | | |
| **CURRENT ASSETS:** | | | | | | | | |
| Cash.......................................... | 1,366,993 | 1,306,477 | | | | | | |
| Accounts Receivable, Net........... | 300,013 | 305,755 | | | | | | |
| Inventory, at lower of cost or market... | | | | | | | | |
| Prepaid expenses & deposits........ | 78,028 | 75,311 | | | | | | |
| Other _____ | | | | | | | | |
| TOTAL CURRENT ASSETS........ | 1,745,095 | 1,688,463 | | | | | | |
| PROPERTY, PLANT & EQUIPMENT... | | | | | | | | |
| Less accumulated depreciation...... | | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT... | | | | | | | | |
| **OTHER ASSETS** Deposits | 55,733 | 55,733 | | | | | | |
| _____ | | | | | | | | |
| _____ | | | | | | | | |
| _____ | | | | | | | | |
| TOTAL OTHER ASSETS............ | | | | | | | | |
| TOTAL ASSETS.................... | 1,800,832 | 1,743,776 | | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09 -02016-ee_

COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month 3/22/10 | Month 4/30/10 | Month 5/31/10 | Month 6/30/10 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash.................................... * | 1,676,083 | 1,655,525 | 1,484,147 | 1,388,697 | 1,371,649 | 1,360,816 | 1,384,342 |
| Accounts Receivable, Net................ | 244,528 | 292,898 | 243,506 | 293,114 | 300,924 | 300,017 | 299,953 |
| Inventory, at lower of cost or market... | Ø | Ø | Ø | Ø | Ø | Ø | Ø |
| Prepaid expenses & deposits............. | 75,000 | 84,930 | 73,400 | 79,800 | 80,398 | 76,636 | 77,273 |
| Other _Receivable from Sale of Assets_ | 19,656 | 19,656 | 19,656 | 19,656 | Ø | Ø | Ø |
| TOTAL CURRENT ASSETS.................... | 2,065,267 | 2,083,009 | 1,975,725 | 1,781,267 | 1,752,971 | 1,737,525 | 1,761,468 |
| PROPERTY, PLANT & EQUIPMENT............. | | | | | | | |
| Less accumulated depreciation.......... | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT......... | Ø | Ø | Ø | Ø | Ø | Ø | Ø |
| OTHER ASSETS _Deposits_ | 56,726 | 55,733 | 55,133 | 55,733 | 55,133 | 55,733 | 55,733 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER ASSETS...................... | 56,726 | 55,733 | 55,133 | 55,733 | 55,233 | 55,733 | 55,733 |
| TOTAL ASSETS............................ | 2,121,953 | 2,138,742 | 1,931,442 | 1,837,000 | 1,808,704 | 1,793,262 | 1,817,201 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). _All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next._

* Accounts contains #25,026 that relate to funds received Points for payment of post acquisition
receivables into Prevalence's account that is owed to Safe mails. The offset is in the other ...
which includes a liability to Safe mails of the same ...

CASE NAME: _Peachtree Health LLC_

CASE NUMBER: _09-02016-ee_

COMPARATIVE BALANCE SHEET

| | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | |
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 570,988 | 616,550 | 513,396 | 406,712 | 417,635 | 617,481 | 670,134 |
| Accounts Receivable, Net | 920,787 | 541,550 | 773,450 | 807,823 | 754,398 | 333,168 | 277,976 |
| Inventory, at lower of cost or market | 365,452 | 572,870 | 402,765 | 400,476 | 0 | 0 | 0 |
| Prepaid expenses & deposits | 118,110 | 151,573 | 170,837 | 139,406 | 177,958 (@) | 82,994 (@) | 82,448 |
| Other Receivable for Sale of Assets | | | | | 954,185 (@) | 954,185 (@) | 954,185 |
| **TOTAL CURRENT ASSETS** | 2,019,337 | 2,002,763 | 1,860,452 | 1,754,419 | 2,249,179 | 1,920,928 | 1,984,743 |
| **PROPERTY, PLANT & EQUIPMENT** | 2,386,097 | 2,386,097 | 2,386,057 | 2,386,096 | 0 | 0 | 0 |
| Less accumulated depreciation | 2,244,328 | 2,253,093 | 2,261,504 | 2,269,844 | 0 | 0 | 0 |
| **NET PROPERTY, PLANT & EQUIPMENT** | 141,769 | 133,004 | 124,553 | 116,352 | 0 | 0 | 0 |
| **OTHER ASSETS:** Deposits | 48,192 | 54,183 | 556,762 | 556,762 | 556,726 | 556,726 | 556,726 |
| | | | | | | | |
| | | | | | | | |
| **TOTAL OTHER ASSETS** | 48,192 | 54,193 | 556,762 | 56,752 | 56,726 | 556,726 | 556,726 |
| **TOTAL ASSETS** | 2,209,298 | 2,189,560 | 2,541,771 | 2,427,771 | 2,805,905 | 2,477,655 | 2,541,469 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

* Adjustments from May 31 to June 9 are not available

(@) Certain assets of prevalence were sold effective 4/30/09. This amount represents the monies due the seller from the buyer at close on 6/6/09

CASE NAME: Providence Health

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date | Month 8/31/10 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | -0- | -0- | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | 92,765 | 92,265 | | | | | |
| Other: | 20,167 | 16,919 | | | | | |
| TOTAL POST-PETITION LIABILITIES: | 113,229 | 109,184 | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured | | | | | | | |
| Priority debt | | | | | | | |
| Unsecured debt | 5,601,623 | 5,601,622 | | | | | |
| Other | | | | | | | |
| TOTAL LIABILITIES | | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 5,594,125 | 5,594,125 | | | | | |
| COMMON STOCK | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date | (9,635,427) | (9,635,427) | | | | | |
| Post filing date | (217,718) | (325,728) | | | | | |
| TOTAL EQUITY (NET WORTH) | (3,914,620) | (3,967,030) | | | | | |
| TOTAL LIABILITIES & EQUITY | 1,800,832 | 1,743,776 | | | | | |

