# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_    For Period _9/1_ to _9/30_, 20 _10_.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _12/10/10_
(date)

Debtor(s)*: _Prevalence Health, LLC_

By:** _H. H. Leffler_

Position: _Legendary Mgr_

Name of preparer: _Chris Cooley_

Telephone No. of Preparer _601-981-0070 - ext 283_

\* both debtors must sign if a joint petition

\** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 7/31/10 | 8/31/10 | 9/30/10 | | | | |
| **CURRENT ASSETS:** | | | | | | | |
| Cash.............................................. | 1,366,993 | 1,306,477 | 1,306,717 | | | | |
| Accounts Receivable, Net........... | 300,077 | 305,765 | 304,895 | | | | |
| Inventory, at lower of cost or market.... | | | | | | | |
| Prepaid expenses & deposits............ | 78,028 | 75,911 | 76,105 | | | | |
| Other _____ | | | | | | | |
| TOTAL CURRENT ASSETS............ | 1,745,098 | 1,688,463 | 1,687,717 | | | | |
| **PROPERTY, PLANT & EQUIPMENT.....** | | | | | | | |
| Less accumulated depreciation............ | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT.... | | | | | | | |
| OTHER ASSETS _Deposits_ | 55,733 | 55,733 | 55,733 | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| TOTAL OTHER ASSETS............ | | | | | | | |
| TOTAL ASSETS.................... | 1,800,832 | 1,743,716 | 1,743,450 | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

CASE NAME: Prevalence Health

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month 3/31/10 | Month 4/30/10 | Month 5/31/10 | Month 6/30/10 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash | 1,656,083 | 1,665,525 | 1,484,147 | 1,338,697 | 1,371,649 | 1,360,816 | 1,384,342 |
| Accounts Receivable, Net | 294,528 | 292,898 | 283,506 | 293,114 | 300,924 | 300,00? | 299,853 |
| Inventory, at lower of cost or market | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits | 75000 | 54930 | 78,400 | 79,800 | 90,398 | 76,636 | 77,213 |
| Other Receivable from Sale of Assets | 19,656 | 19,656 | 19,656 | 19,656 | 0 | 0 | 0 |
| TOTAL CURRENT ASSETS | 2,065,267 | 2,083,009 | 1,975,725 | 1,781,267 | 1,752,971 | 1,137,325 | 1,761,468 |
| PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| Less accumulated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER ASSETS Deposits | 56,726 | 55,733 | 55,733 | 55,733 | 55,733 | 55,733 | 55,733 |
| TOTAL OTHER ASSETS | 56,726 | 55,733 | 55,733 | 55,733 | 55,733 | 55,733 | 55,733 |
| TOTAL ASSETS | 2,121,953 | 2,138,742 | 1,931,442 | 1,837,000 | 1,808,704 | 1,193,262 | 1,817,201 |

* Accounts contains $25,026 that related to funds received Prior for payment of post-acquisition receivables into prevalence's account that is owed to Safe roads. The offset is in Accruals.

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on. All subsequent reports must then carry these assets at that value. Do not use the historical cost one month and fair market value the next.
FORM 2-F (Narrative).

FORM 2-B
Page 1 of 2
1/08

CASE NAME: Leader Health LLC

CASE NUMBER: 09-02016-ee

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 5/31/09 | Month 6/30/09 | Month 7/31/09 | Month 8/31/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 579,368 | 616,580 | 513,396 | 406,712 | 417,035 | 411,481 | 670,134 |
| Accounts Receivable, Net | 960,747 | 561,550 | 773,450 | 801,823 | 754,368 | 333,168 | 277,976 |
| Inventory, at lower of cost or market | 368,652 | 372,870 | 402,765 | 400,476 | 0 | 0 | 0 |
| Prepaid expenses & deposits | 118,110 | 151,573 | 170,837 | 139,466 | 127,958 | 82,094 | 82,448 |
| Other Receivable from Sale of Assets | | | | | 954,185 | 954,185 | 954,185 |
| **TOTAL CURRENT ASSETS** | 2,019,357 | 2,002,263 | 1,860,462 | 1,754,419 | 2,248,179 | 1,980,929 | 1,984,743 |
| PROPERTY, PLANT & EQUIPMENT | 2,386,097 | 2,386,097 | 2,356,097 | 2,346,096 | 0 | 0 | 0 |
| Less accumulated depreciation | (2,244,328) | (2,253,063) | (2,253,083) | (2,261,584) | (2,264,744) | | |
| NET PROPERTY, PLANT & EQUIPMENT | 141,768 | 133,034 | 124,513 | 110,352 | 56,726 | 56,726 | 56,726 |
| **OTHER ASSETS:** Deposits | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL OTHER ASSETS** | 48,192 | 54,193 | 56,762 | 56,762 | 56,726 | 56,726 | 56,726 |
| **TOTAL ASSETS** | 2,209,317 | 2,189,560 | 2,041,737 | 1,921,533 | 2,305,905 | 2,037,655 | 2,041,469 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on the next. All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

FORM 2-F (Narrative).

