## MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: <u>Prevalence Health, LLC</u>

CASE NUMBER: <u>09-02016 EE</u>   For Period <u>October 1</u> to <u>October 31</u>, 20<u>10</u>.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: <u>12/13/10</u>        Debtor(s)*: <u>Prevalence Health, LLC</u>
(date)

By:** _[signature]_

Position: <u>Liquidating Trustee</u>

Name of preparer: <u>H. K. Lefoldt, Jr.</u>

Telephone No. of Preparer <u>601-956-2374</u>

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC          CASE NUMBER: 09-02016 EE

## QUARTERLY FEE SUMMARY

MONTH ENDED October 31, 2010

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $ 763,379 | | | |
| March | $ 601,386 | | | |
| Total 1st Quarter | $ 1,864,702 | $ 6,500 | 61434 | 4/26/10 |
| April | $ 436,370 | | | |
| May | $ 567,203 | | | |
| June | $ 398,040 | | | |
| Total 2nd Quarter | $ 1,401,613 | $ 6,500 | 61435 | 7/29/10 |
| July | $ 149,406 | | | |
| August | $ 87,482 | | | |
| September | $ 13,035 | | | |
| Total 3rd Quarter | $ 249,923 | $ 1,950 | | |
| October | $ 13,962 | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

 **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

```
00067801 01 AV  0.335 001
PREVALENCE HEALTH    LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
ATTN H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848
```

ACCOUNT #   0101894579

Cycle   001 26
Enclosures   0
Page   1 of 1

## COMMERCIAL ANALYZED CHECKING
October 1, 2010 through October 29, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $5.30 | Minimum Balance | $17− |
| Deposits & Credits | $50.00 + | | |
| Withdrawals | $0.00 − | | |
| Fees | $23.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | $32.30 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/13 | Deposit - Thank You | 50.00 |

### FEES

| | | | |
|---|---|---|---|
| 10/12 | Analysis Charge | 09-10 | 23.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/12 | 17.70− | 10/13 | 32.30 | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00057994 01 AV  0.335 001
PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | |
|---|---|
| ACCOUNT # | 9001277993 |
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 1 of 3 |

## COMMERCIAL ANALYZED CHECKING
October 1, 2010 through October 29, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $371,624.82 | Minimum Balance | $369,174 |
| Deposits & Credits | $11,487.90 + | | |
| Withdrawals | $13,651.75 − | | |
| Fees | $286.91 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $369,174.06 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/04 | Merchant Service Merch Dep Health Allianc 8003547554 | 40.00 |
| 10/06 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 381.10 |
| 10/06 | Merchant Service Merch Dep Health Allianc 8003547554 | 50.00 |
| 10/07 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101002 | 973.68 |
| 10/12 | Merchant Service Merch Dep Health Allianc 8003547554 | 93.30 |
| 10/14 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101009 | 4,005.14 |
| 10/15 | Merchant Service Merch Dep Health Allianc 8003547554 | 50.00 |
| 10/18 | Merchant Service Merch Dep Health Allianc 8003547554 | 103.90 |
| 10/20 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 9.69 |
| 10/21 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101016 | 2,396.61 |
| 10/25 | Merchant Service Merch Dep Health Allianc 8003547554 | 18.00 |
| 10/27 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 337.64 |
| 10/28 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101023 | 2,717.78 |
| 10/29 | Deposit - Thank You | 311.06 |
| | Total Deposits & Credits | $11,487.90 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/04 | Merchant Service Merch Fee Health Allianc 8003547554 | 78.79 |
| 10/13 | Bank Debit | 50.00 |
| 10/18 | Pitney Bowes    Postage Debtor IN Poss 42906255 | 200.00 |
| 10/29 | Regions Bank    Acct Trans MS364174656   Ccooley | 13,322.96 |
| | Total Withdrawals | $13,651.75 |

*safe nsps* (handwritten)

### FEES

| Date | Description | | Amount |
|---|---|---|---|
| 10/12 | Analysis Charge | 09-10 | 286.91 |



**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT #     9001277993

Page     3     of 3



Check# 0          10/13/2010     $50.00

![Regions logo]

Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



00070830 01 AV  0.335 001
PREVALENCE HEALTH    LLC
PO BOX 321444
FLOWOOD MS 39232-1444

|  |  |
|---|---|
| ACCOUNT # | 0121078971 |
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## BUSINESS MONEY MARKET
July 1, 2010 through September 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $938,203.32 |   | Minimum Balance | $938,681 |
| Deposits & Credits | $0.00 | + | Average Balance | $938,681 |
| Net Interest Earned | $709.70 | + | Annual Percentage Yield Earned | 0.30% |
| Withdrawals | $0.00 | − | Interest This Period | $709.70 |
| Fees | $0.00 | − | Average Collected Balance | $938,439.74 |
| Automatic Transfers | $0.00 | + | 2010 YTD Interest | $4,383.54 |
| Checks | $0.00 | − | | |
| **Ending Balance** | $938,913.02 | | | |

### INTEREST

| | | |
|---|---|---|
| 07/30 | Interest Payment | 231.37 |
| 08/31 | Interest Payment | 246.85 |
| 09/30 | Interest Payment | 231.48 |
| | Total Net Interest | $709.70 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/30 | 938,434.69 | 08/31 | 938,681.54 | 09/30 | 938,913.02 |

**AMENDMENT TO REGIONS FUNDS AVAILABILITY POLICY: DEPOSITS MADE BEFORE 4:00 P.M. (OR AT OTHER TIMES AS MAY BE DISPLAYED) ON A BUSINESS DAY THAT WE ARE OPEN WILL BE CONSIDERED TO BE DEPOSITED ON THAT DAY. OTHER NEW DEPOSIT AGREEMENT TERMS ARE ALSO IN EFFECT. GO TO REGIONS.COM/AGREEMENTS, VISIT ANY REGIONS BRANCH OR CALL 1-800-REGIONS FOR DETAILS OR A COPY OF TERMS.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!