AMENDED **MONTHLY OPERATING REPORT**

### CHAPTER 11

CASE NAME: Prevalence Health, LLC

CASE NUMBER: 09-02016 EE        For Period November 1 to November 30, 2010.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 12/19/10
(date)

Debtor(s)*: Prevalence Health, LLC

By:** *[signature]*

Position: Liquidating ~~Trustee~~ Agent

Name of preparer: H. K. Lefoldt, Jr.

Telephone No. of Preparer 601-956-2374

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: <u>Prevalence Health, LLC</u>     CASE NUMBER: <u>09-02016 EE</u>

## QUARTERLY FEE SUMMARY

### MONTH ENDED <u>November 30, 2010</u>

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 499,937 | | | |
| February | $ 763,379 | | | |
| March | $ 601,386 | | | |
| Total | | | | |
| 1st Quarter | $ 1,864,702 | $ 6,500 | 61434 | 4/26/10 |
| | | | | |
| April | $ 436,370 | | | |
| May | $ 567,203 | | | |
| June | $ 398,040 | | | |
| Total | | | | |
| 2nd Quarter | $ 1,401,613 | $ 6,500 | 61435 | 7/29/10 |
| | | | | |
| July | $ 149,406 | | | |
| August | $ 87,482 | | | |
| September | $ 13,035 | | | |
| Total | | | | |
| 3rd Quarter | $ 249,923 | $ 1,950 | | |
| | | | | |
| October | $ 13,962 | | | |
| November | $ 1,169 | | | |
| December | $ | | | |
| Total | | | | |
| 4th Quarter | $ | $ | | |

### DISBURSEMENT CATEGORY   QUARTERLY FEE DUE

| Disbursement Category | Quarterly Fee Due |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

# ▲ REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

|.|.||.||..||.||||.|.|.||.|.||.|.||||.|.||||.|.||||.|
00006649 01 AV 0.335 001
PREVALENCE HEALTH   LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO#09-02016-EE
ATTN H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | |
|---|---|
| ACCOUNT # | 0101894579 |

| | |
|---|---|
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1  of 1 |

## COMMERCIAL ANALYZED CHECKING
October 30, 2010 through November 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $32.30 | | Minimum Balance | $8 |
| Deposits & Credits | $0.00 | + | | |
| Withdrawals | $0.00 | – | | |
| Fees | $23.80 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| Ending Balance | $8.50 | | | |

### FEES

| | | | |
|---|---|---|---|
| 11/09 | Analysis Charge | 10-10 | 23.80 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/09 | 8.50 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667),
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

# ▲ REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00066675 01 AV  0.335 001
PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | | |
|---|---|---|
| **ACCOUNT #** | | **9001277993** |
| | | 001 |
| Cycle | | 27 |
| Enclosures | | 0 |
| Page | | 1  of 2 |

## COMMERCIAL ANALYZED CHECKING
October 30, 2010 through November 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | **$369,174.06** | | Minimum Balance | $369,111 |
| Deposits & Credits | $9,375.71 | + | | |
| Withdrawals | $862.25 | – | | |
| Fees | $283.13 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$377,404.39** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 11/03 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 42.18 |
| 11/04 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101030 | 1,155.90 |
| 11/12 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101106 | 1,487.84 |
| 11/17 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 179.34 |
| 11/18 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101113 | 4,739.21 |
| 11/24 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 337.38 |
| 11/26 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949101120 | 1,433.86 |
| | Total Deposits & Credits | $9,375.71 |

### WITHDRAWALS

| | | |
|---|---|---|
| 11/02 | Merchant Service Merch Fee Health Allianc 8003547554 | 62.25 |
| 11/04 | Pitney Bowes   Postage Debtor IN Poss 42906255 | 200.00 |
| 11/17 | Pitney Bowes   Postage Debtor IN Poss 42906255 | 200.00 |
| 11/26 | Pitney Bowes   Postage Debtor IN Poss 42906255 | 400.00 |
| | Total Withdrawals | $862.25 |

### FEES

| | | | |
|---|---|---|---|
| 11/09 | Analysis Charge | 10-10 | 283.13 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/02 | 369,111.81 | 11/09 | 369,826.76 | 11/18 | 376,033.15 |
| 11/03 | 369,153.99 | 11/12 | 371,314.60 | 11/24 | 376,370.53 |
| 11/04 | 370,109.89 | 11/17 | 371,293.94 | 11/26 | 377,404.39 |

# REGIONS

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|   |   | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area, 326-5657)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

# REGIONS

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00070830 01 AV 0.335 001
PREVALENCE HEALTH     LLC
PO BOX 321444
FLOWOOD MS 39232-1444

| | |
|---|---|
| ACCOUNT # | 0121078971 |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## BUSINESS MONEY MARKET
July 1, 2010 through September 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $938,203.32 | | Minimum Balance | $938,681 |
| Deposits & Credits | $0.00 | + | Average Balance | $938,681 |
| Net Interest Earned | $709.70 | + | Annual Percentage Yield Earned | 0.30% |
| Withdrawals | $0.00 | − | Interest This Period | $709.70 |
| Fees | $0.00 | − | Average Collected Balance | $938,439.74 |
| Automatic Transfers | $0.00 | + | 2010 YTD Interest | $4,383.54 |
| Checks | $0.00 | − | | |
| Ending Balance | $938,913.02 | | | |

### INTEREST

| | | | |
|---|---|---|---|
| 07/30 | Interest Payment | | 231.37 |
| 08/31 | Interest Payment | | 246.85 |
| 09/30 | Interest Payment | | 231.48 |
| | | Total Net Interest | $709.70 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/30 | 938,434.69 | 08/31 | 938,681.54 | 09/30 | 938,913.02 |

AMENDMENT TO REGIONS FUNDS AVAILABILITY
POLICY: DEPOSITS MADE BEFORE 4:00 P.M.
(OR AT OTHER TIMES AS MAY BE DISPLAYED)
ON A BUSINESS DAY THAT WE ARE OPEN WILL
BE CONSIDERED TO BE DEPOSITED ON THAT
DAY. OTHER NEW DEPOSIT AGREEMENT TERMS
ARE ALSO IN EFFECT. GO TO
REGIONS.COM/AGREEMENTS, VISIT ANY
REGIONS BRANCH OR CALL 1-800-REGIONS
FOR DETAILS OR A COPY OF TERMS.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!