# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Prevalence Health, LLC

CASE NUMBER: 09-02016 EE      For Period March 1 to March 31, 2011.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 4/11/11 (date)

Debtor(s)*: Prevalence Health, LLC

By:** _[signature]_

Position: Liquidating Agent

Name of preparer: H. K. Lefoldt, Jr.

Telephone No. of Preparer 601-956-2374

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC        CASE NUMBER: 09-02016 EE

## QUARTERLY FEE SUMMARY

MONTH ENDED March 31, 2011

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 45,675 | | | |
| February | $ 17,484 | | | |
| March | $ 26,735 | | | |
| Total 1st Quarter | $ 89,894 | $ 975 | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

**REGIONS**  Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00046624 01 AV 0.335 001
PREVALENCE HEALTH LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | |
|---|---|
| ACCOUNT # | 9001277993 |
| | 001 |
| Cycle | 27 |
| Enclosures | 2 |
| Page | 1 of 3 |

## COMMERCIAL ANALYZED CHECKING
### March 1, 2011 through March 31, 2011

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $415,837.63 | Minimum Balance | $397,807 |
| **Deposits & Credits** | $10,387.12 + | | |
| **Withdrawals** | $1,460.00 − | } 26,735.27 | |
| **Fees** | $284.59 − | | |
| **Automatic Transfers** | $0.00 + | | |
| **Checks** | $24,990.68 − | | |
| **Ending Balance** | $399,489.48 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---:|
| 03/03 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110226 | 3,058.71 |
| 03/10 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110305 | 2,356.08 |
| 03/17 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110312 | 2,242.55 |
| 03/24 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110319 | 633.65 |
| 03/30 | EDS Corporation Ifssa/Dh 1821009333 Pre 200810340A | 413.81 |
| 03/31 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110326 | 1,682.32 |
| | **Total Deposits & Credits** | **$10,387.12** |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 03/01 | Pitney Bowes  Postage Debtor IN Poss 42906255 | 200.00 |
| 03/02 | Merchant Service Merch Fee Health Allianc 8003547554 | 60.00 |
| 03/03 | Pitney Bowes  Postage Debtor IN Poss 42906255 | 200.00 |
| 03/04 | Pitney Bowes  Postage Debtor IN Poss 42906255 | 200.00 |
| 03/15 | Pitney Bowes  Postage Debtor IN Poss 42906255 | 400.00 |
| 03/24 | Pitney Bowes  Postage Debtor IN Poss 42906255 | 400.00 |
| | **Total Withdrawals** | **$1,460.00** |

### FEES

| Date | Description | Amount |
|---|---|---:|
| 03/09 | Analysis Charge    02-11 | 284.59 |

**REGIONS**  Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848



| | ACCOUNT # | 9001277993 |
|---|---|---|
| | Cycle | 001 27 |
| | Enclosures | 2 |
| | Page | 2 of 3 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/30 | 61457 | 18,780.68 | 03/30 | 61458 | 6,210.00 |
| | | | | Total Checks | $24,990.68 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 415,637.63 | 03/09 | 417,951.75 | 03/24 | 422,384.03 |
| 03/02 | 415,577.63 | 03/10 | 420,307.83 | 03/30 | 397,807.16 |
| 03/03 | 418,436.34 | 03/15 | 419,907.83 | 03/31 | 399,489.48 |
| 03/04 | 418,236.34 | 03/17 | 422,150.38 | | |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).**
**or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**



Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848



ACCOUNT #    9001277993

Page    3    of 3



Check# 61457    03/30/2011    $18780.68



Check# 61458    03/30/2011    $6210.00



**Regions Bank**
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



00094166 01 AV 0.335 001
PREVALENCE HEALTH      LLC
ATTN H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | |
|---|---|
| ACCOUNT # | 0121078971 |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## BUSINESS MONEY MARKET
January 1, 2011 through March 31, 2011

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $939,623.26 | | Minimum Balance | $940,079 |
| Deposits & Credits | $0.00 + | | Average Balance | $940,079 |
| Net Interest Earned | $695.32 + | | Annual Percentage Yield Earned | 0.30% |
| Withdrawals | $0.00 − | | Interest This Period | $695.32 |
| Fees | $0.00 − | | Average Collected Balance | $939,854.74 |
| Automatic Transfers | $0.00 + | | 2011 YTD Interest | $695.32 |
| Checks | $0.00 − | | | |
| **Ending Balance** | $940,318.58 | | | |

### INTEREST

| | | |
|---|---|---|
| 01/31 | Interest Payment | 239.44 |
| 02/28 | Interest Payment | 216.32 |
| 03/31 | Interest Payment | 239.56 |
| | Total Net Interest | $695.32 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 939,862.70 | 02/28 | 940,079.02 | 03/31 | 940,318.58 |

You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!