# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Prevalence Health, LLC

CASE NUMBER: 09-02016 EE           For Period April 1 to April 30, 2011.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 5/11/11 (date)

Debtor(s)*: Prevalence Health, LLC

By:** _/s/ H.K. Lefoldt_

Position: Liquidating Agent

Name of preparer: H. K. Lefoldt, Jr.

Telephone No. of Preparer 601-956-2374

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC    CASE NUMBER: 09-02016 EE

# QUARTERLY FEE SUMMARY

MONTH ENDED April 30, 2011

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 45,675 | | | |
| February | $ 17,484 | | | |
| March | $ 26,735 | | | |
| Total 1st Quarter | $ 89,894 | $ 975 | | |
| | | | | |
| April | $ 11,582 | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.



**Regions Bank**
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



00044254 01 AV  0.340 001
PREVALENCE HEALTH LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | |
|---|---|
| ACCOUNT # | 9001277993 |
| Cycle | 001 |
| Enclosures | 27 |
| Page | 3 |
| | 1 of 3 |

## COMMERCIAL ANALYZED CHECKING
### April 1, 2011 through April 29, 2011

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $399,489.48 | Minimum Balance | $394,295 |
| Deposits & Credits | $6,388.16 + | | |
| Withdrawals | $660.00 − | } 11,581.85 | |
| Fees | $274.99 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $10,646.86 − | | |
| Ending Balance | $394,295.79 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 04/07 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110402 | 1,448.29 |
| 04/14 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110409 | 3,343.74 |
| 04/21 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110416 | 691.86 |
| 04/27 | EDS Corporation Ifssa/Dh 1821009333 Pre 200810340A | 551.16 |
| 04/28 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110423 | 353.11 |
| | Total Deposits & Credits | $6,388.16 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 04/04 | Merchant Service Merch Fee Health Allianc 8003547554 | 60.00 |
| 04/12 | Pitney Bowes    Postage Debtor IN Poss 42906255 | 200.00 |
| 04/21 | Pitney Bowes    Postage Debtor IN Poss 42906255 | 400.00 |
| | Total Withdrawals | $660.00 |

### FEES

| Date | Description | Amount |
|---|---|---|
| 04/11 | Analysis Charge   03-11 | 274.99 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 04/29 | 61459 | 7,916.86 | 04/29 | 61461 | 2,610.00 |
| 04/29 | 61460 | 120.00 | | | |
| | | | | Total Checks | $10,646.86 |

* Break In Check Number Sequence.

 

**Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH   LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

|  |  |
|---|---|
| ACCUNT # | 9001277993 |
|  | 001 |
| Cycle | 27 |
| Enclosures | 3 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/04 | 399,429.48 | 04/12 | 400,402.78 | 04/27 | 404,589.54 |
| 04/07 | 400,877.77 | 04/14 | 403,746.52 | 04/28 | 404,942.65 |
| 04/11 | 400,602.78 | 04/21 | 404,038.38 | 04/29 | 394,295.79 |

**PRICING FOR TREASURY MANAGEMENT AND DEPOSITORY PRODUCTS AND SERVICES MAY CHANGE DEPENDING ON THE PRODUCTS AND SERVICES USED. ANY CHANGE WILL BE REFLECTED IN YOUR JUNE STATEMENT.
PLEASE CONTACT YOUR TREASURY MANAGEMENT OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!

**REGIONS** Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT #    9001277993

Page    3    of 3

  

Check# 61459   04/29/2011   $7916.86      Check# 61460   04/29/2011   $120.00      Check# 61461   04/29/2011   $2610.00