## MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: <u>Prevalence Health, LLC</u>

CASE NUMBER: <u>09-02016 EE</u>     For Period <u>June 1</u> to <u>June 30</u>, 20<u>11</u>.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: <u>6/11/11</u>     Debtor(s)*: <u>Prevalence Health, LLC</u>
(date)

By:** _[signature]_

Position: <u>Liquidating Agent</u>

Name of preparer: <u>H. K. Lefoldt, Jr.</u>

Telephone No. of Preparer <u>601-956-2374</u>

\* both debtors must sign if a joint petition

\** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC        CASE NUMBER: 09-02016 EE

## QUARTERLY FEE SUMMARY

MONTH ENDED June 30, 2011

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 45,675 | | | |
| February | $ 17,484 | | | |
| March | $ 26,735 | | | |
| Total 1st Quarter | $ 89,894 | $ 975 | | |
| | | | | |
| April | $ 11,582 | | | |
| May | $ 355 | | | |
| June | $ 23,695 | | | |
| Total 2nd Quarter | $ 35,632 | $ 650 | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.



**REGIONS**

Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00114949 01 AV  0.337 001
PREVALENCE HEALTH LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT #    9001277993

Cycle         001
Enclosures    27
Page          4
              1 of 3

## COMMERCIAL ANALYZED CHECKING
June 1, 2011 through June 30, 2011

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $394,450.53 | Minimum Balance | $374,815 |
| Deposits & Credits | $4,060.06 + | | |
| Withdrawals | $465.00 − | } 23,694.73 | |
| Fees | $275.93 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $22,953.80 − | | |
| Ending Balance | $374,815.86 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 06/01 | EDS Corporation Ifssa/Dh 1821009333 Pre 200810340A | 35.15 |
| 06/09 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110604 | 68.40 |
| 06/16 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110611 | 396.07 |
| 06/22 | EDS Corporation Ifssa/Dh 1821009333 Pre 200810340A | 509.92 |
| 06/23 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110618 | 243.84 |
| 06/29 | EDS Corporation Ifssa/Dh 1821009333 Pre 200810340A | 70.56 |
| 06/30 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110625 | 2,736.12 |
| | Total Deposits & Credits | $4,060.06 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 06/01 | Pitney Bowes   Postage Debtor IN Poss 42906255 | 400.00 |
| 06/01 | Merchant Service Merch Fee Health Allianc 8003547554 | 65.00 |
| | Total Withdrawals | $465.00 |

### FEES

| Date | Description | | Amount |
|---|---|---|---|
| 06/09 | Analysis Charge | 05-11 | 275.93 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/02 | 61462 | 4,365.00 | 06/06 | 61464 | 1,734.72 |
| 06/01 | 61463 | 12,332.80 | 06/30 | 61466 * | 4,521.28 |
| | | | | Total Checks | $22,953.80 |

* Break In Check Number Sequence.



**Regions Bank**
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

|  |  |
|---|---|
| ACCOUNT # | 9001277993 |
|  | 001 |
| Cycle | 27 |
| Enclosures | 4 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/01 | 381,687.88 | 06/09 | 375,380.63 | 06/23 | 376,530.46 |
| 06/02 | 377,322.88 | 06/16 | 375,776.70 | 06/29 | 376,601.02 |
| 06/06 | 375,588.16 | 06/22 | 376,286.62 | 06/30 | 374,815.86 |

**AMENDMENT TO REGIONS FUNDS AVAILABILITY POLICY: AS OF JULY 21, 2011, WHEN THE FULL AMOUNT OF FUNDS DEPOSITED BY CHECK ARE NOT AVAILABLE TO YOU UNTIL THE SECOND BUSINESS DAY AFTER THE DAY OF DEPOSIT, THE AMOUNT AVAILABLE TO YOU ON THE FIRST BUSINESS DAY AFTER DEPOSIT WILL INCREASE FROM $100 TO $200.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!



Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848



ACCOUNT #      9001277993

Page           3   of 3



Check# 61462      06/02/2011    $4365.00        Check# 61463     06/01/2011    $12332.80        Check# 61464     06/06/2011    $1734.72

Check# 61466      06/30/2011    $4521.28