# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Prevalence Health, LLC

CASE NUMBER: 09-02016 EE     For Period July 1 to July 31, 2011.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 8/10/11 (date)

Debtor(s)*: Prevalence Health, LLC

By:** _[signature]_

Position: Liquidating Agent

Name of preparer: H. K. Lefoldt, Jr.

Telephone No. of Preparer 601-956-2374

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC        CASE NUMBER: 09-02016 EE

## QUARTERLY FEE SUMMARY

MONTH ENDED July 31, 2011

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 45,675 | | | |
| February | $ 17,484 | | | |
| March | $ 26,735 | | | |
| Total 1st Quarter | $ 89,894 | $ 975 | | |
| April | $ 11,582 | | | |
| May | $ 355 | | | |
| June | $ 23,695 | | | |
| Total 2nd Quarter | $ 35,632 | $ 650 | | |
| July | $ 4,152 | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

**REGIONS**

Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

00111848 01 AV  0.337 001
PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT #      9001277993

|  |  |
|---|---|
| Cycle | 001 |
| Enclosures | 27 |
| Page | 1 |
|  | 1 of 3 |

## COMMERCIAL ANALYZED CHECKING
July 1, 2011 through July 29, 2011

### SUMMARY

| | | |
|---|---|---|
| Beginning Balance | $374,815.86 | |
| Deposits & Credits | $5,773.23 | + |
| Withdrawals | $469.95 | − |
| Fees | $284.13 | − |
| Automatic Transfers | $0.00 | + |
| Checks | $3,397.50 | − |
| Ending Balance | $376,437.51 | |

Minimum Balance    $371,348

*(handwritten annotation: 4,151.58 bracketing Withdrawals, Fees, Checks)*

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 07/06 | EDS Corporation  Ifssa/Dh 1821009333 Pre 200810340A | 2.89 |
| 07/07 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110702 | 1,844.32 |
| 07/14 | Acs MS Title Xix Sysgen-EFT Prevalence Hea 00440949110709 | 3,926.02 |
| | Total Deposits & Credits | $5,773.23 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 07/01 | Merchant Service Merch Fee Health Allianc 8003547554 | 69.95 |
| 07/11 | Pitney Bowes   Postage Debtor IN Poss 42906255 | 400.00 |
| | Total Withdrawals | $469.95 |

### FEES

| Date | Description | Amount |
|---|---|---|
| 07/11 | Analysis Charge   06-11 | 284.13 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/05 | 61465 | 3,397.50 | | | |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 374,745.91 | 07/06 | 371,351.30 | 07/11 | 372,511.49 |
| 07/05 | 371,348.41 | 07/07 | 373,195.62 | 07/14 | 376,437.51 |



Regions Bank
Jackson 210 E Capitol
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT # 9001277993

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 1 |
| Page | 2 of 3 |

## CHANGES TO YOUR DEPOSIT AGREEMENT (INCLUDING ARBITRATION AND FUNDS AVAILABILITY TERMS) TAKE EFFECT JULY 21, 2011. PLEASE GO TO REGIONS.COM/AGREEMENTS OR VISIT YOUR BRANCH FOR AN AMENDMENT TO YOUR CURRENT AGREEMENT.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
**Thank You For Banking With Regions!**



Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

PREVALENCE HEALTH   LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT #     9001277993

Page          3   of 3

[Check image]

leck# 61465        07/05/2011        $3397.50