## MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: Prevalence Health, LLC

CASE NUMBER: 09-02016 EE        For Period August 1 to August 31, 2011

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 9/8/11 (date)

Debtor(s)*: Prevalence Health, LLC

By:** *(signature)*

Position: Liquidating Agent

Name of preparer: H. K. Lefoldt, Jr.

Telephone No. of Preparer 601-956-2374

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC     CASE NUMBER: 09-02016 EE

## QUARTERLY FEE SUMMARY

MONTH ENDED August 31, 2011

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 45,675 | | | |
| February | $ 17,484 | | | |
| March | $ 26,735 | | | |
| Total 1st Quarter | $ 89,894 | $ 975 | | |
| April | $ 11,582 | | | |
| May | $ 355 | | | |
| June | $ 23,695 | | | |
| Total 2nd Quarter | $ 35,632 | $ 650 | | |
| July | $ 4,152 | | | |
| August | $ 191 | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

**REGIONS**

**Regions Bank**
Renaissance at Colony Park
1020 Highland Colony Pkwy FL1
Ridgeland, MS 39157-8722



```
00122383 01 AV  0.337 001
PREVALENCE HEALTH     LLC
690 TOWNE CENTER BLVD
RIDGELAND MS 39157-4902
```

ACCOUNT #   0128180321

Cycle       001
Enclosures  26
Page        0
            1 of 1

## COMMERCIAL ANALYZED CHECKING
August 2, 2011 through August 31, 2011

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Minimum Balance | $376,246 |
| Deposits & Credits | $382,970.31 + | | |
| Withdrawals | $0.00 − | | |
| Fees | $121.10 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $382,849.21 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 08/02 | Deposit - Thank You | 376,367.56 *TSP* |
| 08/23 | Deposit - Thank You | 6,602.75 |
| | Total Deposits & Credits | $382,970.31 |

### FEES

| Date | Description | Amount |
|---|---|---|
| 08/12 | Harland Clarke  Chk Orders Prevalence Hea | 121.10 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/02 | 376,367.56 | 08/12 | 376,246.46 | 08/23 | 382,849.21 |

THE REGIONS WIRE TRANSFER AGREEMENT HAS
BEEN AMENDED, EFFECTIVE SEPTEMBER 15,
2011. REFER TO REGIONS.COM/WIREUPDATE OR
CONTACT YOUR RELATIONSHIP MANAGER FOR
DETAILS.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!



Regions Bank
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



00110920 01 AV  0.337 001
PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

| | |
|---|---|
| ACCOUNT # | 9001277993 |
| Cycle | 001 27 |
| Enclosures | 1 |
| Page | 1 of 2 |

## COMMERCIAL ANALYZED CHECKING
July 30, 2011 through August 31, 2011

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $376,437.51 | | Minimum Balance | $0 |
| Deposits & Credits | $0.00 | + | | |
| Withdrawals | $376,437.51 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| Ending Balance | $0.00 | | | |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 08/01 | Merchant Service Merch Fee Health Allianc 8003547554 | 69.95 |
| 08/02 | Closing Withdrawal | 376,367.56 TSF |
| | Total Withdrawals | $376,437.51 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01 | 376,367.56 | 08/02 | 0.00 | | |

**THE REGIONS WIRE TRANSFER AGREEMENT HAS BEEN AMENDED, EFFECTIVE SEPTEMBER 15, 2011. REFER TO REGIONS.COM/WIREUPDATE OR CONTACT YOUR RELATIONSHIP MANAGER FOR DETAILS.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!



**Regions Bank**
Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201



PREVALENCE HEALTH  LLC
ATTN: H KENNETH LEFOLDT JR
PO BOX 2848
RIDGELAND MS 39158-2848

ACCOUNT #      9001277993

Page                    2    of 2



Check# 0             08/02/2011       $376367.56