IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PREVALENCE HEALTH, LLC | ) | CASE NO. 09-02016-ee |
| | ) | Chapter 11 |
|    Debtor | ) | |
| _____ | ) | |

## ORDER SETTING ASIDE FINAL DECREE/ORDER CLOSING CASE
**[Dkt. # 381]**

This matter came before the Court on the Court's own motion to set aside the *Final Decree/Order Closing Case* which was entered on September 2, 2011. The Court finds that the bankruptcy estate of Prevalence Health, LLC has not been fully administered in accordance with the procedures required by Federal Rule of Bankruptcy Procedure 5009 or 3022, and therefore the *Final Decree/Order Closing Case* which was entered on September 2, 2011 should be set aside.

**IT IS THEREFORE ORDERED** that the *Final Decree/Order Closing Case* which was entered on September 2, 2011 is hereby set aside.

**SO ORDERED**.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: September 12, 2011

SUBMITTED BY:

Stephen W. Rosenblatt (Miss. Bar No. 5676)
B<small>UTLER</small>, S<small>NOW</small>, O'<small>MARA</small>, S<small>TEVENS</small> & C<small>ANNADA</small>, P<small>LLC</small>
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

ATTORNEY FOR LIQUIDATION AGENT

Jackson 6868438v1