## MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: <u>Prevalence Health, LLC</u>

CASE NUMBER: <u>09-02016 EE</u>    For Period <u>September 1</u> to <u>September 30</u>, 20<u>11</u>.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: <u>10/10/11</u>
(date)

Debtor(s)*: <u>Prevalence Health, LLC</u>

By:** *(signature)*

Position: <u>Liquidating Agent</u>

Name of preparer: <u>H. K. Lefoldt, Jr.</u>

Telephone No. of Preparer <u>601-956-2374</u>

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Prevalence Health, LLC     CASE NUMBER: 09-02016 EE

## QUARTERLY FEE SUMMARY

MONTH ENDED September 30, 2011

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 45,675 | | | |
| February | $ 17,484 | | | |
| March | $ 26,735 | | | |
| Total 1st Quarter | $ 89,894 | $ 975 | | |
| | | | | |
| April | $ 11,582 | | | |
| May | $ 355 | | | |
| June | $ 23,695 | | | |
| Total 2nd Quarter | $ 35,632 | $ 650 | | |
| | | | | |
| July | $ 4,152 | | | |
| August | $ 191 | | | |
| September | $ 9,825 | | | |
| Total 3rd Quarter | $ 14,168 | $ 325 | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

**REGIONS**

**Regions Bank**
Renaissance at Colony Park
1020 Highland Colony Pkwy FL1
Ridgeland, MS 39157-8722

00110018 01 AV 0.337 001
PREVALENCE HEALTH  LLC
690 TOWNE CENTER BLVD
RIDGELAND MS 39157-4902

ACCOUNT #   0128180321

Cycle         001
              26
Enclosures    2
Page          1 of 2

## COMMERCIAL ANALYZED CHECKING
September 1, 2011 through September 30, 2011

### SUMMARY

| | | |
|---|---|---|
| Beginning Balance | $382,849.21 | |
| Deposits & Credits | $0.00 | + |
| Withdrawals | $0.00 | − |
| Fees | $0.00 | − |
| Automatic Transfers | $0.00 | + |
| Checks | $9,825.00 | − |
| Ending Balance | $373,024.21 | |

Minimum Balance   $373,024

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/26 | 1001 | 3,420.00 | 09/27 | 1002 | 6,405.00 |
| | | | | Total Checks | $9,825.00 |

* Break In Check Number Sequence.

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/26 | 379,429.21 | 09/27 | 373,024.21 | | |

**REMINDER: CHANGES TO YOUR DEPOSIT AGREEMENT (INCLUDING ARBITRATION TERMS) ARE IN EFFECT AS OF JULY 21, 2011. PLEASE GO TO REGIONS.COM/AGREEMENTS OR VISIT YOUR BRANCH FOR AN AMENDMENT TO YOUR CURRENT AGREEMENT.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!



**Regions Bank**
Renaissance at Colony Park
1020 Highland Colony Pkwy FL1
Ridgeland, MS 39157-8722

PREVALENCE HEALTH    LLC
690 TOWNE CENTER BLVD
RIDGELAND MS 39157-4902



ACCOUNT #    0128180321

Page    2    of 2



Check# 1001        09/26/2011        $3420.00



Check# 1002        09/27/2011        $6405.00