FORM 2-B
Page 2 of 2
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 12/31/08 | Month 1/31/10 | Month 2/28/10 | Month 3/31/10 | Month 4/30/10 | Month 5/31/10 | Month 6/30/10 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | -0- | -0- | -0- | -0- | -0- | -0- | -0- |
| Taxes payable (Form 2-E, pg.1 of 3) | 92,775 | 92,140 | 98,765 | 98,764 | 92,265 | 92,265 | 92,265 |
| Accounts payable (Form 2-E, pg.1 of 3) | 206,887 | 231,038 | 112,386 | 46,043 | 44,145 | 29,099 | 44,200 |
| Other _Misc Accruals_ | 299,662 | 329,178 | 211,151 | 144,807 | 136,410 | 121,364 | 136,465 |
| TOTAL POST-PETITION LIABILITIES | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured | | | | | | | |
| Priority debt | 5,594,513 | 5,595,147 | 5,595,021 | 5,595,022 | 5,595,019 | 5,602,522 | 5,602,523 |
| Unsecured debt | | | | | | | |
| Other | | | | | | | |
| TOTAL LIABILITIES | 5,894,175 | 5,924,825 | 5,806,172 | 5,789,829 | 5,731,425 | 5,723,886 | 5,738,988 |
| **EQUITY (DEFICIT)** | 5,994,125 (4,635,427) | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 5,721,726 | 5,994,125 | 5,994,125 |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date | (130,880) | (144,817) | (233,405) | (261,527) | (251,423) | (289,322) | (280,485) |
| TOTAL EQUITY (NET WORTH) | (3,772,182) | (3,786,087) | (3,874,732) | (3,902,829) | (3,922,725) | (3,930,624) | (3,921,787) |
| TOTAL LIABILITIES & EQUITY | 2,121,993 | 2,138,742 | 1,931,442 | 1,837,000 | 1,908,704 | 1,793,262 | 1,817,201 |

FORM 2-B
Page 2 of 2
1/08

CASE NAME: Prevalence Health LLC

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date * 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/05 | Month 11/30/05 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 5) | | 94,609 | 90,953 | 108,112 | 132,611 | 109,293 | 93,036 |
| Accounts payable (Form 2-E, pg.1 of 5) | | 135,461 | 105,736 | 97,255 | 240,575 | 19,119 | 75,736 |
| Other: Accrued Payroll / Acc. Vacation | | 239,070 | 196,689 | 205,367 | 313,216 | 128,412 | 108,772 |
| TOTAL POST-PETITION LIABILITIES | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable – secured | 5,830,600 | | | | | | |
| Priority debt | | | | | | | |
| Unsecured debt | 5,732,281 | 5,730,550 | 5,921,239 | 5,843,010 | 5,012,235 | 5,585,453 | 5,591,420 |
| Other | | | | | 5,885,451 | 5,771,865 | 5,766,192 |
| TOTAL LIABILITIES | 5,850,600 | 5,867,361 | 5,927,239 | | | | |
| **EQUITY (DEFICIT)** | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date | (181,499) | (244,1667) | (294,2117) | (294,2117) | (38,247) | (38,966) | (83,421) |
| TOTAL EQUITY (NET WORTH) | (3,772,801) | (3,785,468) | (3,915,613) | (3,676,546) | (3,680,210) | (37,24723) | |
| TOTAL LIABILITIES & EQUITY | 2,185,560 | 2,041,771 | 2,041,771 | 2,305,905 | 2,301,655 | 2,041,464 | |

\* Adjustments from May 21 to June 9 are not available

FORM 2-B
Page 2 of 2
1/08

PROFIT AND LOSS STATEMENT

FORM 2-C
1/08

CASE NAME: _Precia lence Healtha_

CASE NUMBER: _09-02016-ee_

| | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE............................ | 0 | 0 | 0 | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material............................ | | | | | | |
| Labor – Direct.................... | | | | | | |
| Manufacturing Overhead......... | | | | | | |
| TOTAL COST OF GOODS SOLD......... | 0 | 0 | 0 | | | |
| GROSS PROFIT...................... | 0 | 0 | 0 | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing............ | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.)............. | ⟨8,454⟩ | ⟨7,536⟩ | 53,010 | | | |
| Other_____ | | | | | | |
| TOTAL OPERATING EXPENSES......... | ⟨8,454⟩ | ⟨7,536⟩ | 53,010 | | | |
| INTEREST EXPENSE.................. | ⟨383⟩ | ⟨231⟩ | 0 | | | |
| INCOME BEFORE DEPRECIATION OR TAXES... | 8,837 | 7,767 | ⟨53,010⟩ | | | |
| DEPRECIATION OR AMORTIZATION...... | | | | | | |
| EXTRAORDINARY EXPENSES *......... | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)...... | | | | | | |
| NET INCOME (LOSS)................. | 8,837 | 7,767 | ⟨53,010⟩ | | | |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: BP Providence Health

CASE NUMBER: 09-02016-ee

PROFIT AND LOSS STATEMENT

FORM 2-C
1/08

| | Month 12/1/09-12/31/09 | Month 1/1/10-1/31/10 | Month 2/1/10-2/28/10 | Month 3/1/10-3/31/10 | Month 4/1/10-4/30/10 | Month 5/1/10-5/31/10 |
|---|---|---|---|---|---|---|
| NET REVENUE | 0 | 0 | 0 | 0 | 0 | 0 |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | 33760 | 0 | 0 | 0 | 0 | 0 |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | 33760 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COST OF GOODS SOLD | (33760) | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | | | | | | |
| **OPERATING EXPENSES:** | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | 13,150 | 13,901 | 33,647 | 28,099 / 28,473 | 529 | 8259 |
| Other | 549 | | | | 625 / 357 | 8529 |
| TOTAL OPERATING EXPENSES | 13,150 | 13,901 | 33,647 | 28,099 | (360) | |
| INTEREST EXPENSE | (47,459) | (13,901) | (86,647) | (28,099) | (2,740) | (7899) |
| INCOME BEFORE DEPRECIATION OR TAXES | 0 | 0 | 0 | 0 | | |
| DEPRECIATION OR AMORTIZATION | 0 | 0 | 0 | 0 | (19,656) | |
| EXTRAORDINARY EXPENSES *. Sum. Sale of Assets | 0 | 0 | 0 | 0 | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME (LOSS) | (47,459) | (13901) | (88,047) | (28,099) | (15,956) | (7899) |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: Providence Healthcare LLC