\* Adjustments from May 31 to June 9 are not available

@ Certain Assets of prevalence were sold effective 6/30/09. This amount represents the monies due the seller from the buyer at closing on 6/6/05

FORM 2-B
Page 1 of 2
1/08

CASE NAME: _Presilence Health_

CASE NUMBER: _05-02016-ee_

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 7/31/10 | Month 8/31/10 | Month 9/31/10 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)......... | -0- | -0- | -0- | | | | |
| Accounts payable (Form 2-E, pg.1 of 3)....... | 9 27 65 | 92765 | 92265 | | | | |
| Other:_____ | 20904 | 16919 | 16919 | | | | |
| TOTAL POST-PETITION LIABILITIES........... | 113229 | 109184 | 109184 | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable – secured....... | | | | | | | |
| Priority debt.......... | | | | | | | |
| Unsecured debt........ | 5601623 | 5601622 | 5601622 | | | | |
| Other:_____ | | | | | | | |
| **TOTAL LIABILITIES......** | | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK....... | 5994125 | 5994125 | 5994125 | | | | |
| COMMON STOCK........ | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date......... | (9635427) | (9635427) | (9635427) | | | | |
| Post filing date....... | (277718) | (325,726) | (326,054) | | | | |
| TOTAL EQUITY (NET WORTH)....... | (3914 020) | (3967 020) | (3961356) | | | | |
| TOTAL LIABILITIES & EQUITY....... | 1800 832 | 1743776 | 1743450 | | | | |

FORM 2-B
Page 2 of 2
1/08

COMPARATIVE BALANCE SHEET

CASE NAME: Precedence Health
CASE NUMBER: 09-02016-ee

| LIABILITIES: | Filing Date 12/31/09 | Month 1/31/10 | Month 2/28/10 | Month 3/31/10 | Month 4/30/10 | Month 5/31/10 | Month 6/30/10 |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | 92,775 | 98,140 | 98,765 | 98,764 | 97,765 | 97,765 | 97,765 |
| Accounts payable (Form 2-E, pg.1 of 3) | 206,887 | 231,038 | 112,356 | 46,043 | 44,945 | 29,099 | 44,200 |
| Other: Misc Accruals | 299,662 | 329,179 | 211,151 | 144,807 | 136,410 | 121,364 | 136,465 |
| TOTAL POST-PETITION LIABILITIES: | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable - secured | | | | | | | |
| Priority debt | 5,594,513 | 5,595,647 | 5,595,021 | 5,595,022 | 5,557,509 | 5,602,522 | 5,602,523 |
| Unsecured debt | | | | | | | |
| Other | | | | | | | |
| TOTAL LIABILITIES | 5,894,175 | 5,924,925 | 5,806,172 | 5,739,829 | 5,731,425 | 5,723,886 | 5,738,988 |
| EQUITY (DEFICIT) | 5,994,125 (4635427) | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date | (130,880) | (144,781) | (235,408) | (261,527) | (251,423) | (289,322) | (280,485) |
| Post filing date | (3,772,182) | (3,786,093) | (3,874,732) | (3,902,829) | (3,922,725) | (3,930,074) | (3,921,787) |
| TOTAL EQUITY (NET WORTH) | | | | | | | |
| TOTAL LIABILITIES & EQUITY | 2,121,993 | 2,138,742 | 1,931,442 | 1,837,000 | 1,808,704 | 1,793,262 | 1,817,221 |

FORM 2-B
Page 2 of 2
1/08

CASE NAME: _Prealance Health LLC_

CASE NUMBER: _09-02016-ee_

COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 5/31/08 | Month 6/30/08 | Month 7/31/08 | Month 8/31/08 | Month 9/30/08 | Month 10/31/08 | Month 10/30/05 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-B, pg.1 of 3) | | 94,609 | 90,953 | 106,112 | 82,611 | 109,293 | 93,036 |
| Accounts payable (Form 2-B, pg.1 of 3) | | 135,961 | 105,736 | 97,255 | 240,575 | 19,119 | 75,736 |
| Other: _Accrued payroll vacation Acc. Holidays_ | | 230,070 | 196,689 | 205,367 | 313,216 | 128,412 | 168,772 |
| TOTAL POST-PETITION LIABILITIES: | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured | | | | | | | |
| Priority debt | 5,359,600 | 5,732,291 | 5,130,560 | 5,657,643 | 5,612,735 | 5,585,453 | 5,591,420 |
| Unsecured debt | | | | | | | |
| Other: | | | | | | | |
| TOTAL LIABILITIES | 5,850,600 | 5,807,361 | 5,927,289 | 5,863,010 | 5,885,451 | 5,717,865 | 5,766,192 |
| **EQUITY (DEFICIT)** | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 | 5,994,125 |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filing date | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) | (9,635,427) |
| Post filing date | (187,499) | (2,441,965) | (2,294,211) | 935,613 | (38,249) | (338,906) | (85,421) |
| TOTAL EQUITY (NET WORTH) | (3,641,302) | (5,772,801) | (3,285,468) | 726,674 | (3,467,020) | (3,687,020) | (37,247,723) |
| TOTAL LIABILITIES & EQUITY | 2,208,258 | 2,139,560 | 2,041,721 | 1,927,497 | 2,305,905 | 2,307,655 | 2,041,464 |