CASE NUMBER: 09-02016-ee

## PROFIT AND LOSS STATEMENT

| | Month * 6/1/09 - 6/30/09 | Month 7/1/09 - 7/31/09 | Month 8/1/09 - 8/31/09 | Month 9/1/09 - 9/30/09 | Month 10/1/09 - 10/31/09 | Month 11-1-09 to 11/30/09 |
|---|---|---|---|---|---|---|
| NET REVENUE.......... | 1,234,205 | 1,136,933 | 1,051,684 | 880,153 | 49,570 | -0- |
| *COST OF GOODS SOLD:* | | | | | | |
| Material.......... | 1,028,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| Labor - Direct.......... | | | | | | |
| Manufacturing Overhead.......... | | | | | | |
| TOTAL COST OF GOODS SOLD.......... | 1,028,341 | 948,373 | 880,562 | 816,815 / 64,336 | 31,379 | (1,225) |
| GROSS PROFIT.......... | 205,864 | 188,560 | 171,122 | 6,635 | 18,191 | 1,225 |
| *OPERATING EXPENSES:* | | | | | | |
| Selling and Marketing.......... | | | | | | |
| General and Administrative (rents, utilities, salaries, etc).......... | 326,598 | 291,324 | 211,439 | 205,451 | 46,513 | 45,536 |
| Other_____ | | | | | | |
| TOTAL OPERATING EXPENSES.......... | | | | | | |
| INTEREST EXPENSE.......... | 1,491 | 1,488 | 615 | 787 | 202 | |
| INCOME BEFORE DEPRECIATION OR TAXES.......... | (121,734) | (104,255) | (41,805) | (136,028) | (28,609) | (44,513) |
| DEPRECIATION OR AMORTIZATION.......... Gain on Sale of assets | 8,765 | 8,412 | 8,240 | 7,955 | 0 | 0 |
| Employees / gain / loss | -0- | | | 400,650 ⊘ 27,945 | | |
| INCOME TAX EXPENSE (BENEFIT).......... | -0- | | | | | |
| NET INCOME (LOSS).......... | (131,499) | (112,667) | (50,045) | (255,967) | (6,664) | (44,513) |

*Requires explanation in NARRATIVE (Form 2-F)

\* Adjustments from May 31 to June 30 are not available

② Effective 9/30/09, Company sold the majority of its assets. Amount of ...

CASE NAME: _Providence Health_____     CASE NUMBER: _09 - 02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period _8/1_ to _8/31_, 20_10_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance from last month's report)
   $ 1,360,993
   $ ~~1,306,477~~

2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's)

3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's)
   $ 26,966
   $( 87,482 )

4. Net Cash Flow
   $_____

5. Ending Cash Balance (to FORM 2-B)
   $ 1,306,477

### CASH SUMMARY - ENDING BALANCE

|  | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $_____ | _____ |
| 2. ~~Trust Account~~ DIP | $ 51 | Regions |
| 3. Operating and/or Personal Account | $ 367,991 | Regions |
| 4. Payroll Account | $_____ | _____ |
| 5. Tax Account | $_____ | _____ |
| 6. Other Accounts (Specify checking or savings) Sales Proceeds | $ 938,435 | Regions |
| 7. Cash Collateral Account | $_____ | _____ |
| 8. Petty Cash | $_____ | _____ |

TOTAL (must agree with line 5 above)   $ 1,306,477

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

====================================================================

### ADJUSTED CASH DISBURSEMENTS

Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ 87,482   *

\* NOTE: This amount should be used to
   determine UST quarterly fees due and agree
   with Form 2-D, page 2 of 4.

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## QUARTERLY FEE SUMMARY

MONTH ENDED   ~~4/30/10~~   5/31/10

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $ 763,379 | | | |
| March | $ 601,386 | | | |
| Total 1st Quarter | $ 1,864,702 | $ 6,500 | 61434 | 4/26/10 |
| April | $ 436,370 | | | |
| May | $ 567,203 | | | |
| June | $ 398,040 | | | |
| Total 2nd Quarter | $ 1,401,613 | $ 6,500 | 61435 | 7/29/10 |
| July | $ 149,406 | | | |
| August | $ 87,482 | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## QUARTERLY FEE SUMMARY

MONTH ENDED _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $_____ | | | |
| February | $_____ | | | |
| March | $_____ | | | |
| Total | | | | |
| 1st Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| April | $_____ | | | |
| May | $_____ | | | |
| June | $ 825,337 | | | |
| Total | | | | |
| 2nd Quarter | $ 825,337 | $ 4,875 * | 61179 | 7/20/09 |
| | | | | |
| July | $ 1,309,312 | | | |
| August | $ 1,070,434 | | | |
| September | $ 920,721 | | | |
| Total | | | | |
| 3rd Quarter | $ 3,300,467 | $ 10,400 ⊛ | 61390 | 10/16/09 |
| | | | | |
| October | $ 488,995 | | | |
| November | $ 472,141 | | | |
| December | $ 606,081 | | | |
| Total | | | | |
| 4th Quarter | $ 1,567,217 | $ 6,500 | 61430 | 3/8/10 |

*Handwritten notes (right margin):*
* Actually Paid 6,500

⊛ Actually paid $8,775 to Make up for overpaym in 2nd Qtr.

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Providence   Health_

CASE NUMBER: ___09 - 02016-ee___

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _8/1_ to _8/31_, 20_10_

Account Name: _Providence Health_ Account Number: _0101 894579_
_DIP_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

Total Cash Receipts   $ ___—0—___

FORM 2-D
Page 3 of 4
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __8/1__ to __8/31__ , 20 _10_

Account Name: _Prevalence Health_ Account Number: _0101 89 4579_
_DIP_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements $ _0_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _8/1_ to _8/31_ , 20 _10_

Account Name: _Prevalence Health_ Account Number: _012107897_
_Asset Sale m k_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts    $ 

FORM 2-D
Page 3 of 4
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _8/1_ to _8/31_, 20 _10_

Account Name: _Prevalence Heal_ Account Number: _0121 07897_
_Asset Sale MM_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements  $ _0_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: _Preslence Health_

CASE NUMBER: __09-02016-ee__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _8/1_ to _8/31_, 20 _10_

Account Name: _Prealonce Health_ Account Number: _9001 27)593_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|