\* _Adjustments from May 31 to June 9 are not available_

FORM 2-B
Page 2 of 2
1/08

CASE NAME: Providence Health

CASE NUMBER: 09-02016-ee

## PROFIT AND LOSS STATEMENT

| | Month 04/10-6/26/10 | Month 7/26-7/30/10 | Month 8/1/10-8/31/10 | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | 0 | 0 | 0 | 0 | | |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | | | | | | |
| Labor – Direct | | | | | | |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | | |
| TOTAL COST OF GOODS SOLD | 0 | 0 | 0 | 0 | | |
| GROSS PROFIT | | | | | | |
| **OPERATING EXPENSES:** | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | <8,454> | <7,536> | 53,010 | 326 | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | <8,454> | <7,536> | 53,010 | 326 | | |
| INTEREST EXPENSE | <3,837> | <731> | 0 | 0 | | |
| INCOME BEFORE DEPRECIATION OR TAXES | 8,837 | 7,767 | <53,010> | <326> | | |
| DEPRECIATION OR AMORTIZATION | | | | | | |
| EXTRAORDINARY EXPENSES * | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME (LOSS) | 8,837 | 7,767 | <53,010> | <326> | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/08

PROFIT AND LOSS STATEMENT

CASE NAME: Prevalence Health
CASE NUMBER: 09-02016-ee

FORM 2-C
1/08

| | Month 12/1/09-12/31/09 | Month 1/1/10-1/31/10 | Month 2/1/10-2/28/10 | Month 3/1/10-3/31/10 | Month 4/1/10-4/30/10 | Month 5/1/10-5/31/10 |
|---|---|---|---|---|---|---|
| NET REVENUE | 0 | 0 | 0 | 0 | 0 | 0 |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | 33760 | 0 | 0 | 0 | 0 | 0 |
| Labor – Direct | | | | | | |
| Manufacturing Overhead | 33760 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COST OF GOODS SOLD | (33760) | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | | | | | | |
| **OPERATING EXPENSES:** | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | 13,150 | 13,901 | 8,647 | 28,649 | 529 | 6529 |
| Other | 549 | 0 | 0 | 0 | (365) | (360) |
| TOTAL OPERATING EXPENSES | 13,150 | 13,901 | 8,647 | 28,059 | 625 | 8259 |
| INTEREST EXPENSE | (47,459) | (13,901) | (86,647) | (28,099) | (740) | (7899) |
| INCOME BEFORE DEPRECIATION OR TAXES | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION OR AMORTIZATION | 0 | 0 | 0 | 0 | 0 | |
| EXTRAORDINARY EXPENSES * Gain/Sale of Assets | 0 | 0 | 0 | 0 | (19,656) | |
| INCOME TAX EXPENSE (BENEFIT) | (47,459) | (13,901) | (88,647) | (28,059) | (19,896) | (7899) |
| NET INCOME (LOSS) | (47,459) | (13,901) | (88,647) | (28,059) | (19,896) | (7899) |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: Providence Realty LLC

CASE NUMBER: 09-02016-ee

## PROFIT AND LOSS STATEMENT

| | Month * 6/1/09-6/30/09 | Month 7/1/09-7/31/09 | Month 8/1/09-8/31/09 | Month 9/1/09-9/30/09 | Month 10/1/09-10/31/09 | Month 11/1/09-11/30/09 |
|---|---|---|---|---|---|---|
| NET REVENUE | 1,224,205 | 1,136,933 | 1,051,684 | 880,153 | 49,570 | 0 |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | 1,028,341 | 948,313 | 880,562 | 816,815 | 31,379 | (1,225) |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | 1,028,341 | 948,313 | 880,562 | 816,815 (604,335) | 31,379 | (1,225) |
| GROSS PROFIT | 205,864 | 188,560 | 171,122 | (18,191) | 18,191 | 1,225 |
| **OPERATING EXPENSES:** | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (taxes, utilities, salaries, etc.) | 328,596 | 291,324 | 211,439 | 205,451 | 46,513 | 45,536 |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | | 1491 | 1,488 | 615 | 787 | 202 |
| INTEREST EXPENSE | (122,7347) | (104,255) | (41,805) | (136,928) | (25,609) | (44,513) |
| INCOME BEFORE DEPRECIATION OR TAXES | 8765 | 8412 | 8240 | 7455 | 0 | 0 |
| DEPRECIATION OR AMORTIZATION | 0 | | | 400,650 | 27,945 | |
| INCOME TAX EXPENSE (BENEFIT) | 0 | | | | | |
| NET INCOME (LOSS) | (131,499) | (112,667) | (50,045) | 255,967 | (664) | (444,513) |

FORM 2-C
1/08

*Requires explanation in NARRATIVE (Form 2-F)

* Adjustments from May 31 to June 30 are not available

① Effective 9/30/09, Company sold the majority of its assets. Amount of

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period ___9/1___ to ___9/30___, 20_10_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                          $ _1,306,477_

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)

3. Cash Disbursements (total Cash Disbursements     $ _1332 |_
   from page 3 of all FORM 2-D's)                   $( _1308 |_   )

4. Net Cash Flow                                    $ _240_

5. Ending Cash Balance (to FORM 2-B)                $ _1306 717_

### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. ~~Trust Account~~ DIP | $ 5 | Regions |
| 3. Operating and/or Personal Account | $ 368 272 | Regions |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) Sales Proceeds | $ 938 440 | Regions |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| TOTAL (must agree with line 5 above) | $ 1306 717 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less                    *·
inter-account transfers & UST fees paid   $_____

\* NOTE:  This amount should be used to
   determine UST quarterly fees due and agree
   with Form 2-D, page 2 of 4.