Total Cash Receipts        $ _See Attached_

FORM 2-D
Page 3 of 4
1/08

**Prevalence Health LLC**

Cash Disbursements

| Type | Date | Description / Source | Amount |
|------|------|---------------------|--------|
| Deposit | 8/2/2010 | Insurance Reimbursement | $1,633.53 |
| Deposit | 8/2/2010 | Co-Pay | $25.00 |
| Deposit | 8/2/2010 | Co-Pay | $14.30 |
| Deposit | 8/4/2010 | Insurance Reimbursement | $2,221.45 |
| Deposit | 8/4/2010 | Co-Pay | $24.00 |
| Deposit | 8/5/2010 | Insurance Reimbursement | $1,742.34 |
| Deposit | 8/6/2010 | Co-Pay | $74.94 |
| Deposit | 8/6/2010 | Insurance Reimbursement | $236.82 |
| Deposit | 8/9/2010 | Co-Pay | $22.75 |
| Deposit | 8/9/2010 | Co-Pay | $103.84 |
| Deposit | 8/10/2010 | Insurance Reimbursement | $9,872.98 |
| Deposit | 8/11/2010 | Insurance Reimbursement | $131.58 |
| Deposit | 8/11/2010 | Co-Pay | $50.00 |
| Deposit | 8/12/2010 | Insurance Reimbursement | $1,010.07 |
| Deposit | 8/12/2010 | Co-Pay | $29.04 |
| Deposit | 8/13/2010 | Co-Pay | $87.00 |
| Deposit | 8/16/2010 | Co-Pay | $25.00 |
| Deposit | 8/18/2010 | Insurance Reimbursement | $3.88 |
| Deposit | 8/18/2010 | Co-Pay | $115.00 |
| Deposit | 8/19/2010 | Insurance Reimbursement | $4,725.29 |
| Deposit | 8/19/2010 | Co-Pay | $4.00 |
| Deposit | 8/20/2010 | Co-Pay | $28.54 |
| Deposit | 8/23/2010 | Co-Pay | $392.73 |
| Deposit | 8/23/2010 | Co-Pay | $76.04 |
| Deposit | 8/24/2010 | Reimbursement from SafeMeds | $3,029.88 |
| Deposit | 8/25/2010 | Co-Pay | $125.00 |
| Deposit | 8/26/2010 | Insurance Reimbursement | $1,144.31 |
| Deposit | 8/26/2010 | Co-Pay | $1.20 |
| Deposit | 8/27/2010 | Co-Pay | $5.54 |
| Deposit | 8/30/2010 | Co-Pay | $9.90 |
| | | | $26,965.95 |

CASE NAME: _Prevalence   Health_

CASE NUMBER: _09 - 02016 - ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _8/1_ to _8/31_, 20 _10_

Account Name: _Prevalence Health_ Account Number: _9001 277 993_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements    $ _See Attached_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

## Prevalence Health LLC
Cash Disbursements

| Date | Num | Vendor | Reason | Amount |
|------|-----|--------|--------|--------|
| 8/2/2010 | | Regions Bank | Bank Fees | ($211.28) |
| 8/3/2010 | | Pitney Bowes-INTERNAL USE ONLY | Safemeds to Reimburse | ($200.00) |
| 8/9/2010 | | Regions Bank | Bank Fees | ($314.12) |
| 8/10/2010 | 61436 | Butler, Snow, O'Mara, Stevens & Cannada | Legal Fees | ($46,934.63) |
| 8/12/2010 | | Pitney Bowes-INTERNAL USE ONLY | Safemeds to Reimburse | ($200.00) |
| 8/13/2010 | | SafeMeds Solutions | AR Collections | ($28,202.38) |
| 8/24/2010 | 61438 | Pharmacy Consulting Associates | Consulting Fees | ($5,761.73) |
| 8/24/2010 | | Pitney Bowes-INTERNAL USE ONLY | Safemeds to Reimburse | ($200.00) |
| 8/25/2010 | | SafeMeds Solutions | AR Collections | ($5,457.48) |

($87,481.62)

CASE NAME: _Prevalence  Health_     CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _8/1_ to _8/31_, 20___

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

See Attached

**Prevalence Health, LLC**
**Accrued Expenses - Month End Accruals**
**August 2010**

| Description | Amount |
|---|---|
| Misc Accrual | 7,284.00 |
| US Trustee Fee | - |
| 2008 Audit & Tax Return | 4,979.00 |
| 2008 FL operating expenses - Rent | 134.00 |
| ABC Interest Post | 1,278.00 |
| LA Script Fee | 934.00 |
| AR Collections Owed to SafeMeds Solutions | - |
| 401k Admin Fees | 2,310.00 |
| Total Accrued Expenses | 16,919.00 |
| | |
| Balance per GL | 16,919.00 |
| | |
| Difference | - |