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## QUARTERLY FEE SUMMARY

MONTH ENDED _4/30/10  5/31/10_

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $ 763,379 | | | |
| March | $ 601,386 | | | |
| Total 1st Quarter | $ 1,864,702 | $ 6,500 | 61434 | 4/26/10 |
| | | | | |
| April | $ 436,370 | | | |
| May | $ 567,203 | | | |
| June | $ 398,040 | | | |
| Total 2nd Quarter | $ 1,401,613 | $ 6,500 | 61435 | 7/29/10 |
| | | | | |
| July | $ 149,406 | | | |
| August | $ 87,482 | | | |
| September | $ 13,035 | | | |
| Total 3rd Quarter | $ 249,923 | $ 1,950 | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: *Prevalence Health*      CASE NUMBER: *09-02016-ee*

## QUARTERLY FEE SUMMARY

MONTH ENDED _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ _____ | | | |
| February | $ _____ | | | |
| March | $ _____ | | | |
| Total 1st Quarter | $ _____ | $ _____ | _____ | _____ |
| April | $ _____ | | | |
| May | $ _____ | | | |
| June | $ 825,337 | | | |
| Total 2nd Quarter | $ 825,337 | $ 4,875 * | 61179 | 7/20/09 |
| July | $ 1,309,312 | | | |
| August | $ 1,070,434 | | | |
| September | $ 920,721 | | | |
| Total 3rd Quarter | $ 3,300,467 | $ 10,400 ⊛ | 61390 | 10/16/09 |
| October | $ 488,995 | | | |
| November | $ 472,141 | | | |
| December | $ 606,081 | | | |
| Total 4th Quarter | $ 1,567,217 | $ 6,500 | 61430 | 3/8/10 |

*Notes handwritten at right:*
\* Actually Paid 6,500

\* Actually paid $8,775 to Make up for overpay in 2nd Qtr.

### DISBURSEMENT CATEGORY    QUARTERLY FEE DUE

| Disbursement Category | Quarterly Fee Due |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: _Prevalence · Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __9/1__ to __9/30__, 20_10_

Account Name: _Prevalence Health DIP_    Account Number: _010 189 4579_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts    $ _0_

FORM 2-D
Page 3 of 4
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _9/1_ to _9/30_, 20 _10_

Account Name: _Prevalence Health DIP_   Account Number: _0101894579_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | Bank Fees              | $46    |

Total Cash Disbursements   $ _46_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _9/1_ to _9/30_, 20 _10_

Account Name: _Prevalence_    Account Number: _012 078971_
_Health Asset sale min_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|  | Interest | 5.00 |

~~See Attached~~

Total Cash Receipts    $ _5.00_

FORM 2-D
Page 3 of 4
1/08

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _9/1_ to _9/30_, 20 _10_

Account Name: _Prevalence Health_ Account Number: _012107897/_
_Asset Sale MM_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements    $ _0_

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _9/1_ to _9/30_ , 20_10_

Account Name: _Prevalence Health_ Account Number: _9001277993_

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

See Attached

Total Cash Receipts   $ _____

FORM 2-D
Page 3 of 4
1/08

## Prevalence Health LLC

*Cash Deposits*

| Type | Date | Description / Source | Amount |
|------|------|---------------------|--------|
| Deposit | 9/1/2010 | Insurance Reimbursement | $212.51 |
| Deposit | 9/1/2010 | Co-Pay | $3.94 |
| Deposit | 9/2/2010 | Insurance Reimbursement | $3,070.84 |
| Deposit | 9/2/2010 | Co-Pay | $9.40 |
| Deposit | 9/2/2010 | Co-Pay | $40.00 |
| Deposit | 9/7/2010 | Co-Pay | $356.71 |
| Deposit | 9/8/2010 | Insurance Reimbursement | $24.83 |
| Deposit | 9/9/2010 | Insurance Reimbursement | $738.17 |
| Deposit | 9/9/2010 | Co-Pay | $50.40 |
| Deposit | 9/15/2010 | Insurance Reimbursement | $3.88 |
| Deposit | 9/16/2010 | Insurance Reimbursement | $3,736.99 |
| Deposit | 9/20/2010 | Co-Pay | $357.50 |
| Deposit | 9/20/2010 | Co-Pay | $57.04 |
| Deposit | 9/22/2010 | Insurance Reimbursement | $9.69 |
| Deposit | 9/23/2010 | Insurance Reimbursement | $2,498.11 |
| Deposit | 9/28/2010 | Co-Pay | $6.60 |
| Deposit | 9/30/2010 | Insurance Reimbursement | $2,139.52 |
| | | | $13,316.13 |

CASE NAME: _Prevalence Health_

CASE NUMBER: _09-02016-ee_

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _7/1_ to _9/30_, 20 _10_

Account Name: _Prevalence Health_   Account Number: _900127799.3_

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

See Attached

Total Cash Disbursements   $ _____

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

**Prevalence Health LLC**
*Cash ~~Deposits~~ Disbursements*

| Date | Num | Name | Reason | Amount |
|------|-----|------|--------|--------|
| 9/2/2010 | 9_2_10 | Regions Bank | Bank Fees | ($94.53) |
| 9/7/2010 | 9_7_2010 | SafeMeds Solutions | AR Reimbursement | ($4,622.65) |
| 9/9/2010 | 9_9_10 | Regions Bank | Bank Fees | ($285.19) |
| 9/20/2010 | 9_20_10 | Pitney Bowes-INTERNAL USE ONLY | SafeMeds Reimb | ($200.00) |
| 9/27/2010 | 9_27_10 | SafeMeds Solutions | AR Reimbursement | ($7,833.32) |
| | | | | ($13,035.69) |