**Prevalence Health, LLC**
**Post Petition Accounts Payable**
**August 31, 2010**

| Vendor | Date | No. | Due Date | Age | Open Balance | Memo |
|---|---|---|---|---|---|---|
| Advocate Solutions | 6/15/2009 | 2032 | 6/15/2009 | 442 | $664.00 | 120+ |
| Williams Montgomery & John Ltd. | 6/15/2009 | 155576 | 6/15/2009 | 442 | $2,749.36 | 120+ |
| Westwood Square, P/S/P | 6/20/2009 | | 6/20/2009 | 437 | $250.00 | 120+ |
| Hamilton Partners | 6/20/2009 | | 6/20/2009 | 437 | $14,769.94 | 120+ |
| Avaya, Inc. | 6/26/2009 | 2728939461 | 6/26/2009 | 431 | $761.49 | 120+ |
| Wells Fargo Financial Leasing | 6/30/2009 | 6745121525 | 7/15/2009 | 427 | $298.03 | 120+ |
| Anda | 7/1/2009 | 774707 | 7/1/2009 | 426 | ($48.43) | 120+ |
| Anda | 7/1/2009 | 775310 | 7/1/2009 | 426 | ($47.54) | 120+ |
| Anda | 7/2/2009 | 780875 | 7/2/2009 | 425 | ($30.00) | 120+ |
| Hamilton Partners | 7/2/2009 090702-10786 | | 7/2/2009 | 425 | $2,080.33 | 120+ |
| Young Williams P.A. | 7/7/2009 49592 Pre | | 9/5/2009 | 420 | $1,011.50 | 120+ |
| ComEd- Commonwealth Edison | 7/8/2009 6/8-7/8/09 | | 8/7/2009 | 419 | $479.16 | 120+ |
| Broward County Revenue Collector | 7/14/2009 Local Business Tax Rene | | 7/14/2009 | 413 | $45.00 | 120+ |
| North Shore Gas | 7/16/2009 6/12-7/14/09 | | 7/31/2009 | 411 | $69.30 | 120+ |
| Toyota Financial Services | 7/17/2009 | 4000250558 | 8/9/2009 | 410 | $207.09 | 120+ |
| Hamilton Partners | 7/17/2009 090717-10786 | | 7/17/2009 | 410 | $633.01 | 120+ |
| Westwood Square, P/S/P | 7/20/2009 | | 7/20/2009 | 407 | $250.00 | 120+ |
| Hamilton Partners | 7/20/2009 | | 7/20/2009 | 407 | $14,769.94 | 120+ |
| Banc Of America Leasing | 7/21/2009 | 11093620 | 8/15/2009 | 406 | $326.50 | 120+ |
| Avaya, Inc. | 7/26/2009 | 2729047343 | 7/26/2009 | 401 | $761.48 | 120+ |
| North Shore Gas | 7/30/2009 6/9-7/14/09 | | 8/14/2009 | 397 | $69.26 | 120+ |
| - No Vendor - | 7/31/2009 | 854 | 7/31/2009 | 396 | ($7,782.84) | 120+ |
| Wells Fargo Financial Leasing | 7/31/2009 | 6745159529 | 8/15/2009 | 396 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 8/1/2009 | 82761 | 8/31/2009 | 395 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 8/6/2009 7/8-8/6/09 | | 9/5/2009 | 390 | $1,135.03 | 120+ |
| North Shore Gas | 8/13/2009 7/14-8/12/09 | | 8/28/2009 | 383 | $140.69 | 120+ |
| Westwood Square, P/S/P | 8/20/2009 | | 8/20/2009 | 376 | $250.00 | 120+ |
| Hamilton Partners | 8/20/2009 | | 8/20/2009 | 376 | $14,769.94 | 120+ |
| Banc Of America Leasing | 8/21/2009 | 11138583 | 9/15/2009 | 375 | $291.50 | 120+ |
| Young Williams P.A. | 8/24/2009 49592 Post - 1 | | 10/23/2009 | 372 | $74.75 | 120+ |
| Avaya, Inc. | 8/26/2009 | 2729164647 | 8/26/2009 | 370 | $761.48 | 120+ |
| Quill | 8/28/2009 | 8951299 | 9/27/2009 | 368 | $110.85 | 120+ |
| Wells Fargo Financial Leasing | 8/31/2009 | 6745198232 | 9/15/2009 | 365 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 9/1/2009 | 92762 | 10/1/2009 | 364 | $500.32 | 120+ |
| CT Corporation | 9/1/2009 2004471657-00 | | 9/1/2009 | 364 | $1,620.00 | 120+ |
| Quill | 9/3/2009 | 9080458 | 10/3/2009 | 362 | $72.79 | 120+ |
| ComEd- Commonwealth Edison | 9/4/2009 8/6-9/4/09 | | 10/4/2009 | 361 | $1,608.16 | 120+ |
| North Shore Gas | 9/16/2009 8/12-9/14/09 | | 10/1/2009 | 349 | $70.44 | 120+ |
| Westwood Square, P/S/P | 9/20/2009 | | 9/20/2009 | 345 | $250.00 | 120+ |
| Banc Of America Leasing | 9/20/2009 | | 10/15/2009 | 345 | $291.50 | 120+ |
| Hamilton Partners | 9/20/2009 | | 9/20/2009 | 345 | $14,769.94 | 120+ |
| Avaya, Inc. | 9/26/2009 | 2729265177 | 9/26/2009 | 339 | $761.48 | 120+ |
| Moore Wallace An RR Donnelley C | 9/29/2009 | 873050230 | 10/29/2009 | 336 | $134.50 | 120+ |
| Moore Wallace An RR Donnelley C | 9/29/2009 | 169997267 | 10/29/2009 | 336 | $1,313.09 | 120+ |
| Wells Fargo Financial Leasing | 9/30/2009 | 6745237646 | 10/15/2009 | 335 | $298.03 | 120+ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Avaya, Inc. | 10/1/2009 | 2729282145 | 10/1/2009 | 334 | $264.42 | 120+ |
| Aetna Maintenance, Inc. | 10/1/2009 | 105711 | 10/31/2009 | 334 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 10/6/2009 9/4-10/6/09 | | 11/5/2009 | 329 | $2,051.14 | 120+ |
| North Shore Gas | 10/14/2009 9/14-10/14/09 | | 10/29/2009 | 321 | $287.75 | 120+ |
| Sun Microsystems Global Financial | 10/15/2009 591219022 1911 | | 10/15/2009 | 320 | ($1,579.44) | 120+ |
| Westwood Square, P/S/P | 10/20/2009 | | 10/20/2009 | 315 | $250.00 | 120+ |
| Machost Road LLC | 10/20/2009 | | 10/20/2009 | 315 | $1,600.00 | 120+ |
| Hamilton Partners | 10/20/2009 | | 10/20/2009 | 315 | $14,769.94 | 120+ |
| Banc Of America Leasing | 10/21/2009 | 11226721 | 11/15/2009 | 314 | $291.50 | 120+ |
| Wells Fargo Financial Leasing | 10/30/2009 | 6745277684 | 11/14/2009 | 305 | $298.03 | 120+ |
| City of Zachary | 11/6/2009 02-00760402 | | 11/26/2009 | 298 | $9.81 | 120+ |
| Banc Of America Leasing | 12/21/2009 | 11311429 | 1/15/2010 | 253 | $343.00 | 120+ |
| Securian Retirement Services | 1/1/2010 01012010/03312010 | | 1/1/2010 | 242 | $571.00 | 120+ |

$92,264.92

CASE NAME: _Prevalence Health_   CASE NUMBER: _09-02016-ee_

**SUPPORTING SCHEDULES**

For Period _8/1_ to _8/31_ , 20 _10_

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | _Attached_ | | |
| | | | _See_ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM 2-E
Page 2 of 3
1/08