CASE NAME: *Prevalence Health*    CASE NUMBER: *09-02016-ee*

## SUPPORTING SCHEDULES

For Period *9/1* to *9/30*, 20*10*

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

*See Attached*

FORM 2-E
Page 1 of 3
1/08

**Prevalence Health, LLC**
**Post Petition Accounts Payable**
**September 30, 2010**

| Vendor | Date | No. | Due Date | Age | Open Balance | Memo |
|--------|------|-----|----------|-----|--------------|------|
| Advocate Solutions | 6/15/2009 | 2032 | 6/15/2009 | 442 | $664.00 | 120+ |
| Williams Montgomery & John Ltd. | 6/15/2009 | 155576 | 6/15/2009 | 442 | $2,749.36 | 120+ |
| Westwood Square, P/S/P | 6/20/2009 | | 6/20/2009 | 437 | $250.00 | 120+ |
| Hamilton Partners | 6/20/2009 | | 6/20/2009 | 437 | $14,769.94 | 120+ |
| Avaya, Inc. | 6/26/2009 | 2728939461 | 6/26/2009 | 431 | $761.49 | 120+ |
| Wells Fargo Financial Leasing | 6/30/2009 | 6745121525 | 7/15/2009 | 427 | $298.03 | 120+ |
| Anda | 7/1/2009 | 774707 | 7/1/2009 | 426 | ($48.43) | 120+ |
| Anda | 7/1/2009 | 775310 | 7/1/2009 | 426 | ($47.54) | 120+ |
| Anda | 7/2/2009 | 780875 | 7/2/2009 | 425 | ($30.00) | 120+ |
| Hamilton Partners | 7/2/2009 090702-10786 | | 7/2/2009 | 425 | $2,080.33 | 120+ |
| Young Williams P.A. | 7/7/2009 49592 Pre | | 9/5/2009 | 420 | $1,011.50 | 120+ |
| ComEd- Commonwealth Edison | 7/8/2009 6/8-7/8/09 | | 8/7/2009 | 419 | $479.16 | 120+ |
| Broward County Revenue Collector | 7/14/2009 Local Business Tax Rene | | 7/14/2009 | 413 | $45.00 | 120+ |
| North Shore Gas | 7/16/2009 6/12-7/14/09 | | 7/31/2009 | 411 | $69.30 | 120+ |
| Toyota Financial Services | 7/17/2009 | 4000250558 | 8/9/2009 | 410 | $207.09 | 120+ |
| Hamilton Partners | 7/17/2009 090717-10786 | | 7/17/2009 | 410 | $633.01 | 120+ |
| Westwood Square, P/S/P | 7/20/2009 | | 7/20/2009 | 407 | $250.00 | 120+ |
| Hamilton Partners | 7/20/2009 | | 7/20/2009 | 407 | $14,769.94 | 120+ |
| Banc Of America Leasing | 7/21/2009 | 11093620 | 8/15/2009 | 406 | $326.50 | 120+ |
| Avaya, Inc. | 7/26/2009 | 2729047343 | 7/26/2009 | 401 | $761.48 | 120+ |
| North Shore Gas | 7/30/2009 6/9-7/14/09 | | 8/14/2009 | 397 | $69.26 | 120+ |
| - No Vendor - | 7/31/2009 | 854 | 7/31/2009 | 396 | ($7,782.84) | 120+ |
| Wells Fargo Financial Leasing | 7/31/2009 | 6745159529 | 8/15/2009 | 396 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 8/1/2009 | 82761 | 8/31/2009 | 395 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 8/6/2009 7/8-8/6/09 | | 9/5/2009 | 390 | $1,135.03 | 120+ |
| North Shore Gas | 8/13/2009 7/14-8/12/09 | | 8/28/2009 | 383 | $140.69 | 120+ |
| Westwood Square, P/S/P | 8/20/2009 | | 8/20/2009 | 376 | $250.00 | 120+ |
| Hamilton Partners | 8/20/2009 | | 8/20/2009 | 376 | $14,769.94 | 120+ |
| Banc Of America Leasing | 8/21/2009 | 11138583 | 9/15/2009 | 375 | $291.50 | 120+ |
| Young Williams P.A. | 8/24/2009 49592 Post - 1 | | 10/23/2009 | 372 | $74.75 | 120+ |
| Avaya, Inc. | 8/26/2009 | 2729164647 | 8/26/2009 | 370 | $761.48 | 120+ |
| Quill | 8/28/2009 | 8951299 | 9/27/2009 | 368 | $110.85 | 120+ |
| Wells Fargo Financial Leasing | 8/31/2009 | 6745198232 | 9/15/2009 | 365 | $298.03 | 120+ |
| Aetna Maintenance, Inc. | 9/1/2009 | 92762 | 10/1/2009 | 364 | $500.32 | 120+ |
| CT Corporation | 9/1/2009 2004471657-00 | | 9/1/2009 | 364 | $1,620.00 | 120+ |
| Quill | 9/3/2009 | 9080458 | 10/3/2009 | 362 | $72.79 | 120+ |
| ComEd- Commonwealth Edison | 9/4/2009 8/6-9/4/09 | | 10/4/2009 | 361 | $1,608.16 | 120+ |
| North Shore Gas | 9/16/2009 8/12-9/14/09 | | 10/1/2009 | 349 | $70.44 | 120+ |
| Westwood Square, P/S/P | 9/20/2009 | | 9/20/2009 | 345 | $250.00 | 120+ |
| Banc Of America Leasing | 9/20/2009 | | 10/15/2009 | 345 | $291.50 | 120+ |
| Hamilton Partners | 9/20/2009 | | 9/20/2009 | 345 | $14,769.94 | 120+ |
| Avaya, Inc. | 9/26/2009 | 2729265177 | 9/26/2009 | 339 | $761.48 | 120+ |
| Moore Wallace An RR Donnelley C | 9/29/2009 | 873050230 | 10/29/2009 | 336 | $134.50 | 120+ |
| Moore Wallace An RR Donnelley C | 9/29/2009 | 169997267 | 10/29/2009 | 336 | $1,313.09 | 120+ |
| Wells Fargo Financial Leasing | 9/30/2009 | 6745237646 | 10/15/2009 | 335 | $298.03 | 120+ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Avaya, Inc. | 10/1/2009 | 2729282145 | 10/1/2009 | 334 | $264.42 | 120+ |
| Aetna Maintenance, Inc. | 10/1/2009 | 105711 | 10/31/2009 | 334 | $500.32 | 120+ |
| ComEd- Commonwealth Edison | 10/6/2009 9/4-10/6/09 | | 11/5/2009 | 329 | $2,051.14 | 120+ |
| North Shore Gas | 10/14/2009 9/14-10/14/09 | | 10/29/2009 | 321 | $287.75 | 120+ |
| Sun Microsystems Global Financial | 10/15/2009 591219022 1911 | | 10/15/2009 | 320 | ($1,579.44) | 120+ |
| Westwood Square, P/S/P | 10/20/2009 | | 10/20/2009 | 315 | $250.00 | 120+ |
| Machost Road LLC | 10/20/2009 | | 10/20/2009 | 315 | $1,600.00 | 120+ |
| Hamilton Partners | 10/20/2009 | | 10/20/2009 | 315 | $14,769.94 | 120+ |
| Banc Of America Leasing | 10/21/2009 | 11226721 | 11/15/2009 | 314 | $291.50 | 120+ |
| Wells Fargo Financial Leasing | 10/30/2009 | 6745277684 | 11/14/2009 | 305 | $298.03 | 120+ |
| City of Zachary | 11/6/2009 02-00760402 | | 11/26/2009 | 298 | $9.81 | 120+ |
| Banc Of America Leasing | 12/21/2009 | 11311429 | 1/15/2010 | 253 | $343.00 | 120+ |
| Securian Retirement Services | 1/1/2010 01012010/03312010 | | 1/1/2010 | 242 | $571.00 | 120+ |