8/24/2010

Prevalence Health, LLC
Accounts Receivable Summary
July 31, 2010

| Receivable from: | Current | 31-60 | 61-90 | 91 - 120 | 120+ | Total |
|---|---|---|---|---|---|---|
| Insurance (Medicaid) | $    - | $    - | $    - | $    - | $ 283,292 | $ 283,292 |
| Patients (Co-Pay) | - | - | - | - | 207,279 | 207,279 |
| Total Accounts Rec | $    - | $    - | $    - | $    - | $ 490,571 | $ 490,571 |
| | | | | | | |
| Estimated Reserve | | | | | 348,925 | 348,925 |
| Insurance | 0.25% | 0.25% | 2.0% | 5.0% | 50.0% | |
| Patients | 25.0% | 50.0% | 100.0% | 100.0% | 100.0% | |
| | | | | | | |
| AR per ScriptMed | $ 490,571 | | | | | |
| Deposits in NetSuite not Scriptmed | | | | | | |
| Not in Amount Due SafeMeds | | | | | | |
| Difference in MS Medicaid | | | | | | |
| Rec Vs Posted | | | | | | |
| | | | | | | |
| Adjusted AR per ScriptMed | 490,571 | | | | | |
| | | | | | | |
| AR per GL | 490,571 | | | | | |
| | | | | | | |
| Difference | - | | | | | |

Prepared by:_____

Reviewed by:_____

Y:\2010 Reconciliations\2010 AR Aging Analysis.xls

**Prevalence Health**
AR Aging - 7/31/2010

| Plan | Total | Current | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|---|---|
| Aetna Part D- LA | 36.00 | | | | | 36.00 |
| Ameri Group- FL | 261.00 | | | | | 261.00 |
| American Prog Part D- FL | 1,200.00 | | | | | 1,200.00 |
| Community Care Part D- FL | 2,112.00 | | | | | 2,112.00 |
| Community Care Part D- LA | 2,562.00 | | | | | 2,562.00 |
| Coventry Part D- LA | 113.00 | | | | | 113.00 |
| Florida Medicaid | 21,082.00 | | | | | 21,082.00 |
| Florida Medicaid DME | 48,959.00 | | | | | 48,959.00 |
| Healthspring Part D- LA | 1,974.00 | | | | | 1,974.00 |
| Humana Part D- FL | 3,945.00 | | | | | 3,945.00 |
| Humana Part D- LA | 579.00 | | | | | 579.00 |
| Illinois Medicaid | 9,999.00 | | | | | 9,999.00 |
| Indiana Medicaid | 927.00 | | | | | 927.00 |
| Louisiana Medicaid | 47,498.00 | | | | | 47,498.00 |
| MS Blue Cross LA/MS | 588.00 | | | | | 588.00 |
| Medco Part D- FL | 20.00 | | | | | 20.00 |
| Medco Part D- LA | 1,800.00 | | | | | 1,800.00 |
| Member Health Part D- FL | 1,843.00 | | | | | 1,843.00 |
| Member Health Part D- LA | 3,011.00 | | | | | 3,011.00 |
| Marquette National Part D- FL | 706.00 | | | | | 706.00 |
| Marquette National Part D- LA | 256.00 | | | | | 256.00 |
| Mississippi Medicaid | 16,055.00 | | | | | 16,055.00 |
| Mississippi Med Supplies | 66,470.00 | | | | | 66,470.00 |
| NDC Part D- LA | 31.00 | | | | | 31.00 |
| Omnisys Medicare- IL | 31,562.00 | | | | | 31,562.00 |
| Pacificare Part D-FL | 2,501.00 | | | | | 2,501.00 |
| Pacificare Part D- LA | 1,604.00 | | | | | 1,604.00 |
| Pacificare Wrap Part D- LA | 577.00 | | | | | 577.00 |
| Amerigroup PCS- FL | 1,306.00 | | | | | 1,306.00 |
| POS Temp Payment Part D- LA | 74.00 | | | | | 74.00 |
| RX America Part D- LA | 257.00 | | | | | 257.00 |
| Silverscript Part D- LA | 1,004.00 | | | | | 1,004.00 |
| Tennessee Medicaid | 1,519.00 | | | | | 1,519.00 |
| United Healthcare- FL | 156.00 | | | | | 156.00 |
| Unicare Part D- FL | 4,548.00 | | | | | 4,548.00 |
| Unicare Part D- LA | 136.00 | | | | | 136.00 |
| Wellcare Healthease | 2,125.00 | | | | | 2,125.00 |
| Wellcare Part D- FL | 3,355.00 | | | | | 3,355.00 |
| Wellcare Part D- LA | 541.00 | | | | | 541.00 |
| **Total** | **283,292.00** | - | - | - | - | **283,292.00** |

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period ___8/1___ to ___8/31___, 20 _10_

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Property (Fire, Theft) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| D+O | Darwin National | 3,000,000 | 3/1/11 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME: _____    CASE NUMBER: _____

## NARRATIVE STATEMENT

For Period _____ to _____, 20_____

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FORM 2-F
1/08

**Prevalence Health, LLC**
# Reconciliation Summary - 1001 Regions
## As of 9/16/2010

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 32,727.68 |
| Cleared Checks and Payments | (93,981.62) |
| Total - Reconciled | (61,253.94) |
| Last Reconciled Statement Balance - 7/31/2010 | 438,360.04 |
| Current Reconciled Balance | 377,106.10 |
| Reconcile Statement Balance - 9/16/2010 | 377,106.10 |
| Difference | 0.00 |
| **Unreconciled** | |
| Uncleared | |
| Deposits and Other Credits | 8,247.67 |
| Checks and Payments | (15,643.21) |
| Total - Uncleared | (7,395.54) |
| Cleared | |
| Deposits and Other Credits | 1,577.64 |
| Total - Cleared | 1,577.64 |
| Total as of 9/16/2010 | 371,288.20 |