$92,264.92

**Prevalence Health, LLC**
**Accrued Expenses - Month End Accruals**
**September 2010**

| Description | Amount |
|---|---|
| Misc Accrual | 7,284.00 |
| US Trustee Fee | - |
| 2008 Audit & Tax Return | 4,979.00 |
| 2008 FL operating expenses - Rent | 134.00 |
| ABC Interest Post | 1,278.00 |
| LA Script Fee | 934.00 |
| AR Collections Owed to SafeMeds Solutions | - |
| 401k Admin Fees | 2,310.00 |
| Total Accrued Expenses | 16,919.00 |
| | |
| Balance per GL | 16,919.00 |
| | |
| Difference | - |

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

## SUPPORTING SCHEDULES

For Period _9/1_ to _9/30_ , 20 _10_

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | See Attached | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM 2-E
Page 2 of 3
1/08

**Prevalence Health, LLC**
**Accounts Receivable Summary**
**July 31, 2010**

| Receivable from: | | Current | | 31-60 | | 61-90 | | 91 - 120 | | 120+ | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance (Medicaid) | $ | - | $ | - | $ | - | $ | - | $ | 283,292 | $ | 283,292 |
| Patients (Co-Pay) | | - | | - | | - | | - | | 207,279 | | 207,279 |
| Total Accounts Rec | $ | - | $ | - | $ | - | $ | - | $ | 490,571 | $ | 490,571 |
| | | | | | | | | | | | | |
| Estimated Reserve | | | | | | | | | | | | |
| Insurance | | 0.25% | | 0.25% | | 2.0% | | 5.0% | | 50.0% | | |
| Patients | | 25.0% | | 50.0% | | 100.0% | | 100.0% | | 100.0% | | |
| | | - | | - | | - | | - | | 348,925 | | 348,925 |
| | | | | | | | | | | | | |
| AR per ScriptMed | $ | 490,571 | | | | | | | | | | |
| Deposits in NetSuite not Scriptmed | | | | | | | | | | | | |
| Not in Amount Due SafeMeds | | | | | | | | | | | | |
| Difference in MS Medicaid | | | | | | | | | | | | |
| Rec Vs Posted | | | | | | | | | | | | |
| Adjusted AR per ScriptMed | | 490,571 | | | | | | | | | | |
| AR per GL | | 490,571 | | | | | | | | | | |
| Difference | | - | | | | | | | | | | |