# Prevalence Health, LLC
# Reconciliation Detail - 1001 Regions
## As of 9/16/2010

| ID | Date | No. | Balance |
|---|---|---|---|
| **Reconciled** | | | |
| **Cleared Deposits and Other Credits** | | | |
| Deposit | 8/2/2010 | | 1,633.53 |
| Deposit | 8/2/2010 | | 14.30 |
| Deposit | 8/2/2010 | | 25.00 |
| Deposit | 8/4/2010 | | 2,221.45 |
| Deposit | 8/4/2010 | | 24.00 |
| Deposit | 8/5/2010 | | 1,742.34 |
| Deposit | 8/6/2010 | | 74.94 |
| Deposit | 8/6/2010 | | 236.82 |
| Deposit | 8/9/2010 | | 103.84 |
| Deposit | 8/9/2010 | | 22.75 |
| Deposit | 8/10/2010 | | 9,872.98 |
| Deposit | 8/11/2010 | | 131.58 |
| Deposit | 8/11/2010 | | 50.00 |
| Deposit | 8/12/2010 | | 29.04 |
| Deposit | 8/12/2010 | | 1,010.07 |
| Deposit | 8/13/2010 | | 87.00 |
| Deposit | 8/16/2010 | | 25.00 |
| Deposit | 8/18/2010 | | 115.00 |
| Deposit | 8/18/2010 | | 3.88 |
| Deposit | 8/19/2010 | | 4.00 |
| Deposit | 8/19/2010 | | 4,725.29 |
| Deposit | 8/20/2010 | | 28.54 |
| Deposit | 8/23/2010 | | 392.73 |
| Deposit | 8/23/2010 | | 76.04 |
| Deposit | 8/24/2010 | | 3,029.88 |
| Journal | 8/24/2010 | 952 | 5,761.73 |
| Deposit | 8/25/2010 | | 125.00 |
| Deposit | 8/26/2010 | | 1.20 |
| Deposit | 8/26/2010 | | 1,144.31 |
| Deposit | 8/27/2010 | | 5.54 |
| Deposit | 8/30/2010 | | 9.90 |
| **Total - Cleared Deposits and Other Credits** | | | **32,727.68** |
| **Cleared Checks and Payments** | | | |
| Bill Payment | 7/29/2010 | 61439 | (6,500.00) |
| Check | 8/2/2010 | | (211.28) |
| Check | 8/3/2010 | | (200.00) |
| Check | 8/9/2010 | | (314.12) |
| Bill Payment | 8/10/2010 | 61436 | (46,934.63) |
| Check | 8/12/2010 | | (200.00) |
| Check | 8/13/2010 | | (28,202.38) |
| Check | 8/24/2010 | | (200.00) |
| Bill Payment | 8/24/2010 | 61437 | (5,761.73) |
| Check | 8/25/2010 | | (5,457.48) |
| **Total - Cleared Checks and Payments** | | | **(93,981.62)** |
| **Total - Reconciled** | | | **(61,253.94)** |
| Last Reconciled Statement Balance - 7/31/2010 | | | 438,360.04 |

Reconciliation Detail - 1001 Regions

| ID | Date | No. | Balance |
|---|---|---|---|
| Current Reconciled Balance | | | 377,106.10 |
| Reconcile Statement Balance - 9/16/2010 | | | 377,106.10 |
| Difference | | | 0.00 |
| **Unreconciled** | | | |
| **Uncleared** | | | |
| **Deposits and Other Credits** | | | |
| Deposit | 9/1/2010 | | 212.51 |
| Deposit | 9/1/2010 | | 3.94 |
| Deposit | 9/2/2010 | | 9.40 |
| Deposit | 9/2/2010 | | 40.00 |
| Deposit | 9/2/2010 | | 3,070.84 |
| Deposit | 9/7/2010 | | 356.71 |
| Deposit | 9/8/2010 | | 24.83 |
| Deposit | 9/9/2010 | | 738.17 |
| Deposit | 9/9/2010 | | 50.40 |
| Deposit | 9/15/2010 | | 3.88 |
| Deposit | 9/16/2010 | | 3,736.99 |
| Total - Deposits and Other Credits | | | 8,247.67 |
| **Checks and Payments** | | | |
| Bill Payment | 12/29/2008 | 60354 | (500.00) |
| Bill Payment | 1/5/2009 | 60429 | (564.00) |
| Bill Payment | 3/4/2009 | 60694 | (658.40) |
| Bill Payment | 3/9/2009 | 60704 | (309.37) |
| Bill Payment | 4/7/2009 | 60814 | (300.00) |
| Bill Payment | 5/26/2009 | 61018 | (54.00) |
| Bill Payment | 6/5/2009 | 61061 | (18.90) |
| Bill Payment | 6/9/2009 | 61063 | (770.00) |
| Bill Payment | 11/23/2009 | 61424 | (1,579.44) |
| Bill Payment | 11/23/2009 | 61423 | (25.00) |
| Journal | 5/31/2010 | 949 | (100.00) |
| Bill Payment | 8/24/2010 | 61438 | (5,761.73) |
| Check | 9/2/2010 | 9_2_10 | (94.53) |
| Check | 9/7/2010 | 9_7_2010 | (4,622.65) |
| Check | 9/9/2010 | 9_9_10 | (285.19) |
| Total - Checks and Payments | | | (15,643.21) |
| Total - Uncleared | | | (7,395.54) |
| **Cleared** | | | |
| **Deposits and Other Credits** | | | |
| Journal | 12/31/2007 | | 1,577.64 |
| Total - Deposits and Other Credits | | | 1,577.64 |
| Total - Cleared | | | 1,577.64 |
| Total as of 9/16/2010 | | | 371,288.20 |



**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



րովիկովիսիովիովիուրդումիավիովիովիուկիսիկ
00035041 01 AV  0.335 001
PREVALENCE HEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2646

|  | |
|---|---|
| ACCOUNT # | 9001277993 |
| | 001 |
| Cycle | 27 |
| Enclosures | 2 |
| Page | 1  of 3 |

## COMMERCIAL ANALYZED CHECKING
July 31, 2010 through August 31, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $438,360.04 | Minimum Balance | $373,102 |
| Deposits & Credits | $26,965.96 + | | |
| Withdrawals | $34,471.14 − | | |
| Fees | $314.12 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $53,434.63 − | | |
| Ending Balance | $377,106.11 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/02 | Deposit - Thank You | 1,633.53 |
| 08/02 | Merchant Service Merch Dep Health Allianc 8003547554 | 25.00 |
| 08/02 | Merchant Service Merch Dep Health Allianc 8003547554 | 14.30 |
| 08/04 | Deposit - Thank You | 2,221.45 |
| 08/04 | Merchant Service Merch Dep Health Allianc 8003547554 | 24.00 |
| 08/05 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100731 | 1,742.34 |
| 08/06 | Memberhealth Cln Payment Tedsmeds.Recel 2487146 | 236.82 |
| 08/06 | Merchant Service Merch Dep Health Allianc 8003547554 | 74.94 |
| 08/09 | Merchant Service Merch Dep Health Allianc 8003547554 | 103.84 |
| 08/09 | Merchant Service Merch Adj Health Allianc 8003547554 | 22.75 |
| 08/10 | Deposit - Thank You | 9,872.98 |
| 08/11 | EDS Corporation  Ifssa 1821009333 Pre 200810340A | 131.58 |
| 08/11 | Merchant Service Merch Dep Health Allianc 8003547554 | 50.00 |
| 08/12 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100807 | 1,010.07 |
| 08/12 | Merchant Service Merch Dep Health Allianc 8003547554 | 29.04 |
| 08/13 | Merchant Service Merch Dep Health Allianc 8003547554 | 87.00 |
| 08/16 | Merchant Service Merch Dep Health Allianc 8003547554 | 25.00 |
| 08/18 | Merchant Service Merch Dep Health Allianc 8003547554 | 115.00 |
| 08/18 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 3.88 |
| 08/19 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100814 | 4,725.29 |
| 08/19 | Merchant Service Merch Dep Health Allianc 8003547554 | 4.00 |
| 08/20 | Merchant Service Merch Dep Health Allianc 8003547554 | 28.54 |
| 08/23 | Merchant Service Merch Dep Health Allianc 8003547554 | 392.73 |
| 08/23 | Merchant Service Merch Dep Health Allianc 8003547554 | 76.04 |
| 08/24 | Regions Bank   Acct Trans MS364174656   Ccooley | 3,029.88 |
| 08/25 | Merchant Service Merch Dep Health Allianc 8003547554 | 125.00 |
| 08/26 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100821 | 1,144.31 |
| 08/26 | Merchant Service Merch Dep Health Allianc 8003547554 | 1.21 |
| 08/27 | Merchant Service Merch Dep Health Allianc 8003547554 | 5.54 |
| 08/30 | Merchant Service Merch Dep Health Allianc 8003547554 | 9.90 |