8/24/2010

Prepared by:_____

Reviewed by:_____

**Prevalence Health**
AR Aging - 7/31/2010

| Plan | Total | Current | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|---|---|
| Aetna Part D- LA | 36.00 | | | | | 36.00 |
| Ameri Group- FL | 261.00 | | | | | 261.00 |
| American Prog Part D- FL | 1,200.00 | | | | | 1,200.00 |
| Community Care Part D- FL | 2,112.00 | | | | | 2,112.00 |
| Community Care Part D- LA | 2,562.00 | | | | | 2,562.00 |
| Coventry Part D- LA | 113.00 | | | | | 113.00 |
| Florida Medicaid | 21,082.00 | | | | | 21,082.00 |
| Florida Medicaid DME | 48,959.00 | | | | | 48,959.00 |
| Healthspring Part D- LA | 1,974.00 | | | | | 1,974.00 |
| Humana Part D- FL | 3,945.00 | | | | | 3,945.00 |
| Humana Part D- LA | 579.00 | | | | | 579.00 |
| Illinois Medicaid | 9,999.00 | | | | | 9,999.00 |
| Indiana Medicaid | 927.00 | | | | | 927.00 |
| Louisiana Medicaid | 47,498.00 | | | | | 47,498.00 |
| MS Blue Cross LA/MS | 588.00 | | | | | 588.00 |
| Medco Part D- FL | 20.00 | | | | | 20.00 |
| Medco Part D- LA | 1,800.00 | | | | | 1,800.00 |
| Member Health Part D- FL | 1,843.00 | | | | | 1,843.00 |
| Member Health Part D- LA | 3,011.00 | | | | | 3,011.00 |
| Marquette National Part D- FL | 706.00 | | | | | 706.00 |
| Marquette National Part D- LA | 256.00 | | | | | 256.00 |
| Mississippi Medicaid | 16,055.00 | | | | | 16,055.00 |
| Mississippi Med Supplies | 66,470.00 | | | | | 66,470.00 |
| NDC Part D- LA | 31.00 | | | | | 31.00 |
| Omnisys Medicare- IL | 31,562.00 | | | | | 31,562.00 |
| Pacificare Part D-FL | 2,501.00 | | | | | 2,501.00 |
| Pacificare Part D- LA | 1,604.00 | | | | | 1,604.00 |
| Pacificare Wrap Part D- LA | 577.00 | | | | | 577.00 |
| Amerigroup PCS- FL | 1,306.00 | | | | | 1,306.00 |
| POS Temp Payment Part D- LA | 74.00 | | | | | 74.00 |
| RX America Part D- LA | 257.00 | | | | | 257.00 |
| Silverscript Part D- LA | 1,004.00 | | | | | 1,004.00 |
| Tennessee Medicaid | 1,519.00 | | | | | 1,519.00 |
| United Healthcare- FL | 156.00 | | | | | 156.00 |
| Unicare Part D- FL | 4,548.00 | | | | | 4,548.00 |
| Unicare Part D- LA | 136.00 | | | | | 136.00 |
| Wellcare Healthease | 2,125.00 | | | | | 2,125.00 |
| Wellcare Part D- FL | 3,355.00 | | | | | 3,355.00 |
| Wellcare Part D- LA | 541.00 | | | | | 541.00 |
| **Total** | **283,292.00** | - | - | - | - | **283,292.00** |

CASE NAME: _Prevalence Health_    CASE NUMBER: _09-02016-ee_

### SUPPORTING SCHEDULES

For Period _9/1_ to _9/30_ , 20_10_

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------| 
| Workers' Compensation | | | | |
| General Liability | | | | |
| Property (Fire, Theft) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| D+O | Darwin National | 3,000,000 | 3/1/11 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

 **REGIONS**  **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH    LLC
PO BOX 321444
FLOWOOD MS 39232-1444

| | |
|---|---|
| ACCOUNT # | 0121078971 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## BUSINESS MONEY MARKET
July 1, 2010 through September 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $938,203.32 | | Minimum Balance | $938,681 |
| Deposits & Credits | $0.00 | + | Average Balance | $938,681 |
| Net Interest Earned | $709.70 | + | Annual Percentage Yield Earned | 0.30% |
| Withdrawals | $0.00 | – | Interest This Period | $709.70 |
| Fees | $0.00 | – | Average Collected Balance | $938,439.74 |
| Automatic Transfers | $0.00 | + | 2010 YTD Interest | $4,383.54 |
| Checks | $0.00 | – | | |
| Ending Balance | $938,913.02 | | | |

### INTEREST

| | | | |
|---|---|---|---|
| 07/30 | Interest Payment | | 231.37 |
| 08/31 | Interest Payment | | 246.85 |
| 09/30 | Interest Payment | | 231.48 |
| | | Total Net Interest | $709.70 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/30 | 938,434.69 | 08/31 | 938,681.54 | 09/30 | 938,913.02 |

AMENDMENT TO REGIONS FUNDS AVAILABILITY
POLICY: DEPOSITS MADE BEFORE 4:00 P.M.
(OR AT OTHER TIMES AS MAY BE DISPLAYED)
ON A BUSINESS DAY THAT WE ARE OPEN WILL
BE CONSIDERED TO BE DEPOSITED ON THAT
DAY. OTHER NEW DEPOSIT AGREEMENT TERMS
ARE ALSO IN EFFECT. GO TO
REGIONS.COM/AGREEMENTS, VISIT ANY
REGIONS BRANCH OR CALL 1-800-REGIONS
FOR DETAILS OR A COPY OF TERMS.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the internet at www.regions.com.