| | | |
|---|---|---|
| | Total Deposits & Credits | $26,965.96 |

Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
PO BOX 12648
JACKSON MS 39236-2648



| | | ACCOUNT # | 9001277993 |
|---|---|---|---|

| | |
|---|---|
| Cycle | 001 |
| | 27 |
| Enclosures | 2 |
| Page | 2 of 3 |

## WITHDRAWALS

| | | | |
|---|---|---|---|
| 08/02 | Merchant Service Merch Fee Health Allianc 8003547554 | | 211.28 |
| 08/03 | Pitney Bowes    Postage Debtor IN Poss 42906255 | | 200.00 |
| 08/12 | Pitney Bowes    Postage Debtor IN Poss 42906255 | | 200.00 |
| 08/13 | Regions Bank    Acct Trans MS364174656   Ccooley | | 28,202.38 |
| 08/24 | Pitney Bowes    Postage Debtor IN Poss 42906255 | | 200.00 |
| 08/25 | Regions Bank    Acct Trans MS364174656   Ccooley | | 5,457.48 |
| | | Total Withdrawals | $34,471.14 |

## FEES

| | | | |
|---|---|---|---|
| 08/09 | Analysis Charge   07-10 | | 314.12 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 08/03 | 61435 | 6,500.00 | | 08/17 | 61436 | 46,934.63 |
| | | | | | Total Checks | $53,434.63 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/02 | 439,821.59 | 08/11 | 447,288.17 | 08/20 | 377,978.98 |
| 08/03 | 433,121.59 | 08/12 | 448,127.28 | 08/23 | 378,447.75 |
| 08/04 | 435,367.04 | 08/13 | 420,011.90 | 08/24 | 381,277.63 |
| 08/05 | 437,109.38 | 08/16 | 420,036.90 | 08/25 | 375,945.15 |
| 08/06 | 437,421.14 | 08/17 | 373,102.27 | 08/26 | 377,090.67 |
| 08/09 | 437,233.61 | 08/18 | 373,221.15 | 08/27 | 377,096.21 |
| 08/10 | 447,106.59 | 08/19 | 377,950.44 | 08/30 | 377,106.11 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!

For all your banking needs, please call 1-800-REGIONS (734-4667),
or visit us on the Internet at www.regions.com

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2648

**ACCOUNT #**   9001277993

Page      3   of 3





**Check# 61435**    08/03/2010    $6500.00          **Check# 61436**    08/17/2010    $46934.63

 **REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH     LLC
PO BOX 321444
FLOWOOD MS 39232-1444

| | | |
|---|---|---|
| ACCOUNT # | | 0121078971 |
| | | 001 |
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 1 of 1 |

## BUSINESS MONEY MARKET
### July 1, 2010 through September 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $938,203.32 | | Minimum Balance | $938,681 |
| Deposits & Credits | $0.00 | + | Average Balance | $938,681 |
| Net Interest Earned | $709.70 | + | Annual Percentage Yield Earned | 0.30% |
| Withdrawals | $0.00 | − | Interest This Period | $709.70 |
| Fees | $0.00 | − | Average Collected Balance | $938,439.74 |
| Automatic Transfers | $0.00 | + | 2010 YTD Interest | $4,383.54 |
| Checks | $0.00 | − | | |
| Ending Balance | $938,913.02 | | | |

### INTEREST

| | | |
|---|---|---|
| 07/30 | Interest Payment | 231.37 |
| 08/31 | Interest Payment | 246.85 |
| 09/30 | Interest Payment | 231.48 |
| | Total Net Interest | $709.70 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/30 | 938,434.69 | 08/31 | 938,681.54 | 09/30 | 938,913.02 |

AMENDMENT TO REGIONS FUNDS AVAILABILITY
POLICY: DEPOSITS MADE BEFORE 4:00 P.M.
(OR AT OTHER TIMES AS MAY BE DISPLAYED)
ON A BUSINESS DAY THAT WE ARE OPEN WILL
BE CONSIDERED TO BE DEPOSITED ON THAT
DAY. OTHER NEW DEPOSIT AGREEMENT TERMS
ARE ALSO IN EFFECT. GO TO
REGIONS.COM/AGREEMENTS, VISIT ANY
REGIONS BRANCH OR CALL 1-800-REGIONS
FOR DETAILS OR A COPY OF TERMS.

For all your banking needs, please call 1-800-REGIONS (734-4667),
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!

 **REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH    LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
PO BOX 321444
FLOWOOD MS 39232-1444

| | |
|---|---|
| **ACCOUNT #** | **0101894579** |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## COMMERCIAL ANALYZED CHECKING
### July 31, 2010 through August 31, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $51.30 | Minimum Balance | $28 |
| Deposits & Credits | $0.00 + | | |
| Withdrawals | $0.00 - | | |
| Fees | $23.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 - | | |
| Ending Balance | $28.30 | | |

### FEES

| | | | |
|---|---|---|---|
| 08/09 | Analysis Charge | 07-10 | 23.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/09 | 28.30 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**