Thank You For Banking With Regions!

 **REGIONS** | **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
PO BOX 321444
FLOWOOD MS 39232-1444

| | |
|---|---|
| ACCOUNT # | 0101894579 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## COMMERCIAL ANALYZED CHECKING
September 1, 2010 through September 30, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $28.30 | Minimum Balance | $5 |
| Deposits & Credits | $0.00 + | | |
| Withdrawals | $0.00 - | | |
| Fees | $23.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 - | | |
| Ending Balance | $5.30 | | |

### FEES

| | | | |
|---|---|---|---|
| 09/09 | Analysis Charge | 08-10 | 23.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/09 | 5.30 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**

# Prevalence Health, LLC
## Reconciliation Summary - 1001 Regions
### As of 9/30/2010

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 13,316.13 |
| Cleared Checks and Payments | (18,797.42) |
| **Total - Reconciled** | (5,481.29) |
| Last Reconciled Statement Balance - 9/16/2010 | 377,106.10 |
| Current Reconciled Balance | 371,624.81 |
| Reconcile Statement Balance - 9/30/2010 | 371,624.82 |
| Difference | 0.01 |
| **Unreconciled** | |
| **Uncleared** | |
| Checks and Payments | (4,879.11) |
| **Total - Uncleared** | (4,879.11) |
| **Cleared** | |
| Deposits and Other Credits | 1,577.64 |
| **Total - Cleared** | 1,577.64 |
| Total as of 9/30/2010 | 368,323.35 |

12/7/2010 3:59 PM



**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



00032977 01 AV  0.335 001
PREVALENCE HEALTH  LLC
PO BOX 12648
JACKSON MS 39236-2648

| | | |
|---|---|---|
| ACCOUNT # | 9001277993 | |
| | | 001 |
| Cycle | | 27 |
| Enclosures | | 1 |
| Page | | 1  of 3 |

## COMMERCIAL ANALYZED CHECKING
September 1, 2010 through September 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $377,106.11 | | Minimum Balance | $369,478 |
| Deposits & Credits | $13,316.13 | + | | |
| Withdrawals | $12,750.50 | - | | |
| Fees | $285.19 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $5,761.73 | - | | |
| Ending Balance | $371,624.82 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/01 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 212.51 |
| 09/01 | Merchant Service Merch Dep Health Allianc 8003547554 | 3.94 |
| 09/02 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100828 | 3,070.84 |
| 09/02 | Merchant Service Merch Dep Health Allianc 8003547554 | 9.40 |
| 09/03 | Merchant Service Merch Dep Health Allianc 8003547554 | 40.00 |
| 09/07 | Merchant Service Merch Dep Health Allianc 8003547554 | 356.71 |
| 09/08 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 24.83 |
| 09/09 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100904 | 738.17 |
| 09/09 | Merchant Service Merch Dep Health Allianc 8003547554 | 50.40 |
| 09/15 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 3.88 |
| 09/16 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100911 | 3,736.99 |
| 09/20 | Merchant Service Merch Dep Health Allianc 8003547554 | 357.50 |
| 09/20 | Merchant Service Merch Dep Health Allianc 8003547554 | 57.04 |
| 09/22 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 9.69 |
| 09/23 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100918 | 2,498.11 |
| 09/28 | Merchant Service Merch Dep Health Allianc 8003547554 | 6.60 |
| 09/30 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949100925 | 2,139.52 |
| | Total Deposits & Credits | $13,316.13 |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/02 | Merchant Service Merch Fee Health Allianc 8003547554 | 94.53 |
| 09/07 | Regions Bank    Acct Trans MS364174656   Ccooley | 4,622.65 |
| 09/20 | Pitney Bowes    Postage Debtor IN Poss 42906255 | 200.00 |
| 09/27 | Regions Bank    Acct Trans MS364174656   Ccooley | 7,833.32 |
| | Total Withdrawals | $12,750.50 |

### FEES

| | | |
|---|---|---|
| 09/09 | Analysis Charge    08-10 | 285.19 |

**Regions Bank**
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH    LLC
PO BOX 12648
JACKSON MS 39236-2648

| | |
|---|---|
| ACCOUNT # | 9001277993 |
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 2 of 3 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|------|-----------|--------|---|------|-----------|--------|
| 09/10 | 61438 | 5,761.73 | | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/01 | 377,322.56 | 09/09 | 376,610.54 | 09/22 | 374,813.91 |
| 09/02 | 380,308.27 | 09/10 | 370,848.81 | 09/23 | 377,312.02 |
| 09/03 | 380,348.27 | 09/15 | 370,852.69 | 09/27 | 369,478.70 |
| 09/07 | 376,082.33 | 09/16 | 374,589.68 | 09/28 | 369,485.30 |
| 09/08 | 376,107.16 | 09/20 | 374,804.22 | 09/30 | 371,624.82 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!

For all your bank...

**Regions Bank** Thank You For Banking With Regions!

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH    LLC
PO BOX 12648
JACKSON MS 39236-2648

**ACCOUNT #**    9001277993

Page        3    of 3



**Check# 61438        09/10/2010    $5761.73**